

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

IN RE VISA CHECK/MASTERMONEY            <u>ORDER</u>
ANTITRUST LITIGATION                            96-CV-5238 (JG)

----------------------------------------------------------X

JOHN GLEESON, United States District Judge:

        Absent class member Nu-City's motion for discovery concerning the parties' settlement negotiations is denied.

                                                                  So Ordered.

                                                                   John Gleeson, U.S.D.J.

Dated:         August 13, 2003
                  Brooklyn, New York