
# HellerEhrman
ATTORNEYS

September 18, 2003

David M. Goldstein
dgoldstein@hewm.com
Direct (415) 772-6730
Main (415) 772-6000
Fax (415) 772-6268

13057.0089

*Via Hand Delivery*

The Honorable John Gleeson
United States District Court
Eastern District of New York
225 Cadman Plaza East
New York, New York  11201

**Re:   *In re Visa Check/MasterMoney Antitrust Litigation,  CV 96-5238 (JG) (RLM)***

Dear Judge Gleeson:

On behalf of defendant Visa U.S.A. Inc. and plaintiffs, we respectfully request that Your Honor sign and enter the enclosed Stipulation as an Order of the Court.

As the Court is aware, Exhibit H to the Visa Settlement Agreement lists deferred debit programs that are exempt from the Settlement Agreement's definition of a "Visa POS Debit Device." Since the execution of the Settlement Agreement, Visa has become aware of four additional deferred debit programs that should have been identified in Exhibit H. Plaintiffs have consented to revising Exhibit H to include the additional programs, as reflected in the enclosed Stipulation and Order.

For the Court's convenience, also enclosed is a version of the Visa Settlement Agreement including the new Exhibit H. We also are sending the enclosed materials to counsel for the objectors.

Respectfully submitted,

David M. Goldstein

Heller Ehrman White & McAuliffe LLP  333 Bush Street  San Francisco, CA  94104-2878  www.hewm.com

San Francisco   Silicon Valley   Los Angeles   San Diego   Seattle   Portland   Anchorage   New York   Washington D C   Madison, WI
Hong Kong   Singapore   *Affiliated Offices:*   Milan   Paris   Rome

951

**HellerEhrman**
ATTORNEYS

The Honorable John Gleeson
September 18, 2003
Page 2

Enclosures

cc: Jeffrey I. Schinder, Esq.
George W. Sampson, Esq.
Keila D. Ravelo, Esq.
Joseph F. Tringali, Esq.
John W. Rasmussen, Esq.
Nicholas M. Fausto, Esq.
Lawrence W. Schonbrun, Esq.
J. Scott Kessinger, Esq.
Douglas A. Cole, Esq.
Stanley M. Grossman, Esq.
William Kenneth C. Dippel, Esq.
Steve Helfand, Esq.
Matthew Flamm, Esq.
John Pentz, Esq.
John F. Duane, Esq.
R. Stephen Griffis, Esq.
Kearney Dee Hutsler, Esq.
Charles M. Thompson, Esq.
Robert W. Bishop, Esq.
Paula G. McMillin
Morris Villia
Jack M. Weiss, Esq.
(all by overnight delivery with enclosures)