UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
IN RE
VISA CHECK/MASTERMONEY ANTITRUST
LITIGATION

MASTER FILE NO.
CV-96-5238
(Gleeson, J.) (Mann, M.J.)

------------------------------------------------------------x
This Document Relates to
ALL ACTIONS

------------------------------------------------------------x

## STIPULATION AND ORDER

It is hereby stipulated and agreed by and between Plaintiffs' Class and Objectors Young Pioneers, Inc., d/b/a Bazzi 13 & Hoover Mobil; Mobil Town USA, Inc.; Y.P.I. Inc.; John Wenturine; Jac Vaca, Inc.; S&GJ Enterprises, Inc.; NSG Enterprises, Inc.; and G&G Enterprises, by and through their undersigned attorneys, that the objection filed by these objectors, served September 5, 2003 (the "Objection"), is hereby withdrawn with prejudice, each side to bear its own fees, costs and expenses.

It is hereby further stipulated and agreed that neither Plaintiffs' Class nor its attorneys shall seek any sanctions against any of the above objectors or counsel for these objectors related to the filing of the Objection. And shall actively oppose any request for sanctions against the above objectors or counsel, any other party filed by any other party.

34531.1

An executed facsimile copy of this Stipulation and Order may be filed with the Court in lieu of the original.

Dated: New York, New York
September 22, 2003

CONSTANTINE & PARTNERS

By: *Robert L. Begleiter* (signature)
Robert L. Begleiter
Matthew L. Cantor
Lloyd Constantine
Stacey Anne Mahoney
Michelle A. Peters
Amy N. Roth
Gordon Schnell
Jonathan Shaman
Mitchell C. Shapiro
Jeffrey I. Shinder
Michael Spyropoulos
477 Madison Avenue, 11th Floor
New York, New York 10022
(212) 350-2700
*Lead Counsel for the Class*

LAW OFFICE OF BRYAN D. MARCUS

By: (signature)
Bryan D. Marcus
19500 Middlebelt Road, Suite 110 East
Livonia, MI 48152
(248) 471-4715
*Attorneys for Objectors* Young Pioneers, Inc., d/b/a Bazzi 13 & Hoover Mobil; Mobil Town USA, Inc.; Y.P.I. Inc.; John Wenturine; Jac Vaca, Inc.; S&GJ Enterprises, Inc., NSG Enterprises, Inc.; and G&G Enterprises

So ordered
USDJ
12-22-03

2

34531.1