UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

IN RE:
VISA CHECK/MASTERMONEY
ANTITRUST LITIGATION

O R D E R
96-CV-5238 (JG)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

JOHN GLEESON, United States District Judge:

    Lloyd Constantine has requested that I amend my memorandum and order dated December 19, 2003, on the ground that its criticism of the fee request was unduly harsh.

    Though I hereby deny the application, as the language used fairly conveyed the Court's view, a further comment is appropriate. My frank assessment of the requested fee neither impugns the integrity of plaintiffs' counsel nor was intended to do so. I have frequently, and on occasion lavishly, expressed my admiration for the forensic abilities, the ethics and the good faith of all the attorneys I met with during the extensive settlement conferences last spring. Maybe my callouses after two decades of Brooklyn litigation are too thick, but I do not believe my merits disagreement with the fee request undermines those sentiments. In any event, I reiterate them here.

    The application is respectfully denied.

    So Ordered.

    JOHN GLEESON, U.S.D.J.

Dated: January 15, 2004
       Brooklyn, New York