*Jared*
2/3/04

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------X
IN RE VISA CHECK/MASTERMONEY
ANTITRUST LITIGATION

ORDER
CV-96-5238 (JG)

-----------------------------------------------------X

JOHN GLEESON, United States District Judge:

Pending before me now is a dispute between Visa and the plaintiffs over the implementation of the injunctive relief agreed to in the Settlement Agreement. In anticipation of the possibility that such disputes will arise from time to time in the years ahead, and in the belief that (a) the continuing jurisdiction of the Court constitutes an "exceptional condition" within the meaning of Fed. R. Civ. P. 53(a)(1)(B)(i), and (b) post-trial matters will arise that Judge Mann and I will not be able to address effectively and timely, I intend to appoint a special master to assist me in resolving such disputes. Specifically, I intend to appoint Robin Wilcox as a Special Master for Visa/MasterCard Antitrust Case Disputes.

I invite the parties' input on the issue, and specifically ask them to confer and propose an order for the referral of such disputes to the Special Master. My initial thoughts are that the order provide for the following:

(a) the referral, at the Court's discretion, of any disputes relating to the relief agreed to in the parties' Settlement Agreements;

(b) unless otherwise specified, the Special Master's report and recommendation shall be filed with the Court and served on the parties no later than one month after the date of referral;

1

(c) ex parte contacts between the Court and the Special Master shall be permitted;

(d) ex parte contacts between the Special Master and the parties shall occur only upon the consent of all parties to the referred dispute;

(e) review by the Court shall be de novo review, on the record before the Special Master, with a limited period for brief objections;

(f) the Master shall have the authority specified in Rule 53 (b) and (c); and

(g) the Master shall be paid out of the Settlement Fund at the rate of $250 per hour.

I have attached Ms. Wilcox's resume.

The parties shall appear for a conference on this matter on Friday, February 6, 2004 at 4:00 p.m.

So Ordered.

JOHN GLEESON, U.S.D.J.

Dated: February 3, 2004
       Brooklyn, New York

# Robin Wilcox

## EXPERIENCE

**ATTORNEY**                                                                                   New York, NY
Contract work in civil and criminal litigation for                                             July 2003 - Present
Cohen & Gresser LLP and Sercarz & Riopelle LLP

**KRAMER LEVIN NAFTALIS & FRANKEL LLP**                                                        New York, NY
*Litigation Associate*                                                                         Oct. 1999 – March 2003
Complex commercial litigation and white collar criminal defense

**HON. DENNIS JACOBS, U.S.C.J., 2D CIRCUIT COURT OF APPEALS**                                  New York, NY
*Law Clerk*                                                                                    Sept. 1998 – Sept. 1999

**HON. JOHN GLEESON, U.S.D.J., E.D.N.Y.**                                                      Brooklyn, NY
*Law Clerk*                                                                                    Sept. 1997 – Sept. 1998

**DECHERT LLP**                                                                                Philadelphia, PA
*Summer Associate*                                                                             Summer 1997

**WACHTELL, LIPTON, ROSEN & KATZ**                                                             New York, NY
*Summer Associate*                                                                             Summer 1996

**HON. CHARLES SIFTON, U.S.D.J., E.D.N.Y.**                                                    Brooklyn, NY
*Summer Intern*                                                                                Summer 1995

**PROFESSOR HARRY SUBIN**                                                                      New York University
*Research Assistant*                                                                           Summer 1995

## EDUCATION

**NEW YORK UNIVERSITY SCHOOL OF LAW**, J.D., *cum laude*, May 1997
Executive Editor, *New York University Law Review*

**CORNELL UNIVERSITY COLLEGE OF ARTS AND SCIENCES**
B.A., *summa cum laude*, in Psychology, May 1993, GPA: 3.9
      Honors:    T.A. Ryan Award for Best Psychology Thesis
                    *Phi Beta Kappa*
                    Dean's List (all eligible semesters)

**BAR ADMISSIONS**: N.Y., E.D.N.Y., S.D.N.Y., 2d Circuit Court of Appeals, U.S. Supreme Court