UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------X
IN RE VISA CHECK/MASTERMONEY
ANTITRUST LITIGATION

ORDER
CV-96-5238 (JG)

-------------------------------------------------------X

JOHN GLEESON, United States District Judge:

      I hereby refer the pending disputes between counsel for the objectors (who have requested attorneys' fees) and Constantine & Partners to the Special Master, who shall have 30 days from the date the reply papers have been received by her to file her report and recommendation. Constantine & Partners shall provide, in an appendix to their opposition briefing, copies of the objectors' filings requesting fees. Constantine & Partners shall also provide counsel for the objectors with a copy of my order appointing the Special Master.

So Ordered.

JOHN GLEESON, U.S.D.J.

Dated: February 17, 2004
       Brooklyn, New York