UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------X
IN RE VISA CHECK/MASTERMONEY
ANTITRUST LITIGATION

----------------------------------------------------------X

ORDER
CV-96-5238 (JG)

JOHN GLEESON, United States District Judge:

I hereby refer the pending dispute between Visa and the plaintiffs regarding Visa's

Flexible Spending Accounts and Health Reimbursement Accounts to the Special Master, who

shall have 30 days from today to file her report and recommendation.

So Ordered.

JOHN GLEESON, U.S.D.J.

Dated: February 17, 2004
        Brooklyn, New York