*Jared*
*3/8/04*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------X

IN RE VISA CHECK/MASTERMONEY
ANTITRUST LITIGATION

-------------------------------------------------------X

ORDER
CV-96-5238 (JG)

JOHN GLEESON, United States District Judge:

I have been inundated, unnecessarily, with missives relating to the payment of the Special Master's fee in connection with the pending counsel fee disputes between counsel for the objectors and the plaintiffs. No amendment to my order appointing Ms. Wilcox is necessary. The issue is governed by the last sentence of paragraph (h) of that order.

The Special Master's fee in connection with resolving the disputes between counsel for the objectors and the plaintiffs shall be paid out of the Settlement Fund, without prejudice to Constantine & Partners making an application to me for an order directing reimbursement to the Fund, setting forth who should make such reimbursement and why. Letters opposing such application shall be submitted only if invited in writing by me.

So Ordered.

JOHN GLEESON, U.S.D.J.

Dated: March 8, 2004
       Brooklyn, New York