UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
IN RE VISA CHECK/MASTERMONEY            MASTER FILE NO. CV-96-5238
ANTITRUST LITIGATION                    (Gleeson, J.) (Mann, M.J.)
-----------------------------------------------------------x

JOHN GLEESON, United States District Judge:

       By order dated February 17, 2004, I appointed Robin Wilcox as Special Master to issue reports and recommendations regarding referred disputes arising out of or relating to the Visa and MasterCard Settlement Agreements. Upon a dispute being referred, the parties are directed to make available to Ms. Wilcox courtesy copies of any initial filing(s) and correspondence regarding that dispute. Courtesy copies of such filing(s) and correspondence, as well as of subsequent filings and correspondence, shall be mailed or hand-delivered to Ms. Wilcox's attention, at the following business address:

    2444 Broadway, #372
    New York, New York 10024.[1]

Correspondence of no more than 20 pages can also be faxed to Ms. Wilcox at (212) 769-4466.

       Ms. Wilcox's business telephone number is (212) 769-3443. However, the parties are reminded that, pursuant to Paragraph (f) of my February 17, 2004 Order, "[e]x parte contacts between the Special Master and the parties shall occur only upon consent of all parties to the referred dispute."

                              So Ordered.

                              JOHN GLEESON, U.S.D.J.

Dated: March 25, 2004
       Brooklyn, New York

---

[1] Hand deliveries will be accepted at the foregoing address Monday through Friday from 8:30 a.m. until 6:45 p.m. and Saturday from 10:00 a.m. until 4:45 p.m.