UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
IN RE VISA CHECK/MASTERMONEY                 <u>ORDER</u>
ANTITRUST LITIGATION                         96 CV 5238 (JG)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

JOHN GLEESON, United States District Judge:

      By order dated April 27, 2004, I awarded attorneys' fees to counsel for certain objectors. Counsel for Visa and MasterCard, as signatories to the escrow account established by the Settlement Agreement, now seek guidance on whether to approve immediate payment of those awards, or to await the outcome of the appeal of the Settlement Agreement currently pending in the Second Circuit. As the much larger award of attorneys' fees to Lead Counsel awaits the resolution of the appeal, I see no reason not to hold payment on the awards to objectors' counsel as well. Counsel for Visa and MasterCard are therefore directed to hold payment of the April 27 attorneys' fees awards pending appellate approval of the Settlement Agreement.

      So Ordered.

      JOHN GLEESON, U.S.D.J.

Dated: May 28, 2004
      Brooklyn, New York