UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
IN RE VISA CHECK/MASTERMONEY
ANTITRUST LITIGATION                                                        ORDER
--------------------------------------------------------X               CV-96-5238 (JG)

JOHN GLEESON, United States District Judge:

       Lead Counsel for the plaintiff class, Constantine Cannon, filed an order to show cause, and moved for a temporary restraining order and injunction today, March 24, 2005. The motion seeks an order enjoining the prosecution of *Bennett v. Wal Mart Stores, Inc.*, No. 24139 (Tenn. Cir. Ct. filed Feb. 17, 2005) ("*Bennett II*"). By agreement of the parties to the controversy, steps will be taken to ensure that discovery will be stayed in *Bennett II* pending the resolution of the motion for injunctive relief.

       Plaintiffs in *Bennett II* shall respond to the motion by April 15, 2005. The plaintiff class may reply by April 22, 2005. Oral argument will be held at 11:00 a.m. on May 6, 2005.

       So Ordered.

       JOHN GLEESON, U.S.D.J.

Dated: Brooklyn, New York
       March 24, 2005