UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------X

IN RE VISA CHECK/MASTERMONEY
ANTITRUST LITIGATION

ORDER
CV-96-5238 (JG)

------------------------------------------------------X

JOHN GLEESON, United States District Judge:

        By order dated February 11, 2005, I ordered Lead Counsel to file with the Special Master a plan for Spanish-language publication of information regarding Final Settlement Approval that is reasonably calculated to reach Spanish-speaking Class members who would not be reached by English media services alone. Lead Counsel submitted a plan by letter dated June 23, 2005. In summary, Lead Counsel proposed to issue at least four consecutive nationwide press releases that would be:

1. released over the PR Newswire in Spanish;

2. released over the U.S. Newswire in Spanish;

3. released on the Lead Counsel firm website in Spanish;

4. released on the designated case website in Spanish; and

5. released on the websites of three of the nation's largest retail trade associations in Spanish.

(Letter from Lead Counsel to Special Master dated June 23, 2005.)

        In response, Applicants stated that they "found Lead Counsel's Plan to be adequate." (Applicants' letter to Special Master dated July 11, 2005.) However, they "urge[d] Lead Counsel to submit in English and Spanish all releases to the Business wire, a third national newswire with an emphasis on business publications." (*Id.*) Based on the parties' agreement, the

Special Master recommended in a report and recommendation dated July 25, 2005 that I approve Lead Counsel's proposed plan. She also recommended that the parties discuss among themselves the possibility of issuing the releases over the Business Wire. On July 29, 2005, the parties submitted a letter to the Special Master stating that the parties agree to post future press releases with the Business Wire.

       I hereby adopt the Special Master's report and approve Lead Counsel's plan as outlined in their June 23, 2005 letter. Based on the parties' agreement, the issue regarding publication on the Business Wire is moot.

                                              So Ordered.

                                              JOHN GLEESON, U.S.D.J.

Dated: August 29, 2005
       Brooklyn, New York