**NOTICE TO CORRECT CERTAIN STATEMENTS MADE
BY SPECTRUM SETTLEMENT RECOVERY IN
<u>IN RE VISA CHECK/MASTERMONEY ANTITRUST LITIGATION</u>**

You may have received promotional materials from Spectrum Settlement Recovery, LLC ("Spectrum"), offering to file a claim for your company in the *Visa Check/MasterMoney Antitrust* settlement.

The Court overseeing this action has required the dissemination of this Corrective Notice to correct the following statements included in Spectrum's promotional material:

1. Spectrum's promotional material indicated that "there is no distinction between credit card and the much higher value signature debit card transactions" in the Visa Transactional Database, and that "Spectrum will distinguish credit from debit to gain the highest recovery and detect transactions that have been misreported and therefore incorrectly categorized by your processor and ultimately VMC."

    **Correction:**  The Visa Transactional Database differentiates between off-line debit and credit card transactions, and, consistent with plaintiffs' damages theory, the per dollar settlement payment amount is higher for off-line debit transactions than for credit card transactions.

2. Spectrum's promotional material asserted that a Class Member who accepted Visa and/or MasterCard credit and off-line debit during the Class Period "is eligible to collect significant top line revenue from $100,000 to $6,000,000."

    **Correction:**  Individual Class Member recoveries are determined according to Class Member's specific transaction volumes.  There is no minimum or maximum recovery (*i.e.*, neither a floor nor a ceiling) for any particular Class Member in this settlement.

3. Spectrum's promotional material stated that "once the estimates are mailed, the settlement administrator goes into defense mode and becomes adversarial," and that the Claims Administrator is "paid to defend the Visa/MasterCard estimate."

    **Correction:** The Claims Administrator will consider challenges and modify recovery estimates consistent with the Amended Plan of Allocation.  The claims procedures, as set forth in the Amended Plan, do not include any incentive for the Claims Administrator to categorically reject challenges.

4. Spectrum's promotional materials indicated that "[t]he settlement administrator is obligated to rely only on the questionable information provided by MasterCard and Visa."

**Correction:** As set forth in the Amended Plan of Allocation, when considering challenges, the Claims Administrator will consider properly submitted documentation in support of the challenge and is not obligated to rely solely on data contained in the Visa Transactional Database or otherwise provided by Visa and/or MasterCard.

5. Spectrum's promotional material asserted that Class Members "may file a claim based solely on the 'offer' generated by MasterCard and Visa," and that "[t]hose claims who challenge the partial 'offer' and maximize their recovery value will have a proportionally higher distribution of the remaining unclaimed pool."

**Correction:** The Estimated Cash Payment is prepared and distributed by the Claims Administrator, not by Visa or MasterCard. It is not an offer subject to negotiation, but rather is an estimate that will be revised – either up or down – if the Class Member is able to demonstrate that it is inaccurate.

You may refer to the settlement website maintained by the Claims Administrator, the Garden City Group, Inc., at www.Inrevisacheckmastermoneyantitrustlitigation.com, for access to court documents, and to materials prepared by Lead Counsel and the Claims Administrator, explaining the settlement and the claims process.