# CONSTANTINE | CANNON

**Stacey Anne Mahoney**
Attorney at Law
212-350-2760
smahoney@constantinecannon.com

NEW YORK | WASHINGTON

March 28, 2006

**BY ECF**

The Honorable John Gleeson
United States District Court Judge
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *In re Visa Check/MasterMoney Antitrust Litigation (CV-96-5238)(JG)(RLM)*

Dear Judge Gleeson:

     I write to inform the Court that the time for objections to Special Master Wilcox's Report and Recommendation dated January 11, 2006 and Report and Recommendation dated March 6, 2006 has run. There have been no objections. In response to Special Master Wilcox's comment in the March 6 Report and Recommendation that Lead Counsel did not provide to the Special Master certain invoices, Lead Counsel notes herein that the only reason that those invoices were not provided was because Lead Counsel did not understand that they were requested. In the future, Lead Counsel will provide the Special Master with invoices, in addition to summary descriptions of the type that were requested in the January 11 Report and Recommendation.

Respectfully,

*Stacey Anne Mahoney*
Stacey Anne Mahoney

cc:   Special Master Wilcox

450 LEXINGTON AVENUE, NEW YORK, NY 10017   TELEPHONE: (212) 350-2700   FACSIMILE: (212) 350-2701   WWW.CONSTANTINECANNON.COM
A PROFESSIONAL CORPORATION

74663.1