# CONSTANTINE | CANNON

Amy N. Roth
Attorney at Law
202-204-3505
aroth@constantinecannon.com

NEW YORK | WASHINGTON

July 7, 2006

**By ECF**

The Honorable John Gleeson
United States District Court Judge
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *Visa Check/MasterMoney Antitrust Litigation (CV-96-5238)(JG)(RLM)*

Dear Judge Gleeson:

    Lead Counsel writes to inform the Court about how Lead Counsel has instructed the Claims Administrator to treat claims filed after the previously established deadline and how to treat requests for claim forms which still are being received, more than six months after the deadline for claims to be filed.

    By Order of the Court, dated October 11, 2005, the deadline for Class Members to file claims was extended from November 28, 2005 until December 28, 2005. Notwithstanding that Order, as is Lead Counsel's prerogative under the Plan of Allocation, we directed the Claims Administrator to continue accepting and processing claims beyond the December 28, 2005 deadline. They have done so, at our direction, and continue to do so more than six months after the deadline. Moreover, barring some unforeseen circumstance, it is Lead Counsel's intention to direct the Claims Administrator to continue accepting and processing claims through the end of 2006, *i.e.*, roughly one year beyond the Court-ordered deadline.

    At the same time, as noted above, Lead Counsel has instructed the Claims Administrator to mail claim forms to any potential Class Member that requests a form. It is Lead Counsel's intention to direct the Claims Administrator to honor all requests for claim forms through July 31, 2006, and thereafter decline to send claim forms. Therefore, the cutoff on sending a claim form will be more than seven months after the Court's December 28, 2005 deadline for filing completed claim forms.

78325.1

# CONSTANTINE | CANNON

NEW YORK | WASHINGTON

Hon. John Gleeson
July 7, 2006
Page 2

     Moreover, Lead Counsel will issue a Merchant Advisory Press Release on July 14, 2006 notifying the Class that any additional requests for claim forms must be made by July 31, 2006.

                        Respectfully submitted,

                        Amy N. Roth

cc:    Special Master Robin Wilcox (by first class mail)

78325.1