

**FILED**
IN CLERK'S OFFICE
U.S. D~~ISTRICT COURT~~ E.D.N.Y.

★ JAN 31 2007 ★

**BROOKLYN OFFICE**

Special Master Robin Wilcox
459 Columbus Avenue, #603
New York, NY 10024

January 29, 2007

The Honorable John Gleeson
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *In re Visa Check/MasterMoney Antitrust Litigation*
              *Master File No. CV-96-5238*

Dear Judge Gleeson:

      I write to inform you that, beginning February 2, 2007, I will be returning to work at Kramer Levin Naftalis & Frankel LLP. To the extent that other lawyers at Kramer Levin have cases that are assigned to your docket, I will take steps to ensure that I have no involvement in those cases.

                                                                       Respectfully Submitted,

                                                                       Robin Wilcox

cc (by Fed Ex):     Paul S. Pearlman, Esq.
                          Managing Partner
                          Kramer Levin Naftalis & Frankel LLP
                          1177 Avenue of the Americas
                          New York, NY 10036