UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

IN RE:
VISA CHECK/MASTERMONEY                O R D E R
ANTITRUST LITIGATION                  96-CV-5238 (JG) (M.J. Orenstein)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

JOHN GLEESON, United States District Judge:

  I have received a letter from Don Uhle, President of Pace Car Corp., complaining about the handling of his claim. The Clerk is directed to provide a copy of Mr. Uhle's letter to Lead Counsel for the class and to Special Master Wilcox. Lead Counsel is directed to respond in writing on or before February 16, 2007.

  The Clerk is further directed to provide a copy of this order to Mr. Uhle.

  So ordered.


           JOHN GLEESON, U.S.D.J.


DATED: Brooklyn, New York
    February 7, 2007