UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
IN RE VISA CHECK/MASTERMONEY
ANTITRUST LITIGATION                                                                          <u>ORDER</u>
-------------------------------------------------------X                                      CV-96-5238 (JG)

JOHN GLEESON, United States District Judge:

      Because no objections have been filed, and because it is fair, the proposed settlement of the government's claim (*see* docket entry 1332) is hereby approved.

      So Ordered.

      JOHN GLEESON, U.S.D.J.

Dated: February 12, 2007
       Brooklyn, New York