---

## PACE CAR CORP

---

CERTIFIED MAIL
7005 3110 0004 4343 5538



January 30, 2007

The Honorable John Gleeson
c/o The Clerk of the Court
US District Court for Eastern District of NY
225 Cadman Plaza East
Brooklyn, New York   11201

96 cv 5238

Re:  VisaCheck/MasterMoney Antitrust Litigation Claim Number 232902

To Whom It May Concern:

My company is a class member in the above action.  Our claim was filed on December 7, 2005 and in June of 2006 we received a payment that represented a portion of the amount claimed.  We immediately challenged the amount and over the next 90 days provided documentation that supported our original claim.  In early November we received notice that the missing portion of the payment was approved and would be paid in due course.  Unfortunately, the missing portion was reprocessed as a new claim with a new claim number (as above) and now they are asking us to wait until late this year to be made whole.

Our letter to the lead council dated December 12, 2006 is attached.  In it, I asked them to address this issue but as of today, *they have not replied so I am asking that the court intervene and take action to end this administrative impasse.*  To us, the amount is substantial and we feel that it is unfair to put our claim in queue behind companies that filed much later than we did.

Thank you for your kind consideration of this matter.

Yours truly,

Don Uhle
President

Cc Constantine Cannon, Lead Council

**40316 Hempstead Hwy.
Waller, TX   77484**

Copy

CERTIFIED MAIL 7005 3110 0004 4343 4654

December 12, 2006

Constantine Cannon, Lead Council
In Re Visa Check/MasterMoney Antitrust Litigation
P.O. Box 9000 #6014
Merrick, NY   11566-9000

Re:  Claim Number 232902

To Whom It May Concern:

I was informed last week by Mr. Juan Sandoval in your Garden City office that the above claim is approved but will not be paid out until some time next year due to your policy of "first come, first served." This is to ask that you reconsider based on the following facts and then take action to satisfy this claim with the current group of payments.

Please be reminded that the above claim number (and the recent filing date) is a product of your system and not mine. This claim was originally filed by us one year ago on December 7, 2005 as claim number VMM00112814. You then processed a portion of the claim based on the later years of the claim period as claim number 01433122 and subsequently paid us a portion of the monies that we knew were due us. I then pursued the balance of the original claim, submitted hard evidence that you had missed several years of revenue, and have already waited about six months. Had you processed this properly to begin with, we would have been paid in full last summer. Clearly, our claim does not belong in the group that only filed recently.

Thank you for your kind consideration of this matter.

Yours truly,


Don Uhle
President


**40316 Hempstead Hwy.**
**Waller, TX   77484**