CONSTANTINE | CANNON

**Stacey Anne Mahoney**
Attorney at Law
212-350-2760
smahoney@constantinecannon.com

NEW YORK | WASHINGTON

February 23, 2007

**BY ECF**

The Honorable John Gleeson
United States District Court Judge
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *In re Visa Check/MasterMoney Antitrust Litigation (CV-96-5238)(JG)(RLM)*

Dear Judge Gleeson:

    I write to request a brief extension, until March 19, 2007, of the February 23, 2007 due date for the Court-appointed auditor to submit a statement of work. Special Master Wilcox has reviewed the content of this letter and is in agreement that the brief extension requested is warranted.

    As the Court knows, on February 12, 2007, the Court appointed Eisner LLP ("Eisner") to audit the claims administrator, Garden City Group ("GCG"). Immediately upon issuance of that Order, Lead Counsel contacted Eisner and informed Eisner of the same. Eisner initiated their communications with GCG on February 12, and met with representatives from GCG on site at GCG on February 15. During the communications had between Eisner and GCG during the week of February 12, Eisner learned that certain of the key GCG people with whom Eisner would need to meet in order to prepare the statement of work were out of the office on previously scheduled vacations, and would not return to the office until after the February 23 statement of work deadline. During the week of February 12, Eisner informed Lead Counsel of the same, and Lead Counsel and Special Master Wilcox conferred regarding that issue and the likely need for an extension for the submission of a statement of work. Representatives of Eisner met with Lead Counsel and Special Master Wilcox on February 20 to discuss what had been accomplished by then through the communications and preliminary meeting had between Eisner and GCG, and to discuss the amount of additional time that Eisner believed that it would need in order to research, draft and finalize, with the assistance of Lead Counsel and Special Master Wilcox, the Court-ordered statement of work.

    Based on the information discussed at that February 20 meeting, I respectfully request that the Court extend the deadline for submission of the statement of work to March 19, 2007. Such an extension will allow Eisner to conduct the research requisite to drafting a practical and usable statement of work, including a proposed budget and timeline for schedule of completion

87548.1

CONSTANTINE CANNON

NEW YORK   WASHINGTON

The Honorable John Gleeson
February 23, 2007
Page 2

of the audit. In addition, the extension will allow Lead Counsel and Special Master Wilcox to work with Eisner to fine-tune that statement in accord with what we understand to be the Court's priorities regarding this audit, specifically, satisfaction of the fiduciary obligation of the Court to the Class in balancing the value of the Court-appointed audit and the expense associated therewith.

Respectfully,

*Stacey Anne Mahoney*

Stacey Anne Mahoney

Special Master Robin M. Wilcox (via facsimile)
Neil Zola, GCG (via facsimile)
David Case, Eisner (via facsimile)

87548.1