UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
IN RE VISA CHECK/MASTERMONEY
ANTITRUST LITIGATION                                                                                   <u>ORDER</u>
--------------------------------------------------------X                               CV-96-5238 (JG)

JOHN GLEESON, United States District Judge:

       1.       Class members Round House, Inc., Ron Fred Inc., and Ron Jen Inc. have objected to the proposed settlement of the government's claim seeking participation in the settlement fund distribution. Having considered the responses of Lead Counsel, the government, and Visa and MasterCard, as well as the objectors' reply, I conclude that the objection is without merit. Accordingly, the settlement is hereby approved as proposed.

       2.       Lead Counsel's request for an extension of time in which Eisner LLP may submit a statement of work is granted. The statement of work shall be submitted on or before March 19, 2007.

                                                                                                                 So Ordered.

                                                                                                          JOHN GLEESON, U.S.D.J.

Dated: February 28, 2007
       Brooklyn, New York