MEMO ENDORSED
IT IS ORDERED that counsel in receipt of this Memo Endorsement is sent is responsible for faxing a copy to all counsel and retaining verification in the case file. Do not fax such verification to Chambers or the Special Master.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x

IN RE VISA CHECK/MASTERMONEY           MASTER FILE NO. CV-96-5238
ANTITRUST LITIGATION                   (Gleeson, J.) (Mann, M.J.)

-------------------------------------------------------x

### ORDER OF THE SPECIAL MASTER

It is my understanding that, in anticipation of filing a proposal for securitization of the settlement funds, Lead Counsel intends to file a letter recommending that Judge Gleeson appoint an expert to assist the Court in evaluating the securitization proposal.

In connection with this recommendation, Lead Counsel is directed to (1) file a proposed statement of work for such expert; and (2) propose a plan for providing the Class with notice of its securitization proposal.

Lead Counsel's recommendation shall be filed on or before October 15, 2007. In the event that this deadline does not provide sufficient time, Lead Counsel is directed to propose an alternative.

*Robin M. Wilcox*
Robin M. Wilcox
Special Master

Dated: September 18, 2007
       New York, New York