

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x

IN RE VISA CHECK/MASTERMONEY
ANTITRUST LITIGATION

MASTER FILE NO. CV-96-5238
(Gleeson, J.) (Mann, M.J.)

-------------------------------------------------------x

## ORDER OF THE SPECIAL MASTER

By order dated November 11, 2006, this Court directed me to "to place Lead Counsel's fee requests on a regular schedule." The Court also "directed [Lead Counsel] to provide to Special Master Wilcox a budget prior to the commencement of each pay period, setting forth the expected fees and disbursements for the period."

By letter dated December 29, 2006, I ordered Lead Counsel to submit all fee applications on a yearly basis, with the first such application be submitted on or before July 31, 2007. I also ordered Lead Counsel to submit to me a budget on or before July 1 of each year, with each such budget to cover anticipated fees and expenses for the following fee and expense period.

By letter dated August 20, 2007, Lead Counsel explained that, due to a "misunderstanding of the impact that the ongoing audit of the class administrator, Garden City Group, was to have on the deadlines regarding the submissions referenced above," it had not yet filed either (1) a request for reimbursement of fees and disbursements covering the period of July 1, 2006, through June 30, 2007; or (2) the projected budget for fees and expenses likely to be incurred by Lead Counsel on behalf of the Class for the period of July 1, 2007 through June 30, 2008. Lead Counsel requested "that it be permitted to submit the . . . request and budget on or before September 30, 2007." Lead Counsel's August 20, 2007 letter is attached hereto as Exhibit A.

The request is granted.

Robin M. Wilcox
Special Master

Dated: September 10, 2007
New York, New York

# CONSTANTINE CANNON

**Stacey Anne Mahoney**
Attorney at Law
212-350-2760
smahoney@constantinecannon.com

August 20, 2007

**BY HAND**

Special Master Robin M. Wilcox
459 Columbus Avenue, #603
New York, New York 10024

Re:   *In re Visa Check/MasterMoney Antitrust Litigation (CV-96-5238)(JG)(RLM)*

Dear Special Master Wilcox:

I write this letter on behalf of Lead Counsel in order to request a brief extension of time in which to submit (1) Lead Counsel's request for reimbursement of fees and disbursements covering the period of July 1, 2006 through June 30, 2007, and (2) the projected budget for fees and expenses likely to be incurred by Lead Counsel on behalf of the Class for the period of July 1, 2007 through June 30, 2008. This request for an extension has been occasioned by Lead Counsel's misunderstanding of the impact that the ongoing audit of the class administrator, Garden City Group, was to have on the deadlines regarding the submissions referenced above. Having now corrected that misunderstanding, Lead Counsel respectfully requests that it be permitted to submit the above-referenced request and budget on or before September 30, 2007.

Respectfully submitted,

Stacey Anne Mahoney

94596.1