UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

IN RE VISA CHECK/MASTERMONEY
ANTITRUST LITIGATION

                                            ORDER
                                        96-CV-5238 (JG) (RLM)

-----------------------------------------------------------x

JOHN GLEESON, United States District Judge:

        Having reviewed Special Master Robin Wilcox's thorough report and recommendation of November 27, 2007, and having noted that no party has objected to it, I hereby adopt it in its entirety. Accordingly, I award Lead Counsel $287,992.13 in legal fees. Additionally, I authorize an additional payment of $1,034,453.62, consisting of payment of (1) $82,080.39 for the fees and expenses of Brown Rudnick; (2) $203,857.83 for the fees and expenses of N & A Consulting LLC; (3) $16,469.49 for the fees and expenses of Apco Worldwide; (4) $186,496.71 for the fees and expenses of CRA International, Inc.; (5) $497,160.00 for the fees of Cannonade Capital LLC; (6) $6,301.22 for Lead Counsel's miscellaneous costs and expenses; and (7) $42,087.98 for Special Master fees and expenses.

                                                                               So ordered.

                                                                      JOHN GLEESON, U.S.D.J.

Dated:  Brooklyn, New York
           December 12, 2007