UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x

IN RE VISA CHECK/MASTERMONEY
ANTITRUST LITIGATION

MASTER FILE NO. CV-96-5238
(Gleeson, J.) (Mann, M.J.)

-------------------------------------------------------x

## ORDER OF THE SPECIAL MASTER

On or before January 11, 2008, Lead Counsel and counsel for defendants MasterCard International Incorporated and Visa U.S.A. Inc. shall file a joint submission with the Court describing the status of Lead Counsel's efforts to securitize the common fund, with a courtesy copy provided to me by email.

*[signature]*
Robin M. Wilcox
Special Master

Dated: January 2, 2008
New York, New York