UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

IN RE PAYMENT CARD INTERCHANGE
FEE AND MERCHANT DISCOUNT                    ORDER
ANTITRUST LITIGATION                         05-MD-1720 (JG) (JO)

-----------------------------------------------------------x
JOHN GLEESON, United States District Judge:

       Having reviewed the objections to Magistrate Judge Orenstein's September 7, 2007 Report and Recommendation granting the defendants' motion to dismiss the class plaintiffs' claims for damages incurred prior to January 1, 2004 and having found them to be without merit, I hereby adopt Magistrate Judge Orenstein's Report and Recommendation.

       So ordered.

JOHN GLEESON, U.S.D.J.

Dated: January 8, 2008
      Brooklyn, New York