# CONSTANTINE | CANNON

**Amy N. Roth**
Attorney at Law
202-204-3505
aroth@constantinecannon.com

NEW YORK | WASHINGTON

April 10, 2008

**VIA ECF**

The Honorable John Gleeson
United States District Court Judge
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *Visa Check/MasterMoney Antitrust Litigation (CV-96-5238)(JG)(RLM)*

Dear Judge Gleeson:

      Lead Counsel writes in response to the Court's April 7, 2008 Order directing us to advise the Court as to why our March 11, 2008 letter should be maintained under seal. The March 11 letter concerned an interim distribution to pay certain merchants' claims.

      The August 16, 2005 Amended Plan of Allocation ("Amended Plan") requires the Claims Administrator's reports of Approved Claims and Notice of Distribution to be "confidential submission[s] under seal to Lead Counsel and to the Court (or, as directed, to the Special Master)." *See* Amended Plan at paragraph 10. Consistent with this section of the Amended Plan, Lead Counsel has filed under seal all correspondence with the Court concerning details of a distribution and/or containing individual merchant distribution amounts.

      The March 11 letter details the reasons for the interim distribution and attaches merchant-specific information. Lead Counsel believes that, at minimum, the attachment should remain under seal as it names individual merchants and provides the dollar amount of each merchant's claim.

                                                        Respectfully submitted,

                                                       Amy N. Roth

cc:    Special Master Robin Wilcox (by first class mail)

1627 EYE STREET N.W., WASHINGTON, D.C. 20006   TELEPHONE: (202) 204-3500   FACSIMILE: (202) 204-3501   WWW.CONSTANTINECANNON.COM
A LIMITED LIABILITY PARTNERSHIP

102754.1