FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y
★ APR 16 2008 ★
P.M _____
TIME A.M. _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

IN RE VISA CHECK/MASTERMONEY
ANTITRUST LITIGATION

JUDGMENT
96-CV- 5238 (JG)

----------------------------------------------------------X

An Order of Honorable John Gleeson, United States District Judge, having been filed on April 14, 2008, adopting the Report and Recommendation of the Special Master; awarding Lead Counsel $50,935.50 in legal fees and authorize an additional payment of $220,315.64, consisting of payment for (1) $4,741.98 for the fees and expenses of Brown Rudnick; (2) $69,750.00 for the fees of the Orrick Law Firm; (3) $30,297.45 for the fees and expenses of N & A Consulting LLC; (4) $54,721.31 for the fees and expenses of CRA International, Inc.; (5) $59,840.00 for the fees of Cannonade Capital LLC; and (6) $964.90 for Lead Counsel's miscellaneous costs and expenses (FedEx, photocopies, messenger services, offsite storage, online database research, postage and telephone); it is

ORDERED and ADJUDGED that the Report and Recommendation of the Special Master is adopted in its entirety; that Lead Counsel is awarded $50,935.00 in legal fees and authorize an additional payment of $220,315.64, consisting of payment for (1) $4,741.98 for the fees and expenses of Brown Rudnick; (2) $69,750.00 for the fees of the Orrick Law Firm; (3) $30,297.45 for the fees and expenses of N & A Consulting LLC; (4) $54,721.31 for the fees and expenses of CRA International, Inc.; (5) $59,840.00 for the fees of Cannonade Capital LLC; and (6) $964.90 for Lead Counsel's miscellaneous costs and expenses (FedEx, photocopies, messenger service, offsite storage, online database research, postage and telephone).

Dated: Brooklyn, New York
April 16, 2008

ROBERT C. HEINEMANN
Clerk of Court

By s/Terry Vaughn
Chief Deputy