# CONSTANTINE | CANNON

**Michelle A. Peters**
Attorney at Law
212-350-2767
mpeters@constantinecannon.com

NEW YORK | WASHINGTON

July 17, 2008

**BY FACSIMILE & ECF**

The Honorable John Gleeson
United States District Court Judge
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: *In re Visa Check/MasterMoney Antitrust Litigation (CV-96-5238)(JG)(RLM)*

Dear Judge Gleeson:

  I write to request clarification from the Court regarding one portion of today's Order adopting the Special Master's June 20, 2008 report and recommendation, as it relates to an award for payment of $91,380 in fees to Cannonade Capital ("Cannonade").

  In the analysis section of the report and recommendation (at page 18), Cannonade's requested fees were decreased from $91,380 to $76,150 (or from a rate of $600/hour to a rate of $500/hour, with leave to seek reimbursement for an additional $100/hour under certain circumstances).

  However, even though the Court adopted the Special Master's report and recommendation in its entirety, the summary pages of the report (at pages 2 and 20) recommend paying Cannonade $91,380, or the full amount initially requested. We respectfully request confirmation that the amount ordered for Cannonade should be $76,150, as reflected at page 18 of the report and recommendation.

               Respectfully submitted,

               Michelle A. Peters

cc: Special Master Wilcox (by facsimile)

105812.1

450 LEXINGTON AVENUE, NEW YORK, NY 10017 TELEPHONE: (212) 350-2700 FACSIMILE: (212) 350-2701 WWW.CONSTANTINECANNON.COM
A LIMITED LIABILITY PARTNERSHIP