UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------x

IN RE VISA CHECK/MASTERMONEY           MASTER FILE NO. CV-96-5238
ANTITRUST LITIGATION                   (Gleeson, J.)


-----------------------------------------------------x

## ORDER OF THE SPECIAL MASTER

Professor Bernard Black has been appointed by this Court as an independent expert in connection with the possible securitization of the settlement funds. By invoice dated January 2, 2009, he seeks payment of $31,600 for professional services rendered from January through December 2008 on work preparing an expert report on the securitization of payments by MasterCard. Specifically, he seeks payment for 39.50 hours he spent during that time at the hourly rate of $800. His invoice also seeks reimbursement of $420, for a combined total of $32,020.00.

By letter dated February 19, 2009, Robert Begleiter, on behalf of Lead Counsel, stated that his firm had reviewed the invoice and concluded that it is reasonable and therefore that Lead Counsel has no objection to its payment.

I have also reviewed Professor Black's invoice and I concur with Lead Counsel that it is reasonable. I therefore authorize Lead Counsel to issue payment to Professor Black of $32,020.00 in satisfaction of his January 2, 2009 invoice.

Dated: February 23, 2009
       New York, New York

                                        Robin M. Wilcox
                                        _____
                                        Robin M. Wilcox