**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------------x
IN RE                                                    :
                                                         :
VISA CHECK/MASTERMONEY ANTITRUST                         :
LITIGATION                                               :
-------------------------------------------------------------------x
This Document Relates To:                                :
All Actions                                              :
                                                         :
                                                         :
-------------------------------------------------------------------x
```

**MASTER FILE NO.**
**CV-96-5238**
**(Gleeson, J.) (Orenstein M.J.)**


**ORDER TO SHOW CAUSE**

      Upon the Memorandum in Support of Lead Counsel's Motion to Approve the

Securitization of the MasterCard Settlement Account Payments ("Memorandum"), the

accompanying declarations of Robert L. Begleiter, Esq., dated March 5, 2009 ("Begleiter

Declaration"), Joshua J. Slovik, dated March 4, 2009, and Neil L. Zola, dated October 6, 2008,

attachments to those declarations, and all prior papers and proceedings herein, it is hereby

      **ORDERED** that any objectors to the Securitization (as set forth in the Memorandum and the

Begleiter Declaration) shall show cause before the Honorable John Gleeson, United States District Judge

for the Eastern District of New York, on _____ ___, 2009 at ___:___ AM/PM, in Room

_____ of the United States Courthouse, 225 Cadman Plaza East, Brooklyn, NY 11201, why the

motion to permit the Securitization should not be granted and why the Proposed Order (annexed to the

Begleiter Declaration as Exhibit N) authorizing Constantine Cannon LLP and Hagens Berman Sobol

Shapiro LLP ("Lead Counsel") to complete the Securitization should not issue;

      **FURTHER ORDERED** that any objections to the motion must be filed with this Court by no

later than _____ ____, 2009, and that Lead Counsel may file and serve papers in reply

to such opposition papers by no later than _____ ____, 2009; and it is

**FURTHER ORDERED** that posting a copy of this Order, the Memorandum, and the above-mentioned declarations and exhibits attached thereto on the case website at www.InReVisaCheckMasterMoneyAntitrustLitigation.com and at Lead Counsel's website at www.ConstantineCannon.com and mailing such papers to all parties who have appeared in this case on or before _____ ____, 2009 shall be deemed good and sufficient service thereof.

Dated: _____, 2009
      Brooklyn, New York

                                             _____
                                             John Gleeson
                                           United States District Judge