# EXHIBIT L



Pali Research. "If you don't have the balance sheet to really weather the storm for a couple of years, then that's it."

Last year, a raft of retailers, including Boscov's, Sharper Image, Mervyns, Linens 'n Things, Whitehall Jewelers and Steve & Barry's, filed for bankruptcy protection. This week, Goody's Family Clothing and Gottschalks also filed.

Many more retailers are expected to follow suit as they run out of working capital or are unable to refinance their debt.

Emerging from bankruptcy is harder than ever because of changes in the bankruptcy code and trouble in the credit markets, which are largely refusing to put new money into troubled companies.

Wall Street analysts said in November that the prospects of long-term survival for Circuit City were bleak. Months of declining sales sent the company over the edge, although its problems go back a decade. They include buying cheap real estate leases in inferior locations and laying off the company's most experienced sales staff. The latter saved money, but at the price of employee morale and countless customers.

"They basically destroyed all their customer loyalty among all their best customers in one fell swoop," said Britt Beemer, chief executive and founder of America's Research Group.

"That was really the beginning of the end."

The disappearance of the national chain means that in many markets consumers are running out of places to buy electronics, though shoppers are not the only ones being affected. The loss of Circuit City will probably be felt throughout the supply line as electronics manufacturers find themselves less able to negotiate prices.

The biggest electronics retailer left is Best Buy. Circuit City's liquidation sales are likely to put pressure on Best Buy in the short run, but retailing analysts say the company will ultimately emerge with more market share.

"Even accounting for a softer economy," said David A. Schick, an analyst at Stifel Nicolaus, "the business will go to specialty players in the sector and it will also go to mass merchant discounters."

Analysts say they believe the biggest winner will not be Best Buy, but Wal-Mart.

Ms. Widlitz said consumers who shopped at Circuit City were more likely to defect to Wal-Mart than to Best Buy, especially at a time when Wal-Mart has aggressively built up its stable of name-brand electronics at low prices.

"This is perfect timing for them," Ms. Widlitz said.

**Recommend**

A version of this article appeared in print on January 17, 2009, on page B1 of the New York edition.

**More Articles in Technology »**

**Click here to enjoy the convenience of home delivery of The Times for less than $1 a day.**

**Related Articles**

**FROM THE NEW YORK TIMES**

Electronics Store Files for Bankruptcy
(November 11, 2008)

**INSIDE NYTIMES.COM**

◄  ►

ART & DESIGN »



**Darwin's Wake Splashed Artists, Too**

SPORTS »



**Errors Cast Doubt on Matt McCarthy's Memoir**

OPINION »

## Bloggingheads: Jindal and Race

A debate about a possible racial bias in criticism of Gov. Bobby Jindal.

N.Y. / REGION »



**Teenagers With Souls of Poets Face Off**

OPINION »



**Desmond Tutu: Will Africa Let Sudan Off?**

SCIENCE »

**Rewards for Students Under a Microscope**

Home | World | U.S. | N.Y. / Region | Business | Technology | Science | Health | Sports | Opinion | Arts | Style | Travel | Jobs | Real Estate | Automobiles | Back to Top

Copyright 2009 The New York Times Company | Privacy Policy | Search | Corrections | RSS | First Look | Help | Contact Us | Work for Us | Site Map