# EXHIBIT D

Visa Check/MasterMoney Antitrust Litigation Website

http://www.inrevisacheckmastermoneyantitrustlitigation.com/plan.php3

**Visa Check/MasterMoney Antitrust Litigation**

*www.InReVisaCheckMasterMoneyAntitrustLitigation.com*

**toll-free helpline: 1-(888) 641-4437**

Visa Check/MasterMoney Antitrust Litigation Website
http://www.inrevisacheckmastermoneyantitrustlitigation.com/plan.php3
3/31/2009 2:38 PM
2 of 4

**MasterMoney Litigation**

www.InReVisaCheckMasterMoneyAntitrustLitigation.com

**toll-free helpline: 1-(888) 641-4437**

- Home
- Claims Distribution
- Merchant/Class Member Rights Under the Settlement
- Make an Electronic Claim
- Instructions for Filing a Paper Claim
- Explanation of Your Estimated Cash Recovery
- PIN DEBIT
- Methodology for Calculating Estimated Cash Payment
- Make a Consolidation Request
- Request A Claim Form
- Frequently

Español

## Plan of Allocation

The documents below are in PDF format. **Acrobat Reader is Required to view the PDFs.** You may already have the Adobe Acrobat Reader on your computer or on disks that came with your computer. If you do, you won't need to download Adobe Acrobat. **If you do not have Acrobat, please click here to download the Free Adobe Acrobat Reader.**

In order to view any of the documents below, please select from the following links:

### DOCUMENTS REGARDING SECURITIZATION OF THE SETTLEMENT FUNDS

1. March 6, 2009 Order to Show Cause
2. Lead Counsel's Motion to Approve the Securitization of the MasterCard Settlement Account Payments
   a. Memorandum in Support of Lead Counsel's Motion to Approve the Securitization of the MasterCard Settlement Account Payments
   b. Proposed Order
   c. Declaration of Robert L. Begleiter, Esq.
      i. Part I
      ii. Part II
   d. Declaration of Joshua J. Slovik
   e. Declaration of Neil L. Zola
3. Report of Independent Expert, Professor Bernard Black.

### DOCUMENTS REGARDING AN ADJUSTMENT TO THE METHODOLOGY FOR CALCULATING PIN DEBIT CLAIMS FOR CERTAIN MERCHANT CATEGORIES

1. October 3, 2008 Letter to the Court Requesting Approval of an Adjustment to the Methodology for Calculating PIN Debit Claims for Certain Merchant Categories

Visa Check/MasterMoney Antitrust Litigation Website
http://www.inrevisacheckmastermoneyantitrustlitigation.com/plan.php3
3/31/2009 2:38 PM

# Visa Check/MasterMoney Antitrust Litigation

toll-free helpline: 1-(888) 641-4437

1. Amended Plan of Allocation
2. Supplemental Fisher Allocation Declaration
3. Fisher Allocation Declaration
4. Frequently Asked Questions Regarding the Plan of Allocation

## ORDERS GRANTING LEAVE TO AMEND THE PLAN OF ALLOCATION

1. Interim Order Granting Leave to Amend in Part
2. Order Granting Leave to Amend in Full

Home • Claims Distribution • Merchant/Class Member Rights Under the Settlement
Make an Electronic Claim • Claim Instructions
Pin Debit • Explanation of Your Estimated Cash Recovery
Methodology for Calculating Estimated Cash Payment
Make a Consolidation Request • Request A Claim Form
Frequently Asked Questions • Amended Plan of Allocation and Distribution
News From Lead Counsel • Court and Settlement Documents
Court Decisions Resolving Objectors Counsels Fee and Expense Petitions
Supplemental Request for Fees and Reimbursement of Costs and Expenses

http://www.inrevisacheckmastermoneyantitrustlitigation.com/plan.php3

3/31/2009 2:38 PM

Visa Check/MasterMoney Antitrust Litigation Website

4 of 4

# Visa Check/MasterMoney® Antitrust Litigation

Counsel [Redacted] the Other [Redacted] MoneySettlement [Redacted]ation.com
History of the Action • Help

**toll-free helpline: 1- (888) 641-4437**

Prepared by The Garden City Group, Inc.