# EXHIBIT F

## NEGOCIOS Y FINANZAS

## Aviso a los comerciantes sobre la securitización de los fondos de la cuenta del acuerdo MasterCard

Descargar esta noticia en formato PDF

NUEVA YORK, 10 de marzo /PRNewswire-HISPANIC PR WIRE/ -- El siguiente comunicado fue emitido hoy por Constantine Cannon LLP:

Estimados comerciantes:

Constantine Cannon LLP, Asesor Legal General para los comerciantes de Estados Unidos en el Litigio Antimonopolio Visa Check/MasterMoney (Visa Check/MasterMoney Antitrust Litigation), CV 96-5238, anuncia a los miembros de la demanda colectiva:

El 6 de marzo de 2009, el Asesor Legal General interpuso ante el Tribunal un pedido para vender (o para securitizar) las obligaciones de pago pendientes de MasterCard, que actualmente ascienden a US$400 millones, y se pagarán en el fondo del acuerdo, en cuatro cuotas anuales, entre el año 2009 y el 2012. Si se aprueba el pedido y se finaliza la securitización, el Asesor Legal podrá distribuir, en pagos únicos, los pagos residuales a los miembros de la demanda colectiva que interpusieron demandas aprobadas, en lugar de pagar las cantidades residuales en cuotas a lo largo de los próximos cuatro años.

Las objeciones a la securitización propuesta se deben presentar ante el Tribunal hasta el 27 de marzo de 2009 (inclusive), y quienes se opongan deben presentarse ante el Tribunal el 20 de abril de 2009 a las 12:45 P.M. para demostrar por qué no debería aprobarse la securitización propuesta. Los comerciantes pueden visitar el sitio web de la causa legal para ver las copias de los documentos presentados por el Asesor Legal General al hacer este pedido, y la Orden del Tribunal que indica el esquema para objetar el pedido, haciendo clic sobre la opción de la barra lateral titulada "Amended Plan of Allocation and Securitization" ("Plan Ajustado de Asignación y Securitización") o haciendo clic sobre este enlace. ( http://InReVisacheckMastermoneyAntitrustLitigation.com )

Se puede acceder a la información sobre los derechos de los comerciantes bajo el acuerdo en el sitio web de la causa, haciendo clic sobre la opción de la barra lateral "Merchant/Class Member Rights Under the Settlement" ("Derechos de los comerciantes / miembros de la demanda colectiva bajo este acuerdo"). En el teléfono 1-888-6... , se puede obtener más información.

Las copias de los documentos que presentó el Asesor Legal General para este pedido se pueden ver más abajo o en el sitio web de la causa en http://www.inrevisacheckmastermoneyantitrustlitigation.com

6 de marzo de 2009 Orden para Demostración de Causa ( http://www.constantinecannon.com/pdf_etc/ordertoshowcause.pdf )

Memorandum en apoyo al pedido del Asesor Legal General de aprobación de la securitización de los pagos de la cuenta del acuerdo MasterCard ( http://www.constantinecannon.com/pdf_etc/memsupportsecur.pdf )

Orden propuesto ( http://www.constantinecannon.com/pdf_etc/ordertoshow.pdf )

Declaración de Robert L. Begleiter, abogado. ( http://www.constantinecannon.com/pdf_etc/begleiterdecl.pdf )

Declaración de Robert L. Begleiter, abogado. Pruebas instrumentales. ( http://www.constantinecannon.com/pdf_etc/begleiterexhs.pdf )

Declaración de Joshua J. Slovik ( http://www.constantinecannon.com/pdf_etc/slovikdeclaration.pdf )

Declaración de Neil L. Zola ( http://www.constantinecannon.com/pdf_etc/zoladecl.pdf )

Atentamente.

CONSTANTINE CANNON LLP (antes, Constantine & Partners)

Asesor Legal General de la demanda colectiva

Counsel@InReVisacheckMastermoneyAntitrustLitigation.com

FUENTE Constantine Cannon LLP



© 2005 Hispanic PR Wire. Web design by the Hispanic Digital Network, Inc. All rights reserved. Read our privacy guidelines