# EXHIBIT G

Visa Check/MasterMoney Antitrust Litigation Website

http://www.inrevisacheckmastermoneyantitrustlitigation.com/index_sp.php3

3/31/2009 2:44 PM

1 of 5

**Visa Check/MasterMoney Antitrust Litigation**

www.InReVisaCheckMasterMoneyAntitrustLitigation.com

línea de ayuda gratuita : 1- (888) 641-4437

http://www.inrevisacheckmastermoneyantitrustlitigation.com/index_sp.php3

Visa Check/MasterMoney Antitrust Litigation Website

3/31/2009 2:44 PM

## MasterMoney Litigation

www.InReVisaCheckMasterMoneyAntitrustLitigation.com

línea de ayuda gratuita : 1- (888) 641-4437

- Inicio
- Distribución de Reclamaciones
- Los Derechos del Miembro de la Clase/Mercader Bajo el Arreglo
- Haga una reclamación por vía electrónica
- Instrucciones para presentar reclamaciones impresas
- Explicación de la cantidad estimada de su recuperación monetaria en efectivo
- Transacciones de Débito
- Método para calcular los pagos estimados en efectivo
- Para solicitar una consolidación

2009 REFERENTE AL ASEGURAMIENTO DE LOS FONDOS DE LA CUENTA DEL ARREGLO DE MASTERCARD.

**HAGA CLIQUE AQUÍ PARA VER LA NOTIFICACIÓN DEL 6 DE MARZO DE 2009 REFERENTE AL ASEGURAMIENTO DE LOS FONDOS DE LA CUENTA DEL ARREGLO DE MASTERCARD.**

**HAGA CLIQUE AQUÍ PARA REPASAR LOS DOCUMENTOS RELACIONADOS CON LA TITULACIÓN DE LOS FONDOS DEL ARREGLOS**

CLIQUE AQUÍ PARA REPASAR EL NOTIFICACIÓN A LOS COMERCIANTES ACERCA DE LA DISTRIBUCIÓN DE PAGOS EN EFECTIVO A LOS MIEMBROS DEL GRUPO A FINES DE DICIEMBRE DE 2008.

CLIQUE AQUÍ PARA REPASAR EL AVISO AL COMERCIANTE (FECHA: 24 DE OCTUBRE DEL 2008) SOBRE INFORMACIÓN RELATIVA A OFERTAS DE COMPRA DE INGRESOS DE ACUERDO.

CLIQUE AQUÍ PARA REPASAR EL AVISO AL COMERCIANTE (FECHA: 15 DE OCTUBRE DEL 2008) SOBRE COMO SE MANDARAN LOS AVISOS PARA LOS PAGOS DE RECOMPENSAS POR LOS DAÑOS EN EL CASO DE LAS TARJETAS DEBITOS.

**POR ORDEN JUDICIAL, LA FECHA ÚLTIMA Y DEFINITIVA PARA PRESENTAR UNA RECLAMACIÓN POR SOBRECARGOS DE LAS TARJETAS DE DÉBITO Y CRÉDITO 'SIGNATURE', Y PARA COBRAR LOS CHEQUES EMITIDOS ANTERIORMENTE, ERA EL 15 DE**

http://www.inrevisacheckmastermoneyantitrustlitigation.com/index_sp.php3

3/31/2009 2:44 PM

Visa Check/MasterMoney Antitrust Litigation Website

http://www.inrevisacheckmastermoneyantitrustlitigation.com

**Visa Check/MasterMoney Antitrust Litigation**

**2008** *ReVisaCheckMasterMoneyAntitrustLitigation.com*

Línea de ayuda gratuita : 1-(888) 641-4437

COMO LA FECHA LÍMITE PARA QUE SE EFECTÚE LA PRESENTACIÓN DE TODOS LOS RECLAMOS POR SOBRECARGOS EN TRANSACCIONES DE CRÉDITO Y DE DÉBITO QUE REQUIEREN FIRMA Y, ASIMISMO, PARA QUE DESPUÉS DE DICHA FECHA TODOS LOS CHEQUES (POR CONCEPTO DE DAÑOS POR TRANSACCIONES DE CRÉDITO Y DE DÉBITO QUE REQUIEREN FIRMA) QUE NO HAYAN SIDO COBRADOS SEA EFECTIVAMENTE ANULADOS Y SUS FONDOS SEAN RESTITUIDOS A LOS FONDOS DEL ACUERDO. HAGA CLIC AQUÍ PARA OBTENER MÁS INFORMACIÓN.

