# EXHIBIT H





Chain Store Age - Windows Internet Explorer

http://www.chainstoreage.com/

File Edit View Favorites Tools Help

Search Web | Upgrade your Toolbar Now | Mail | Help

Search the web

Chain Store Age

Page Tools

LEGAL NOTICE

If you filed a claim in the Visa Check/MasterMoney Antitrust Litigation, please be advised that Lead Counsel is seeking court approval to sell (securitize) defendant MasterCard's four remaining annual installment payments.

Sponsored by Constantine Cannon LLP

Click Here To Learn More

# CHAIN STORE AGE

The News Magazine For Retail Executives

SPECS 2009

CSA Media Kits | Subscribe / Renew | Archives | Login

Search

Home | Technology | Supply Chain | e-commerce | Finance & Payment Systems | Marketing | Store Planning, Construction & Facilities | Real Estate | HR | Green

CHAIN STORE AGE

Webcast: Finding High Growth Markets in a Challenging Economy

Experian Marketing Services

TOP STORY

Monday, March 16, 2009

## FTC settlement, cost cuts propel Whole Foods up, says analyst

NEW YORK CITY — Wall Street has given a thumbs up to Whole Foods Market, saying the grocer is doing a good job cutting costs to counter the recession's impact on sales. An analyst upgraded Whole Foods' stock on Monday to "market perform" from "underperform." ...

Read Full Story

10 KEY TRENDS IN ANALYTICAL RETAILING

Webcast with Tom Davenport

CLICK HERE TO WATCH

sas

THE POWER TO KNOW.

Events / Conferences
- SPECS
- Executive SPECS
- Green 4 Retail
- Retail Store of the Year

E newsletters

Latest News | This Week's News | News Archives | Green News

### Charming Shoppes names senior management

Charming Shoppes on Monday announced the appointment of Visa Vei as preside... Mar

- Signet amends borrowing agreements
- Lumber Liquidators names CIO

NCR

Kiosk Expertise

http://www.chainstoreage.com/WorkArea/linkit.aspx?LinkIdentifier=id&ItemID=35501

Unknown Zone | 100%

Start | 17 LF AM | LEB... | Inbox - Microsoft Outlook | RE: Screen Shot - Messa... | Lebhar-Friedman Inform ... | Chain Store Age - Win... | 2:52 P

Convenience Store News is a Convenience Store Magazine Market Information - Windows Internet Explorer

http://www.csnews.com/csn/index.jsp

File   Edit   View   Favorites   Tools   Help

Convenience Store News is a Convenience Store Mag...

**CONVENIENCE Store News**

WHAT'S NEXT IN CONVENIENCE AND PETROLEUM RETAILING

To Worry About

ABOUT US | OUR PRODUCTS | CONTACT US | SUBSCRIBE | SITE MAP

HOME   NEWS   RESEARCH   CATEGORY MANAGEMENT   PETROLEUM   RETAIL TECH   FOODSERVICE   CSNEWS@40   RESOURCES   IN PRINT

FREE EMAIL
NEWSLETTERS
**SIGN UP!**

Archives of Convenience Store News,
Progressive Grocer

○ CSNews
● Web

[Submit]

## Convenience Store Daily News

CSNEWS@FORTY

*March 19, 2009*

### TOP STORY

**Couche-Tard Remains Focused on Foodservice**
March 19, 2009 – Retailer is making headway in the category, but is still far off from attaining its goals. ▶

**Acme, Circle K Offer Gas Rewards Program**
March 19, 2009 – Acme will tie rewards directly to products in store, while customers earn money toward gas at any Circle K station. ▶

**QuikTrip Park Nearing Completion**
March 19, 2009 – Project totaling $3 million developed in commemoration of 50th anniversary. ▶

**Mansfield Oil to Offer Hot Stuff Foods**
March 19, 2009 – Petroleum marketer cites food partner program's quality, cost of entry, ongoing training. ▶

**Price Gouging Claims Cost 33 Atlanta Stations**
March 19, 2009 – More than 100 stations are still being investigated for claims of excessive prices. ▶

## Today's New Product

**Perfect Glacier IceWater**
Perfect Glacier is bringing consumers artesian bottled water without the bottle. ▶

Don't miss Phil Lempert's weekly New Products Videocast! Click here!

