# EXHIBIT K



24/7 Real Media
Visa Reminder Notice
Screenshots
March 19, 2009

The science of digital marketing

247
REALMEDIA

New Homes For Sale, New Home Listings, Communities And Builders - Windows Internet Explorer
http://www.homesandland.com/New_Homes.html
File Edit View Favorites Tools Help
New Homes For Sale, New Home Listings, Communitie...
LEGAL NOTICE
Click Here To Learn More
Premier Real Estate Listings and Resources Throughout North America
Access Your Personal Favorites Account Here Log In or Register
HOMES&LAND
SEARCH >
Thursday, March 19, 2009
Homes for Sale > Find new homes, land and new home developments in the United States and Canada
Search Assistant
Search for Real Estate for Sale...
Provide City, Prov. Or Postal Code
Beds
Any
Min $
No Minimum
Baths
Any
Max $
No Maximum
SEARCH >
Moving? Learn About:
Search New Homes, Land, and Builders by State/Province
Click on a State/Province Below to Begin Your New Home Search
Map
Satellite
Hybrid
Canada
Hudson Bay
Gulf of Alaska
North Pacific Ocean
BC
AB
SK
MB
ON
QC
NL
OR
CA
AZ
NM
NS
NH
MA
RI
DE
NJ
FIND A
Real Estate Agent
SAVE
Your Listings
ADVERTISEMENT
ditech
Home Financing by GMAC
Mortgage Center
Today's Best Rates:
RATE 4.50%
APR 4.852%
Done
Internet
95%

OK! Magazine - First for Celebrity News - Breaking celebrity news and exclusive reports - Windows Internet Explorer
http://www.okmagazine.com/news/
File Edit View Favorites Tools Help
OK! Magazine - First for Celebrity News - Breaking cel...
OK!
LEGAL NOTICE
Click Here To Learn More
NEWS PHOTOS VIDEO BLOGS MAGAZINE STYLE REVIEWS FUN SHOP
Search
SUBSCRIBE - LOWEST PRICE AVAILABLE!
BREAKING NEWS
New Couple: Whitney Port & Robert Buckley
The City star and the Lipstick Jungle hunk get cuddly down in Miami. READ
OK! Exclusive: Steve-O's DWTS Future Uncertain
Partner Lacey Schwimmer tells OK! he's suffering from internal bleeding. READ
First Ambulance Didn't Take Natasha Richardson
If the late actress had been seen by paramedics immediately, it may have helped READ
Stars Remember Natasha
TOP STORY
Natasha Richardson Dies After Ski Accident
The family has released an official statement and an autopsy is underway. READ
SUBSCRIBE NOW
CLICK HERE
NO MORE BABIES!
VERIZON TRIPLE PLAY
Verizon High Speed Internet + DIRECTV + Phone
SAVE $60 A YEAR
Get $5 off every month for the life of your contract
Online Exclusive Limited Time Offer!
CLICK FOR MORE INFORMATION
verizon
Get It Today
Giveaway!
http://www.okmagazine.com/news/view/12632
Internet
100%

The Official WhitePages - Find People for Free - Windows Internet Explorer
http://www.whitepages.com/
File Edit View Favorites Tools Help
The Official WhitePages - Find People for Free
WhitePages.com™
search. find. connect.
LEGAL NOTICE
Click Here To Learn More
Home
People Search
Business Search
Reverse Lookup
Area & ZIP Codes
Add Your Listing
beta
LOGIN
Quick Search
iPhone & Mobile
International Resources
Send Text Messages
Get VERIZON HIGH SPEED INTERNET
People Search
Basic Search
Advanced Search
First Name
*Last Name
City or ZIP/Postal
State/Prov
*required
Search
Business Search
Browse All Categories
*Name or Category
City or ZIP/Postal
State/Prov
Save as default location
*required
Search
New on WhitePages
Auto-Update Your Contacts
Send Text Messages
Easier, Quicker, and Free!
*To Cell Number
*Message
Enter your message here.
Learn More
Continue
30,000 babies born in the U.S. last year will not make it to this Mother's Day.
MOTHER'S DAY
Baby
5.10.09
RUN/WALK
rbabyrunwalk.org
CLICK TO SAVE BABIES' LIVES!
Advertise with Us
Internet
100%