English

## BIENVENIDO AL SITIO WEB DE LITIGIO ANTIMONOPOLIO CONTRA VISA CHECK / MASTERMONEY

### ¿DE QUÉ TRATA ESTE JUICIO?

El **litigio antimonopolio contra Visa Check/MasterMoney** es una demanda conjunta que se entabló y litigó en el juzgado de distrito de Estados Unidos para el distrito este de Nueva York en Brooklyn, Nueva York (United States District Court for the Eastern District of New York in Brooklyn, New York). El grupo está compuesto por todos los comercios y organizaciones en los Estados Unidos que hayan aceptado tarjetas de débito y de crédito Visa y MasterCard para pagos realizados en algún momento durante el período entre el 25 de octubre de 1992 y el 21 de junio de 2003. Los demandantes del Grupo reclamaron que a través de sus políticas de "honrar todas las tarjetas" ("honor all cards"), Visa y MasterCard forzaron a los comerciantes a aceptar transacciones con las tarjetas de débito de marca Visa y MasterCard a precios por encima de la competencia. (Los productos de débito de marca Visa y MasterCard también se conocen como **Visa Check, MasterMoney o Debit MasterCard.**.) Los comerciantes también reclamaron que Visa y MasterCard estaban intentando monopolizar el comercio de las tarjetas de débito en los Estados Unidos. En abril de 2003, cuando el juicio estaba por comenzar, Visa y MasterCard llegaron a un arreglo con los demandantes del Grupo.

### ¿CUÁLES SON LOS TÉRMINOS DEL ARREGLO?

Como parte del arreglo, Visa y MasterCard eliminaron sus políticas de "honrar todas las tarjetas", que obligaba a los comerciantes que aceptaban las transacciones con sus tarjetas de crédito aceptaran también las transacciones de las tarjetas de débito de su marca. Antes de esta separación de crédito y débito, también acordaron reducir las tarifas de las tarjetas de débito a dos tercios por un período provisional. Además, aceptaron volver a etiquetar las tarjetas de débito Visa Check y MasterMoney con la

**Visa Check/MasterMoney Antitrust Litigation**

[text obscured] ración de las
[text obscured] crédito Visa y MasterCard también acordaron pagar $3.05
[text obscured]

Línea de ayuda gratuita : 1- (866) 641-4437

aprobados por el tribunal.

*Haga clic aquí para saber más sobre los términos del arreglo.*

## ¿QUIÉNES PUEDEN PARTICIPAR EN EL ARREGLO?

Usted es parte de los demandantes del Grupo y, por lo tanto, puede participar en el arreglo si usted o su comercio u organización en los Estados Unidos aceptaron tarjetas de débito y de crédito Visa o MasterCard para pagos en algún momento del período comprendido entre el 25 de octubre de 1992 y el 21 de junio de 2003.

## ¿CÓMO PARTICIPO EN EL ARREGLO?

Basado en la sentencia del tribunal, el abogado principal Constantine Cannon ahora tiene la tarea de distribuir la recaudación del arreglo a todos los Miembros del Grupo con derecho a ello. Para asistirlos en este proceso, el abogado principal y el tribunal han autorizado a The Garden City Group, Inc. ("GCG") a actuar como administrador de reclamaciones. El primer paso, según la sentencia del tribunal, es que GCG envíe formularios de reclamación, al 29 de septiembre de 2005, a todos los miembros del Grupo que hayan sido previamente identificados.

Si no recibe su formulario de reclamación unas semanas después del envío, pero considera que merece uno, por favor llame al número gratuito mencionado anteriormente arriba o haga clic aquí para solicitarlo a través de este sitio Web.

Los formularios de reclamación y las instrucciones adjuntas le explicarán todo lo que necesita saber para poder participar en el arreglo y recibir su parte prorrateada de la recaudación del arreglo. Sin embargo, si necesita más información, por favor consulte este sitio Web o llame al número gratuito. Entre la información contenida en este sitio se encuentran: las preguntas frecuentes, una descripción detallada del cálculo de las asignaciones, información personalizada sobre el cálculo correspondiente a su propia reclamación, el plan de repartición enmendado y los informes de los expertos que exponen la metodología para estimar los pagos en efectivo (vea la declaración de reparticiones de Fisher).

Seguramente surgirán preguntas que no pueden responderse con la información presentada en este sitio Web. Hay operadores disponibles gratuitamente (en el número mencionado arriba) para atender sus llamados y responder las preguntas relacionadas con el arreglo. También podrá dejar mensajes para el administrador de reclamaciones y el abogado principal.