**RETAIL PROFIT GUIDES**
Learn more about Anheuser Busch news and product info!

**More new products ▶**

**LEGAL NOTICE**



Convenience Store News is a Convenience Store Magazine Market Information - Windows Internet Explorer

http://www.csnews.com/csn/index.jsp

File   Edit   View   Favorites   Tools   Help

Convenience Store News is a Convenience Store Mag...

Couche-Tard

**Couche-Tard Remains Focused on Foodservice**
March 19, 2009 -- Retailer is making headway in the category, but is still far off from attaining its goals. ▶

**Acme, Circle K Offer Gas Rewards Program**
March 19, 2009 -- Acme will tie rewards directly to products in store, while customers earn money toward gas at any Circle K station. ▶

**QuikTrip Park Nearing Completion**
March 19, 2009 -- Project totaling $3 million developed in commemoration of 50th anniversary. ▶

**Mansfield Oil to Offer Hot Stuff Foods**
March 19, 2009 -- Petroleum marketer cites food partner program's quality, cost of entry, ongoing training. ▶

**Price Gouging Claims Cost 33 Atlanta Stations**
March 19, 2009 -- More than 100 stations are still being investigated for claims of excessive prices. ▶

**Organic To Go Store Opens in San Diego Airport**
March 19, 2009 -- Certified organic by USDA, the company opens its first grab-and-go location, the company reported. ▶

**International News: Seven & I Ramp Up Discount Supermarket Openings**
March 19, 2009 -- New stores called The Price will use cost-conscious tactics in Japanese market. ▶

more news ▶

**Retail Category Management**

▶ Featured This Week

CokeSolutions.com Web Site Revamped for Foodservice Retailers

**Perfect Glacier IceWater**
Perfect Glacier is bringing consumers artesian bottled water without the bottle. ▶

Don't miss Phil Lempert's weekly New Products Videocast! Click here!

**More new products▶**

RETAIL PROFIT GUIDES

Learn more about Anheuser Busch news and product info!

ICEwater

**LEGAL NOTICE**

**Click Here To Learn More**

Advertisement



RetailingToday.com - The Online Connection to America's Leading Retailers - Windows Internet Explorer

http://www.retailingtoday.com/default.aspx?menuid=65

File Edit View Favorites Tools Help

Search Web | Upgrade your Toolbar Now | Mail | Help

Search the web

RetailingToday.com - The Online Connection to Ameri...

Page | Tools

MEDIA KIT | ABOUT US | SITE MAP | SIGNIN | CONTACT US

# RetailingToday.com

THE ONLINE CONNECTION TO AMERICA'S HIGHEST-VOLUME RETAILERS

LEGAL NOTICE

Click Here To Learn More

HOME · NEWSLETTERS · TOP 150 | SHOWS & EVENTS | RESEARCH | DIGITAL STUDIO | CLASSIFIEDS | SUBSCRIBE | ARCHIVES | RETAILCAREERSNOW

SUBSCRIBE TO CNWA | APPAREL & ACCESSORIES | HOME & HOUSEWARES | CE & ENTERTAINMENT | FOOD, HBC & CONSUMABLES | HARDLINES | SEARCH | GO»

>CLICK HERE< TO SIGN UP

WAL-MART NEWS NOW

## TODAY'S NEWS

**ODP honored by women's business association »** Mar 12

**OfficeMax offers low-cost photo service »** Mar 12

**Target declares quarterly dividend »** Mar 12

Sam's Club adds second Fair Trade wine » Mar 12

Wegmans launches food testing center » Mar 12

Cabela's names new CEO » Mar 12

Davis joins Walgreens board » Mar 12

Sears Holdings launches ShopYourWay » Mar 12

Charming Shoppes announces exec changes » Mar 12

Wal-Mart invests in women's empowerment » Mar 12

The Little Clinic opens four clinics in Kroger stores » Mar 12

MORE NEWS »

## FEATURE STORY

**Fourth quarter hits industry hard**

CONNECTING NORTHWEST ARKANSAS

May 7, 2009

Embassy Suites Northwest Arkansas

Good for your business . . . good for *her* world.