LEGAL NOTICE
Click Here To Learn More
AOL | MY AOL | MAIL | MAKE AOL MY HOMEPAGE
NEWS MONEY SMALL BUSINESS SPORTS TECHNOLOGY WEATHER
En Español
AOL money & finance
Real-Time Quote Web Images Video News Local More
SEARCH
Symbol Lookup
Sign In
MAIN NEWS TAXES INVESTING SPECIALS PORTFOLIOS SMALL BUSINESS VIDEO PERSONAL FINANCE AT WALLETPOP Live Updates: On | Off Feedback
28 DAYS LEFT File Online Now Presented by TurboTax
GET THE LATEST ON TAXES:
-- Most Outrageous Deductions
-- 10 Most Tax-Friendly Cities
Latest Money News
Fed to buy up to $300B long-term Treasury...
AIG chief says he asked execs to return...
Wall Street turns mixed ahead of Fed...
Prosecutors charge Madoff's accountant...
Consumer prices rise by largest amount in...
My Portfolios
Wednesday, March 18, 2009
FREE Quicken ONLINE
ADVERTISEMENT
Markets
U.S. close in 1 hr, 10 mins
DJIA 7,546.55 150.85 2.04%
NASDAQ 1,501.46 39.35 2.69%
S&P 500 800.54 22.42 2.88%
10yr Note 101.0625 3.2812 3.36%
FTSE 100 3,804.99 -52.11 1.35%
Nikkei 225 7,972.17 23.04 0.29%
Hang Seng 13,117.17 239.08 1.86%
TOP MONEY STORIES
FEED
BREAKING NEWS
Fed to Buy $300B in Treasury Debt
posted: 10 MINUTES AGO comments: 0
The Federal Reserve announces a plan to buy up to $300 billion in long-term Treasury securities over the next six months as part of an effort to end the recession.
Full Coverage
AP Photo
Must Read: 0% 0% Share: IM Email Comments (0) Permalink
AIG CEO Asked For Return of Bonuses
posted: 44 MINUTES AGO comments: 0
filed under: FINANCIAL CRISIS
AIG CEO Edward Liddy tells Congress he asked company executives to return their bonuses. He says found the insurer's controversial payouts "distasteful" but necessary because of legal obligations and competition.
Get $7 Online Trades
Start Now
Scottrade
ADVERTISEMENT
MY INVESTMENTS
My Portfolios Watchlist Recent Quotes
Track Your Stocks Here!
Find out why more people track their portfolios on AOL Money & Finance than anywhere else.
My Portfolios Create a New Portfolio

I graduated in
classmates.com
AL AK AZ AR CA CO CT DE DC FL GA HI ID IL IN IA KS
KY LA ME MD MA MI MN MS MO MT NE NV NH NJ NM NY NC
ND OH OK OR PA RI SC SD TN TX UT VT VA WA WV WI WY
AOL Latino dinero y éxito BETA
Noticias La Web Imagenes Video Local más
BUSCAR
PORTADA FINANZAS PERSONALES EMPLEOS CASA SEGUROS MI NEGOCIO ESPECIALES IMPUESTOS LATINO NEWS
Autos
Seguros
Dinero al minuto
Mercados mundiales suben, tras anuncio de la Fed
El petróleo a más de 50 dólares el barril
Obama lleva a California mensaje de recuperación económica
México impone arancel a bienes de EEUU
Bolsas latinoamericanas avanzan ante planes de Fed en EEUU
Jueves, Marzo 19, 2009
HOY
Portada
Finanzas Personales
Bancos
Crédito y Deudas
Ganar dinero
Inversiones
Planes de retiro
Empleos
Carrera profesional
Salarios
Casa
Hipotecas
Préstamos
"Ya les pedí que regresen los bonos": Director de AIG
Posted: Wednesday 03/18/09 07:44 PM EDT
WASHINGTON (AP) - Edward M. Liddy, presidente y director general de American International Group Inc. desde hace unos seis meses, se ha convertido en el renuente defensor de las abultadas bonificaciones que tanto disgustan al Congreso y millones de estadounidenses.
> Información completa
Obama: AIG no puede justificar bonificaciones
Posted: Monday 03/16/09 03:40 PM EDT
Filed Under: Mi Negocio, Pequeñas Empresas
WASHINGTON (AP) - El presidente Barack Obama dijo el lunes que el gigante de seguros American
NOTIFICACIÓN LEGAL
HAGA CLIC AQUÍ PARA SABER MÁS
PUBLICIDAD
Latinos de Exito