El abogado principal y CGC se han comprometido a distribuir la recaudación de la

**Visa Check/MasterMoney Antitrust Litigation**

línea de ayuda gratuita : 1-(800) 643-4437

[redacted] que se [redacted]. Por ende, cuanto más rápidamente presente su [redacted] adjudicación de dicha objeción puede retrasar su pago final.

Además, para poder establecer el derecho a participar en el fondo de compensación, los miembros del Grupo deben proveer información que demuestre que aceptaron transacciones de pago de Visa o MasterCard en algún momento entre el 25 de octubre de 1992 y el 21 de junio de 2003. A pesar de que no se le solicitará que presente la documentación junto con su formulario de reclamación, posteriormente se le podrá pedir que la presente para confirmar su derecho a un pago en efectivo.

Finalmente, es su responsabilidad notificar a GCG sobre cualquier cambio de domicilio después de entregar su formulario de reclamación.

Si tiene más preguntas, por favor diríjase a **Ayuda.**

---

Inicio • Distribución de Reclamaciones • Los Derechos del Miembro de la Clase/Mercader Bajo el Arreglo • Haga una reclamación por vía electrónica
Instrucciones para presentar reclamaciones impresas
Explicación de la cantidad estimada de su recuperación monetaria en efectivo
Transacciones de Débito Método para calcular los pagos estimados en efectivo • Para solicitar una consolidación
Solicite un formulario de reclamación • Preguntas frecuentes • Plan enmendado de repartición
Novedades del Asesor Legal Principal • Documentos del Tribunal y del Arreglo
Sentencias para resolver las peticiones relacionadas con los gastos y honorarios de los asesores legales de los objetores
Petición suplementaria con respecto a honorarios y al reembolso de costos y gastos
Orden para demostrar causa respecto del arreglo de recuperación de Spectrum
Historial de la causa • Ayuda
Privacy Policy



Prepared by The Garden City Group, Inc.

Visa Check/MasterMoney Antitrust Litigation Website

http://www.inrevisacheckmastermoneyantitrustlitigation.com/plan_sp.php3

3/31/2009 2:43 PM

1 of 4

**Visa Check/MasterMoney Antitrust Litigation**

www.InReVisaCheckMasterMoneyAntitrustLitigation.com

línea de ayuda gratuita : 1- (888) 641-4437

Visa Check/MasterMoney Antitrust Litigation Website
http://www.invisacheckmastermoneyantitrustlitigation.com/plan_sp.php3
3/31/2009 2:43 PM
2 of 4

| Inicio | **MasterMoney Litigation** | www.InReVisaCheckMasterMoneyAntitrustLitigation.com |
|---|---|---|
| | | línea de ayuda gratuita : 1- (888) 641-4437 |

Distribución de Reclamaciones

Los Derechos del Miembro de la Clase/Mercader Bajo el Arreglo

Haga una reclamación por vía electrónica

Instrucciones para presentar reclamaciones impresas

Explicación de la cantidad estimada de su recuperación monetaria en efectivo

Transacciones de Débito

Método para calcular los pagos estimados en efectivo

Para solicitar una consolidación

English

## Plan de repartición

Los documentos a continuación están en formato PDF. **Necesita el programa Acrobat Reader** para ver los PDFs. Es posible que ya tenga el Adobe Acrobat Reader en su PC, o en los discos adjuntos a ella. Si es así, no necesitará bajar el Adobe Acrobat. **Si no tiene el Acrobat, <u>haga clic aquí</u> para bajar el programa Adobe Acrobat Reader en forma gratuita.**

Para poder ver cualquiera de los documentos, selecciónelos de los siguientes enlaces:

## DOCUMENTOS RELACIONADOS CON LA TITULACIÓN DE LOS FONDOS DEL ARREGLOS

1. <u>Orden del 6 de marzo de 2009 para la Presentación de la Causa</u>
2. <u>Moción del Abogado Principal para la aprobación del aseguramiento de los pagos de la cuenta del arreglo de Mastercard</u>
    a. <u>Memorándum en apoyo de la moción del Abogado Principal para la aprobación del aseguramiento de los pagos de la cuenta del arreglo de Mastercard</u>
    b. <u>Orden propuesta</u>
    c. <u>Declaración de Robert L. Begleiter, Esq.</u>
        i. <u>Parte I</u>
        ii. <u>Parte II</u>
    d. <u>Declaración de Joshua J. Slovik</u>
    e. <u>Declaración de Neil L. Zola</u>
3. <u>Reporte de un experto independiente, Profesor Bernard Black</u>