Corporate Social Responsibility

learn more

World Vision

http

Internet | 100%

Start | 17 LF AM | LEB... | Inbox - Microsoft Outlook | Lebhar-Friedman Inform ... | RetailingToday.com - ... | 2:28 P

◀ ▲ ))) ⊞ ⑤ 🔄 🔲 ⊞ http://www.retail-merchandiser.com/

Apple   Yahoo!   Google Maps   YouTube   Wikipedia   News (85)▼   Popular▼

Welcome to Retail Merchandiser

# Retail

| LEGAL NOTICE | If you filed a claim in the Visa Check/MasterMoney Antitrust Litigation, please be advised that Lead Counsel is seeking Court approval to sell (securitize) defendant MasterCard's four remaining annual installment payments. | Click Here To Learn More |
|---|---|---|

*Prepared by Constantine Cannon LLP*

Monday **Mar 16th**   Login   Sign up   Search   Text size + × –

**HOME**   COVER STORY   SPECIAL REPORTS   RETAIL REPORTS   GREENTAIL   RETAIL SUPPLIER   OPERATIONS   RETAIL TECH   THE LOOK   ABOUT

**HEADLINE NEWS**

## Retail Down, Walmart Up



NEW YORK (REUTERS) – Top U.S. retailers saw anemic same-store sales in February as shoppers kept a tight hold on spending, but Wal-Mart Stores Inc again beat expectations and said lower gasoline prices had relaxed some household budgets. Apparel retailers and department stores posted some of t

1/5

LATEST   POPULAR   YOUTUBE

Grocers, Manufacturers in Food Fight

Elegant Retail

Retail Down, Walmart Up

AutoZone's Growth Highlights Consumer Spending Shift

Sears' Profit Falls 55% in 4th

**Main Menu**

RM Daily Dose

Media & Advertising

Contact

Archives

Retail Solutions Directory

Subscribe

**SPECIAL REPORTS**

### Retail Review & Outlook

RM's Top 5 most memorable retail happenings in 2008, and a look at the biggest trend that will sweep the industry in 2009

**COVER STORY**

### Build-A-Bear Workshop: Building a Brand

Build-A-Bear Workshop's founder and CEO Maxine Clark provides sage advice for retailers seeking to build a branded shopping



## Market Gyrations Force 10 More Store Closings

One of retail's most celebrated stores of the future, Virgin Megastore, announced it is closing all locations beginning with its landmark Times Square store, which is slated to become a Forever 21 in April. Virgin is not alone in feeling the squeeze of a contracting economy. Sam's Club Canada, Ritz Camera, Steve Madden and others are the latest to announce store closings and bankruptcies.

**Additional Trends:**

Renewed Consumer Interest Drives Surge in Coupon Use

Customer Customization on the Rise

Business Intelligence in Times of Crisis

MORE TRENDS....

### INSIGHT CHANNELS
TARGETED CONTENT FOR TARGETED NEEDS

CROSS CHANNEL

MERCHANDISING OPTIMIZATION

STORE SYSTEMS

WORKFORCE INSIGHTS

STORE WATCH

STORES Magazine - Windows Internet Explorer

http://www.stores.org/

STORES Magazine

**Executive Editor's View**
A Sticky Situation

**President's Outlook**
Addressing the Economy

**ARTS Update**
Mobile Payments Could be a Game Changer

**Loeb Retail Letter**
Cutting Costs in a Recession

**Point of View**
Stores Adopting Warehouse Best Practices

**Industry Perspective**
Combating Theft in Tough Economic Times

## TOP RETAILERS LISTS

**Top 100 Retailers** The nation's retail power players

**Hot 100 Retailers** The nation's fastest-growing retailers

**Favorite 50** The online retailers that shoppers like most

**Top 250 Global Retailers** The Global 250—the world's largest retailers

## BUYING GUIDES

**Industry Buying Guide** Products and services used in retail operations

**Software Sourcebook** The retail industry's definitive software guide

**LPinformation Supplier Directory** Loss prevention resource guide

## STORES KNOWLEDGE SERIES

**From Cash Analysis to Business Analysis:**
Lowering Costs and Boosting Productivity with Advanced Sales Auditing

© STORES Magazine
325 7th St NW · Suite 1100 Washington DC 20004 · 202-626-8101

Contact Us | Subscriptions | Advertising

Reprints | Copyright 2009 | Privacy

LEGAL NOTICE

Click Here To Learn More

Internet 100%