NOTIFICACIÓN LEGAL

HAGA CLIC AQUÍ PARA SABER MÁS

AOL LATINO | E-MAIL | HAZLA MI PÁGINA DE INICIO

AUTOS DEPORTES DINERO ENTRETENIMIENTO HORÓSCOPOS JUEGOS MÚSICA NOTICIAS TU GENTE TU VIDA

AOL deportes latino

Buscar en Internet BUSCAR

PORTADA FANÁTICOS FÚTBOL BÉISBOL BOXEO BÁSKET TENIS FOTOS ¡PURO CARAMELO! JUEGOS

La pasión
Mundial de Béisbol

FANATICOS

Rafa Benítez no camina solo

Los jeques árabes llegan a España

España tiene goles, Inglaterra, dinero

¡SÓLO 3 MEXICANOS! en el Top 10 de goleo del futbol azteca

Qué poca seriedad mostró San Luis en la Copa Libertadores

Alex Rodríguez se besa consigo mismo

Un Solo Latino Entre los Mejores Novatos 2009

El conformismo mata al deporte boricua

Es hora de que Benjamín Galindo se haga a un lado

Puerto Rico no es igual a USA

Raúl ¿a la selección?

El Barça todavía tiene que dar la estocada

A FIFA le tembló la mano en el caso Rafael Márquez

El 'Sofo' ya no tiene el nivel para jugar en otras ligas

El castigo a Rafa Márquez es una gran noticia

¿Un club es más importante que la selección?

Entre Japón y Corea está el campeón

Enrique Rojas: Cuba ganará el Clásico Mundial

Sharapova produciría su biografía para MTV

'Boricuas' por la historia contra Cruz Azul

> Más en Fanáticos.com

AMERICA VS PUMAS

Se viene el clásico del 'rencor' en el fútbol mexicano, felinos contra águilas en choque sin cuartel

¿Quién ganará?

Jugadores que van con los

HOY

## Japón elimina a Cuba nuevamente de un Clásico de Béisbol

Posted: Thursday 03/19/09 02:54 AM EDT
Filed Under: Béisbol, Clásico Mundial de Béisbol

Tal como lo hizo en el 2006, Japón fue el verdugo de Cuba al vencerlo 6-0 e impedir su pase a la semifinal en Los Angeles del Clásico Mundial de Béisbol. Fotos y detalles...

Además: Venezuela vence a EEUU en juego de trámite
Opinión en Fanáticos.com: Conformismo mata al deporte boricua

Clasico Mundial: Cuba

Michel Enriquez (2nd L) of Team Cuba sits on the bench during his game against Team Japan during Round 2 of the World Baseball Classic in San Diego, California March 18, 2009. REUTERS/Mike Blake (UNITED STATES SPORT BASEBALL)

(Note: Please disable your pop-up blocker.)

> Cobertura completa

## Quintero mete 'Santo golazo' al Atlante

Posted: Thursday 03/19/09 01:32 AM EDT
Filed Under: Fútbol, Concachampions

Con dos anotaciones, la segunda un golazo, del colombiano Carlos Darwin Quintero, triunfó Santos por 2-1 y está a un paso de calificar a la final de la Liga de Campeones de la Concacaf, donde el campeón califica al Mundial de Clubes. Mira más...

Copa Libertadores: San Luis está al borde del abismo
Fanáticos.com ¿Llegó la hora al técnico de Cruz Azul?

Concachampions

Lo último

- El América no apuesta por individualidades
- Rafa Benítez se queda con el Liverpool
- Eriksson no habla de arqueros
- Feliz Giovani con primer gol en Ipswich
- Conoce al fantasma del Inter Milán
- El Corinthians sueña con Zidane

Todas las noticias de Deportes

VENCER EL MIEDO
SABER JUGAR EN EQUIPO
DESTROZAR AL RIVAL

PUBLICIDAD

Enlaces Patrocinados

Free 3-in-1 Credit Report
View Your 2009 Credit Reports & Credit Scores in 60 Seconds for $0!

Cruceros de última hora
Ahorre hasta un 75% en cruceros. Mejor precio garantizado.

Online Mgt Training
Management Training Certificates From Notre Dame - 100% Online!

Más para ti

Los ausentes
El Clásico de Béisbol se queda sin estrellas

Nuestros países por el honor
Fotos, noticias y mucho más del Clásico Mundial de Béisbol

Las mujeres del fútbol
Los futbolistas tienen las mejores novias y esposas. ¿O no?