## DOCUMENTOS CON RESPECTO AL PLAN ENMENDADO DE REPARTICIÓN

http://www.inrevisacheckmastermoneyantitrustlitigation.com/plan_sp.php3

Visa Check/MasterMoney Antitrust Litigation Website

3/31/2009 2:43 PM

3 of 4

**Visa Check/MasterMoney Antitrust Litigation**

reportarIn ReVisaCheckMasterMoneyAntitrustLitigation.com

línea de ayuda gratuita : 1- (888) 641-4437

## FALLOS JUDICIALES QUE CONCEDEN AUTORIZACIÓN PARA ENMENDAR EL PLAN DE ASIGNACIONES

1. Resolución provisional que concede autorización para una enmienda parcial
2. Fallo judicial que concede autorización para una enmienda total

http://www.inrevisacheckmastermoneyantitrustlitigation.com/plan_sp.php3

3/31/2009 2:43 PM

Visa Check/MasterMoney Antitrust Litigation Website

4 of 4

# Visa Check/MasterMoney Antitrust Litigation

**www.InReVisaCheckMasterMoneyAntitrustLitigation.com**

Reclamaciones • Los Derechos del Miembro de la Clase/Mercader Bajo el consolidación

**línea de ayuda gratuita: 1-(888) 641-4437**

Solicite un formulario de reclamación • Preguntas frecuentes • Plan enmendado de repartición
Novedades del Asesor Legal Principal • Documentos del Tribunal y del Arreglo
Sentencias para resolver las peticiones relacionadas con los gastos y honorarios de los asesores legales de los objetores
Petición suplementaria con respecto a honorarios y al reembolso de costos y gastos
Orden para demostrar causa respecto del arreglo de recuperación de Spectrum
Historial de la causa • Ayuda
Privacy Policy

Prepared by The Garden City Group, Inc.

# NOTIFICACIÓN A LOS COMERCIANTES
## SOBRE LA TITULARIZACIÓN DE LOS FONDOS DE LA CUENTA DE LIQUIDACIÓN DE MASTERCARD

New York City, 6 de marzo de 2009

Estimados Comerciantes:

Constantine Cannon LLP, Asesor Legal Principal de los comerciantes de los Estados Unidos en el asunto *Visa Check/MasterMoney Antitrust Litigation (Litigio Antimonopolio Visa Check/MasterMoney)*, CV 96-5238, informa a los Miembros del Grupo lo siguiente:

El 6 de marzo de 2009, el Asesor Legal Principal presentó una solicitud ante el Tribunal para vender (o titularizar) las obligaciones de pago restantes de MasterCard, que ascienden actualmente a US$ 400 millones y que se pagarán al fondo de liquidación en cuatro cuotas anuales de 2009 a 2012. Si la solicitud se aprueba y se realiza la titularización, el Asesor Legal Principal estará en condiciones de distribuir en solo pago los montos restantes adeudados a los Miembros del Grupo que presentaron reclamaciones aprobadas, en vez de pagar dichos montos restantes en cuotas durante los próximos cuatro años.

Las objeciones a la titularización propuesta se deben presentar ante el Tribunal no después del 27 de marzo de 2009, y los objetores deben comparecer ante el Tribunal el 20 de abril de 2009 a las 12:45 p.m. para exponer las razones por las que no se debe aprobar la titularización propuesta. Los comerciantes pueden visitar el sitio Web del caso para revisar copias de los documentos presentados por el Asesor Legal Principal al efectuar la solicitud y de la orden judicial que establece el calendario para objetar la solicitud; pueden acceder a la información haciendo clic en la opción de la barra lateral denominada "Amended Plan of Allocation and Securitization" (Plan modificado de asignación y titularización) o en este vínculo.

Es posible obtener detalles sobre los derechos de los comerciantes en virtud del Acuerdo en el sitio Web del caso haciendo clic en la opción de la barra lateral denominada "Merchant/Class Member Rights Under the Settlement" (Derechos de

los comerciantes o miembros del grupo en virtud del acuerdo).

También es posible obtener ayuda adicional llamando al 1-888-641-4437.

Atentamente,

CONSTANTINE CANNON LLP (anteriormente Constantine & Partners)

*Asesor Legal Principal del Grupo*

Counsel@InReVisacheckMastermoneyAntitrustLitigation.com