Rumbo a Sudáfrica
Sigue la batalla en cada jornada de las Eliminatorias

¡Gózalos!
Mira y escoge el deporte más sexy de todos

¡Epa suegro!
Hijas muy calientes de deportistas estrellas

Verified by The Media Trust Company (www.themediatrust.com) - 19-Mar 2009 10:23 AM EDT
Origin: Panama - URL: http://deportes.aol.com

'Minor' head injuries can turn serious rapidly, experts say - CNN.com 3/18/09 3:06 PM

LEGAL NOTICE

Click Here To Learn More

CNNhealth.com

Google SEARCH

HOME WORLD U.S. POLITICS CRIME ENTERTAINMENT HEALTH TECH TRAVEL LIVING VIDEO IREPORT IMPACT

Hot Topics » Focus on Giving: • Fit Nation • Empowered Patient • Autism • CNNhealth tools and interactives • more topics » Weather Forecast International Edition

AIG chief back on Capitol Hill for questions about bonuses

Watch Now: Live on CNN.com »

HEALTH MAIN LIVING WELL DIET & FITNESS MENTAL HEALTH CONDITIONS HEALTH A-Z

updated 4 hours, 1 minute ago

MIXX SHARE EMAIL SAVE PRINT

# 'Minor' head injuries can turn serious rapidly, experts say

**STORY HIGHLIGHTS**

- People with head injuries can seem perfectly lucid
- Blood can leak into brain over minutes or hours, causing swelling, pressure
- Important to watch for signs of brain injury: Nausea, severe headache, glassy eyes

**Next Article in Health »**

By Danielle Dellorto
CNN Medical Producer

**(CNN)** -- A blow to the head that at first seems minor and does not result in immediate pain or other symptoms can in fact turn out to be a life-threatening brain injury, experts tell CNN.

Immediate treatment is essential after a brain injury because damage caused by swelling is often irreversible.

It's very common for someone who's had a fall or been in a car accident to appear perfectly lucid just after the impact but then to suddenly, rapidly deteriorate, Dr. Carmelo Graffagnino, director of Duke University Medical Center's Neurosciences Critical Care Unit, told CNN.

Actress Natasha Richardson was talking and joking after she fell Monday during a beginner ski lesson, according to officials at the Canadian resort where she was staying. But soon after she returned to her room she complained of head pain and was taken to a nearby hospital, then to a larger medical center in Montreal. She was flown by private jet Tuesday to a New York hospital, where she was reportedly in critical condition. Her family has not commented publicly on her condition.

"A patient can appear so deceivingly normal at first," said Graffagnino, director of Duke University Medical Center's Neurosciences Critical Care Unit. "But they actually have a brain bleed and as the pressure builds up, they'll experience classic symptoms of a traumatic brain injury."

Such injuries are known as epidural hemorrhage. Blood gets trapped between the skull and the hard layer of skin between the bone and brain, known as the dura mater. As the blood flows from the ruptured artery, the fluid builds and punctures the dura.

## Don't Miss

- Family visits actress Richardson after ski fall
- Richardson part of legendary acting family
- Time: Could a helmet have helped?

Patients are often unaware they've fractured their skull. In these cases, the fracture generally occurs just above the ear, in the temporal bone. "There is an artery that runs above the skull and can get torn and begin to bleed above the lining of the brain." Graffagnino says.

"At that point all the pressure is pushed on the brain, causing it to swell but there is often no room for it to move inside the skull cavity. And as the pressure continues, it reduces blood flow to the brain and a patient would begin to feel the symptoms."

EXCLUSIVELY FROM
verizon wireless
The BlackBerry Storm
Exclusively from America's Largest 3G Network
Learn More

http://www.cnn.com/2009/HEALTH/03/18/brain.injury/index.html Page 1 of 3

10 Day Weather Forecast for Fairfax, VA (22030) - weather.com - Windows Internet Explorer
http://www.weather.com/outlook/travel/businesstraveler/tenday/22030?from=mypage_nav
Live Search
File Edit View Favorites Tools Help
10 Day Weather Forecast for Fairfax, VA (22030) - w...
Page Tools
Pop-up blocked. To see this pop-up or additional options click here...
United States (English)
Local weather in 1-click | Put weather on my desktop
My Page | Sign In
The Weather Channel
weather.com
Local Weather Site Web
powered by Google
Enter ZIP or US / world city
Search
Maps | Video | Photos | World | Mobile | Alerts
Home Weather News Travel Driving & Traffic Healthy Living Home & Family Sports & Recreation Climate & Green The Weather Channel TV
Travel: Flights & Business Travel > Business Travel Forecast > 10-DAY WEATHER for Fairfax, VA (22030)
RSS XML
Yesterday Today Tomorrow Radar Map Hour-by-Hour Weekend 10-Day Month
Golf Conditions | Cut Lighting Costs | Allergy FAQs | Flu Activity
10-Day Business Travel Forecast for Fairfax, VA (22030)
Weather for your life
Flights & Business Trav
[ English | Metric ] Printable Forecast
Forecast Conditions
High °F Low °F
Precip. Chance
High Temperatures
Tonight Mar 16
Showers
N/A 39°
60%
High not valid after 2pm
LEGAL NOTICE
Click Here To Learn More
Done
Internet
100%

Regresa a la portada de Univision.com

UNIVISION.com
Videos
Mi Página
Foros
Chat
Correo
Móvil
Compras
Uniclave
Internet
Buscar
NOTIFICACIÓN LEGAL
HAGA CLIC AQUÍ PARA SABER MÁS

Autos | Casa | Deportes | Dinero | Entretenimiento | Mujer | Música | Noticias | TV | Vida

Inmigración | Estados Unidos | Obama Presidente | México | América Latina | Mundo | Clima | Foros

Enlaces Directos: Fotos de EU | Latinos en EU | Videos de EU | Voces de Univision

# Noticias > Estados Unidos

**El gobierno te ayuda**

GobiernoUSA.gov

Infórmate aquí

**En tu móvil**

**Entérate de lo último en noticias.**

Introduce tu número de teléfono.

Enviar

Más Información

¿En dónde está tu dinero más seguro? Averígualo aquí

**Ofertas Especiales**

TV LCD y Plasma ¡Encuentra el mejor precio con Compara Precios!

Buscar

Getty

## Latinos optimistas pese a crisis

Incluso la mayoría piensa que es posible progresar

Video | Opina

**Política** >> Más

- Cena y baile en la Casa Blanca
- Nació la alianza Obama-Lula
- Calderón retó a Estados Unidos
- EU flexibilizó medidas a Cuba

**Titulares** >> Más

- En Canadá quieren enjuiciar a Bush
- Escándalo de bonificaciones en AIG
- La violencia contra las mujeres
- No votan pero influirían en resultado

**Latinos en EU** >> Más

- Llamar a tu país gratis hoy es más fácil
- EU podría enviar soldados a la frontera
- Hispanos, optimistas pese a la recesión
- Banco de Comida ayuda familias en crisis

**Voces de Univision** >> Más

- Las opiniones de los mas reconocidos conductores de la television hispana. Jorge Ramos y Maria Elena Salinas escriben para ti sobre los mas candentes temas de la actualidad latina en E.U

**Lo Ultimo**

- Empresario venezolano condenado a 4 años de prisión por maletín
- Cruz Roja: CIA torturó a presuntos terroristas
- Wall Street retrocede tras cuatro días de alzas
- Más evidencias vinculan diabetes a riesgo de sufrir Alzheimer

Publicidad

THE HOME DEPOT
con las ideas y consejos
de Home Depot en español.
Compruébalo tú mismo
Visita espanol.homedepot.com

**Fotos** >> Más

Acusaron a salvadoreño de homicidio | Fuertes nevadas castigan este de EU | Los Obama a pura gala en la Casa Blanca

**Videos** >> Más

Becas universitarias en época de crisis | Perturbadora masacre cobró 5 vidas | Masacre en Miami

**Multimedia**

El pulso mexicano de la crisis | Sucesos que marcaron el mandato de Bush | De Bush a Obama, una herencia indeseable

**En tu ciudad**

- Los Angeles
- Noticias Univision 34

**Recursos**

- El gobierno te ayuda
- Ayuda a Hispanos
- Hazte ciudadano
- Formularios de Inmigración
- Todo sobre visas
- Calculadoras financieras
- Entérate sobre tu salud
- Enlaces de inmigración
- Enlaces de noticias
- Mapa de Noticias

**Enlaces Patrocinados**

**Como Adelgazar Rápido?**
El Secreto Para Adelgazar Rápido Que Usted Estaba Esperando...
www.AdelgaceRapidamente.com

**Compre su Lexus**
Sitio oficial de Lexus.
Vea fotos, precios, ofertas y más.
lexusespanol.com

**Vuelos Baratos**
Compare the Best Deals.
¡Ahorra Tiempo y Dinero!
Lowfares.com/Ofertas

Vea su anuncio aquí

**Servicios**

- Ayuda Legal
- Buscar Empleo
- Amor y Amigos
- Viajes
- Salva tu Casa
- Sección Amarilla

Sprint

*Plan Todo de Datos para Familias*

*Ahorra por lo menos $360 al año, en comparación con los planes similares de AT&T y Verizon.*

¡Obtenlo ya! →

**Foros y Chat** >> Más

- Comunidad Estadounidense
- Política y Noticias de EU
- Reforma Migratoria
- Barack Obama
- John McCain

Regresa a la portada de Univision.com | Mapa del Sitio | Chat | Foros | Radio | RSS | Newsletters 16 de marzo de 2009

Términos de uso - Terms of Use - Política sobre privacidad - Privacy Policy

Advertising Information - Jobs - Información de la Empresa / Corporate Information - Copyright © 2009 Univision Communications Inc. All rights reserved.