# EXHIBIT L



The Garden City Group, Inc.

**Visa Check / MasterMoney Notice Plan**
**Updated: March 30, 2009**
*Confirmed Hispanic Schedule*

| Hispanic Newspapers | Market | Circulation | Total Insertions | Run Date | Status |
|---|---|---|---|---|---|
| El Hispano News | Albuquerque, NM | 10,000 | 1 | 3/20 | Ran as scheduled |
| Mundo Hispanico | Atlanta, GA | 71,500 | 1 | 3/19 | Ran as scheduled |
| El Mundo De Austin | Austin, TX | 33,790 | 1 | 3/19 | Ran as scheduled |
| El Mundo Boston | Boston, MA | 30,000 | 1 | 3/19 | Ran as scheduled |
| Lawndale News | Chicago, IL | 153,000 | 1 | 3/19 | Ran as scheduled |
| La Subasta De Dallas | Dallas, TX | 53,139 | 1 | 3/19 | Ran as scheduled |
| La Voz De Nueva | Denver, CO | 20,789 | 1 | 3/18 | Ran as scheduled |
| El Diario | El Paso, TX | 117,277 | 1 | 3/19 | Ran as scheduled |
| Vida En El Valle | Fresno, CA | 120,742 | 1 | 3/18 | Ran as scheduled |
| El Nuevo Heraldo | Brownsville, TX | 7,637 | 1 | 3/18 | Ran as scheduled |
| La Informacion | Houston, TX | 100,000 | 1 | 3/19 | Ran as scheduled |
| El Tiempo Libre | Las Vegas, NV | 50,000 | 1 | 3/20 | Ran as scheduled |
| La Opinion | Los Angeles, CA | 103,093 | 1 | 3/19 | Ran as scheduled |
| El Nuevo Herald | Miami, FL | 84,781 | 1 | 3/19 | Ran as scheduled |
| El Diario La Prensa | Brooklyn, NY | 53,635 | 1 | 3/20 | Ran as scheduled |
| La Prensa | Orlando, FL | 65,000 | 1 | N/A | DID NOT RUN |
| El Hispano News | Philadelphia, PA | 44,000 | 1 | 3/18 | Ran as scheduled |
| Prensa Hispana | Phoenix, AZ | 65,000 | 1 | 3/18 | Ran as scheduled |
| El Hispano | Sacramento, CA | 15,000 | 1 | 3/18 | Ran as scheduled |
| Conexion | San Antonio, TX | 44,868 | 1 | 3/19 | Ran as scheduled |
| El Mexicano | San Diego, CA | 60,000 | 1 | 3/19 | Ran as scheduled |
| El Observador | San Jose, CA | 77,160 | 1 | 3/20 | Ran as scheduled |
| Centro Mi Diario | Tampa, FL | 52,175 | 1 | 3/20 | Ran as scheduled |
| El Imparcial | Tucson, AZ | 32,365 | 1 | 3/19 | Ran as scheduled |
| El Tiempo Latino | Washington, DC | 58,769 | 1 | 3/20 | Ran as scheduled |



**24** ▸ **EL MUNDO** BOSTON

# Clasificados

Boston, MA • Semana del 19 al 25 de Marzo, 2009

## REAL ESTATE - BIENES RAICES - JOBS - TRABAJOS -

---

### CONTRACT OPPORTUNITY

AGENCY: Holyoke Intermodal Facility, LLC
c/o Peter Pan Bus Lines, Inc.
1776 Main St.
Springfield, MA  01103

CONTACT: John MacMillan, Architect: (413) 786-9600

PROJECT: Renovations & Repairs for the New Holyoke
Intermodal Facility Holyoke, MA

ESTIMATED COST: $1,340,000.

DCAM CATEGORY FOR GENERAL BIDDERS:
General Building Construction

FILED SUB-BID CATEGORIES:  Masonry; Waterproofing, Dampproofing
& Caulking; Roofing & Flashing; Aluminum Window; Ceramic Tile;
Suspended Acoustical Ceilings; Resilient Flooring; Painting; Hydraulic
Elevator; Mechanical (Plumbing, Fire Protection, HVAC); Electrical

SUB-BID DEADLINE:  12:00 Noon; April 13, 2009

GENERAL BID DEADLINE:  2:00 P.M.; April 21, 2009

ADDITIONAL INFORMATION
General Bidders must contract with MBE/WBEs
Certified by the Mass State Office of Minority and
Women Business Assistance (SOMWBA).
Plans & Specs available on 3/18/09 at Reinhardt Associates, Inc.,
430 Main St., Agawam, MA 01001 for $150.00 refundable deposit
payable to Holyoke Intermodal Facility LLC. Bidders requesting sets to
be mailed must include a separate NON-REFUNDABLE check payable to
Reinhardt Associates, Inc. for $25.00

---

## INVITATION TO BID

*The Massachusetts Water Resources Authority is seeking bids for the following:*

| BID NO. | DESCRIPTION | DATE | TIME |
|---|---|---|---|
| WRA-2973 | Dual Ironport E-Mail Appliance Bundle Licenses, Implementation and Support | 03/30/09 | 11:30 a.m. |

Sealed bids will be received at the offices of the Massachusetts
Water Resources Authority, Charlestown Navy Yard, Document
Distribution Office, 100 First Avenue, First Floor, Boston, MA
02129, up to the time and date listed above at which time they will
be publicly opened and read.

---

## INVITATION TO BID

*The Massachusetts Water Resources Authority is seeking bids for the following:*

| BID NO. | DESCRIPTION | DATE | TIME |
|---|---|---|---|
| S475 | Elevator Maintenance and at Repair Service  Deer Island Treatment Plant | 04/07/09 | 2:00 p.m. |
| WRA-2971 | Stabilization of Shaft 9 Architectural Finish | 04/10/09 | 11:00 a.m. |

Sealed bids will be received at the offices of the Massachusetts
Water Resources Authority, Charlestown Navy Yard, Document
Distribution Office, 100 First Avenue, First Floor, Boston, MA
02129, up to the time and date listed above at which time they will
be publicly opened and read.

---



Más de 35 años
de servicio...

Simplemente,
el periódico de la comunidad.

**EL MUNDO** NEWSPAPER

▪ ▪ ▪ ▪ • ▪ ▪ ▪ ▪ ▪
(617) 522-5060 • ▪ (617) 524-5886
www.elmundoboston.com

---

### East Cambridge Savings Bank is actively recruiting for a Full-Time Deposit Services Supervisor.

The following requirements must be met:

• 3 years experience in a retail banking environment
• 1 year of supervisory experience
• Working knowledge of Microsoft Word and Excel
• 1 year experience with Financial Computer Systems, OSI TCBS preferred
• Knowledge of Deposit Laws and Regulations
• Knowledge of Deposit Account Processing including item processing, Certificates of Deposit, returned items, and account maintenance
• Strong interpersonal and communication (both oral and written) skills
• Ability to perform a variety of tasks simultaneously while adhering to deadlines

For consideration, send your resume to:
East Cambridge Savings Bank, Attn: Human Resources
344 Cambridge Street, Cambridge, MA 02141
Phone: (617) 354-7700 Fax: (617) 252-6877
Email: Recruit@ecsb.com



EASTCAMBRIDGE
SAVINGS BANK
Connecting with customers.

*East Cambridge Savings Bank is an Equal Opportunity/Affirmative Action Employer.*

---

## Senior Housing

The waiting list for two bedroom apartments at
Genesis House (a.k.a. Wallingford Housing),
located at 28 Wallingford Rd., Brighton, MA
02135 will be closed 3/31/09. Call (617) 912-8421,
TDD (617) 789-4868 for more information.

www.jche.org



---

## Executive Director

sought for Boston Parent Organizing
Network. Lead parent campaigns and
networking for excellent education
for all students.

See **www.tsne.org/etp** for profile
& application guidelines.

---

Commonwealth of Massachusetts
The Trial Court
Probate and Family Court Department
Suffolk Division
Docket No. 08P1732GM1
In the Matter Of ADINSON ELOY RIOS
OF ROSLINDALE
In the County of SUFFOLK
NOTICE OF PETITION FOR
APPOINTMENT OF
GUARDIAN OF MINOR
To STEFANIE PINEIRO LAST KNOWN
OF ROSLINDALE in the County of
SUFFOLK AND NOW OF PARTS
UNKNOWN and to all persons interested in
the above captioned matter, a petition has
been presented praying that ARACELIS
GOMEZ of ROSLINDALE in the County of
SUFFOLK or some other suitable person be
appointed guardian of the person and the
estate of ADINSON ELOY RIOS of
ROSLINDALE in the County of SUFFOLK,
a minor child, to serve without surety.
IF YOU DESIRE TO OBJECT THERETO,
YOU OR YOUR ATTORNEY MUST FILE
A WRITTEN APPEARANCE IN SAID
COURT AT BOSTON ON OR BEFORE
TEN O'CLOCK IN THE FORENOON (
10:00 AM) ON November 6, 2008.
WITNESS, HON. JOHN M. SMOOT
ESQUIRE, First Justice of said Court at
BOSTON this day, September 3, 2008.

Richard Iannella
Register of Probate

Commonwealth of Massachusetts
The Trial Court
Probate and Family Court Department
The Trial Court
Probate and Family Court Department
SUFFOLK Division
Docket No. 09P0175GM1
In the Matter Of ASHLEY VICTORIA
JAVIER RODRIGUEZ
OF JAMAICA PLAIN
In the County of SUFFOLK
NOTICE OF PETITION
FOR APPOINTMENT
OF GUARDIAN OF
MINOR
To CHANEL M. RODRIGUEZ of the
County of the DOMINICAN REPUBLIC
and to all persons interested in the above
captioned matter, a petition has been
presented praying that ANA REYNOSO
of JAMAICA PLAIN in the County of
SUFFOLK or some other suitable person
be appointed guardian of the person and
the estate of ASHLEY VICTORIA
JAVIER RODRIGUEZ of JAMAICA
PLAIN in the County of SUFFOLK, a
minor child, to serve without surety.
IF YOU DESIRE TO OBJECT
THERETO, YOU OR YOUR
ATTORNEY MUST FILE A WRITTEN
APPEARANCE IN SAID COURT AT
BOSTON ON OR BEFORE TEN
O'CLOCK IN THE FORENOON
(10:00 AM) ON April 9, 2009.
Register of Probate

---

### AVISO IMPORTANTE:

Si usted es uno de los más de 700,000 comerciantes de EE. UU. que son Miembros del Acuerdo correspondiente al **Litigio Antimonopolio de Visa Check/MasterMoney (*Visa Check/MasterMoney Antitrust Litigation*)**, Nº **CV-96-5238 (JG)**, y que presentaron reclamaciones aprobadas, le hacemos saber que el Abogado Principal está tratando de obtener autorización del Tribunal para vender (securitizar) los cuatro pagos parciales anuales restantes del demandado, MasterCard, que actualmente equivalen a un total de 400 millones de dólares.  Si la transacción se lleva a cabo, el Abogado Principal utilizará el fruto de la venta para pagar anticipadamente (mediante sumas globales) a aquellos reclamantes que han sido aprobados.

Las objeciones a la venta propuesta deben presentarse al Tribunal a más tardar **el 27 de marzo de 2009.**
Toda aquella persona que objete debe presentarse ante el Honorable John Gleeson, juez de Distrito de los EE. UU., correspondiente al Eastern District of New York, **el 20 de abril de 2009 a las 12:45 P.M.**, en el juzgado 6C South, 225 Cadman Plaza East, Brooklyn, NY 11201.

Para ver las copias de la solicitud del Abogado Principal y la Orden Judicial que establece el calendario para las objeciones a dicha venta, puede visitar el sitio en Internet del caso, en http://www.inrevisacheckmastermoneyantitrustlitigation.com. Para ello, haga clic en la opción de la barra lateral que dice "Amended Plan of Allocation and Securitization" (Plan Corregido para la Securitización y las Asignaciones) para luego desplazarse a la sección intitulada "Documents Regarding Securitization of the Settlement Funds" (Documentos referentes a la Securitización de los Fondos del Acuerdo). De otra manera, llame al 1-888-641-4437.  También puede encontrar información el sitio en Internet del Abogado Principal, en http://www.constantinecannon.com.

# LESNIKOWSKI

CENTRO Mi Diario
20 - 26 MARZO/
MARCH 2009

LOCAL NEWS 05.
Urbe

# Hay otras salidas a un 'foreclosure'

**Viene de la página 01**

Florez, de origen colombiano, contó que las dos ahora no tenían adónde ir. Mientras tanto, él trata de sobrevivir haciendo algunos trabajos de mecánica en el área de la Bahía de Tampa.

"Los ahorros que teníamos se los tragó ese señor", afirmó Florez.

Florez dijo que le dio al hombre un adelanto de $1,500 en diciembre, después de asistir a una reunión en una oficina de Tampa, donde le explicaron cómo le iban a salvar su vivienda.

El nombre de este hombre, según Florez, es Jacob Franz Dyck. De acuerdo con registros públicos, tendría 70 años. Florez dijo que colaboran con él dos mujeres de origen colombiano. "El se hace llamar 'libre soberano' y las que se ayudan son Marilyn Medina y Marleny Torres", afirmó Florez.

"El no habla español y ellas le sirven de intérpretes y explican el proceso", agregó.

Otro residente de Tampa y posible afectado que al igual que Florez firmó un título o *warranty deed* a nombre de Dyck, quiso contar su experiencia, pero se arrepintió y pidió no ser citado por nombre en este artículo.

"Guardo la esperanza de recuperar mi casa", dijo, después de pedir que se apagara la grabadora. "Nosotros los latinos somos más ingenuos, más confiados".

Agregó que si le pasa lo mismo que a Florez, pondría "la cara", queriendo decir que aceptaría ser citado por su nombre.

En los registros públicos de los condados de Pasco, Pinellas, Hernando y Hillsborough aparecen decenas de propietarios que han firmado un título a nombre de Dyck, la mayoría de ellos hispanos. Una revisión de antecedentes hecha por el departamento de investigación de *The Tampa Tribune*, indica que Dyck guardó prisión en

Tennessee por robo y fue puesto en libertad en el 2003.

Según Mena Reyes, corredora de bienes raíces de la inmobiliaria RE/MAX en el área de la Bahía, pedirle a alguien que firme el traspaso de un *warranty deed* "es uno de los *scams* [tretas] más grandes que hay".

## Uno de los *scams* [tretas] más grandes que hay.

**MENA REYES**
Corredora de bienes raíces

Reyes, que se ha especializado en propiedades en *foreclosure* y ventas "al corto" o *short sale*, dijo en entrevista telefónica que "no le firmaría nada a nadie". Según ella, hay personas "sin escrúpulos" que revisan los registros públicos en busca de propietarios en mora y luego los contactan para decirles que pueden salvar sus casas si firman el traspaso de un *deed* o título.

Reyes explicó que usualmente lo que hacen es tratar de vender la propiedad para quedarse con el dinero.

Una salida para algunos propietarios que enfrentan un embargo hipotecario es hacer una venta "al corto" o *short*, dijo Reyes. Pero el propietario tiene que reunir una serie de condiciones, entre ellas llevar por lo menos tres meses sin pagar su hipoteca, presentar una declaración financiera demostrando que no puede asumir las cuotas y que el banco apruebe el nuevo valor del inmueble.

Reyes enfatizó que los corredores de bienes raíces

que hacen ventas *short* "no colectamos un centavo, no pedimos el título de la casa y sólo negociamos la comisión con el banco cuando el banco ha aceptado asumir la cantidad de pérdida de la casa".

El abogado Douglas Randolph Peacock Jr. que ejerce en el campo de los bienes raíces en St. Petersburg, dijo que es ilegal en la Florida pedir dinero por adelantado para rescatar un inmueble.

En casos como el de Florez, "definitivamente no se debe firmar de ninguna manera un *warranty deed*", agregó.

Entre tanto, Florez contó que tras haber perdido su condominio acudió a quejarse a una oficina del alguacil en Broward, donde le sugirieron que entablara una demanda. Pero no ha podido hacerlo. "No tengo dinero para contratar un abogado", dijo.

También dijo que cuando

fue a reclamar a Dick y sus asistentes, en Seffner, estos se molestaron y le dijeron que iban a dejarlo de último "por reclamar de esa manera".

Florez dijo que había acudido a CENTRO Mi Diario porque "no quiero que a otros les ocurra lo mismo".

**Para comunicarse con nuestra reportera:**
mwarren@centrotampa.com o
813-259-8037



**Experta.** La 'realtor' Mena Reyes aconseja a quienes tienen una propiedad en peligro no traspasar su título.
Foto: Myriam Silva-Warren

LEGAL ADVERTISEMENT                    LEGAL ADVERTISEMENT

**AVISO IMPORTANTE:**

Si usted es uno de los más de 700,000 comerciantes de EE.UU. que son Miembros del Acuerdo correspondiente al **Litigio Antimonopolio de Visa Check/MasterMoney (*Visa Check/MasterMoney Antitrust Litigation*)**, Nº CV-96-5238 (JG), y que presentaron reclamaciones aprobadas, le hacemos saber que el Abogado Principal está tratando de obtener autorización del Tribunal para vender (ceder) los cuatro pagos parciales anuales restantes del demandado, MasterCard, que actualmente equivalen a un total de 400 millones de dólares. Si la transacción se lleva a cabo, el Abogado Principal utilizará el fruto de la venta para pagar anticipadamente (mediante sumas globales) a aquellos reclamantes que han sido aprobados.

Las objeciones a la venta propuesta deben presentarse al Tribunal a más tardar el **27 de marzo de 2009**. Toda aquella persona que objete debe presentarse ante el Honorable John Gleeson, juez de Distrito de los EE.UU., correspondiente al Eastern District of New York, el **20 de abril de 2009 a las 12:45 P.M.**, en el juzgado 6C South, 225 Cadman Plaza East, Brooklyn, NY 11201.

Para ver las copias de la solicitud del Abogado Principal y la Orden Judicial que establece el calendario para las objeciones a dicha venta, puede visitar el sitio en Internet del caso, en http://www.inrevisacheckmastermoneyantitrustlitigation.com. Para ello, haga clic en la opción de la barra lateral que dice "Amended Plan of Allocation and Securitization" (Plan Corregido para la Securitización y las Asignaciones) para luego desplazarse a la sección intitulada "Documents Regarding Securitization of the Settlement Funds" (Documentos referentes a la Securitización de los Fondos del Acuerdo). De otra manera, llame al 1-888-641-4437. También puede encontrar información en el sitio en Internet del Abogado Principal, en http://www.constantinecannon.com.

5655                                                                          March 20, 2009



# 16 la onda

## solamente en san antonio

**RITA VIDAURRI**
7:30 p.m., Thursday, March 19;
Laurie Auditorium, Trinity University, 1
Trinity Place

As part of Trinity University's free
Texas Border Music Series, singer
Rita Vidaurri will perform live with
singers Beatriz Llamas, Blanca Rosa,
Perla Tapantla and the all-female
Mariachi group, Las Alteñas.
Vidaurri's career took off in the
1940s and 1950s and she toured with
Celia Cruz, among many others. For
more information, call (210)
999-8441.

**'HIGH HAIR AND JALAPEÑOS'**
8 p.m., Thursday, March 19 –
Saturday, March 21, 2 p.m., Sunday,
March 22, Cameo Theater, 1127 E.
Commerce St.

Come see this comedic
performance as it returns to San
Antonio and continues to poke fun
at all things Texas, especially San
Antonio. Tickets are $15–$33.
Performances run through April 19.
For more information, call (210)
212-5454.

**29TH ANNUAL TEJANO
MUSIC FAN FAIR**
Noon – 11 p.m., Friday, March 20 –
Saturday, March 21, Noon – 10 p.m.,
Monday, March 22; Market Square, 514
W. Commerce St.

The free three-day Tejano family
reunion will feature live
performances by Stefani Montiel,



COURTESY PHOTO

Bombasta will perform at Sam's Burger Joint on Saturday, March 21.

Shelly Lares, Elida Reyna, Jay Perez,
La Diferenzia and Jimmy Gonzales y
Grupo Mazz. Food, beverages and
vendor booths will be available. For
more information, visit
www.tejanomusicawards.com.

**'HOUSE ON MANGO STREET'**
8 p.m., Friday, March 20 –
Saturday, March 21, 2 p.m., Sunday,
March 22; Thiry Auditorium, Our Lady
of the Lake University, 411 S.W. 24th
St.

In honor of the 25th anniversary
of 'The House On Mango Street,'
OLLU students and alumni will
perform a theatrical adaptation of
Mexican author Sandra Cisneros'
popular acclaimed novel. Tickets cost

$5–$10. For more information, call
(210) 434-6711, ext. 2598.

**'VATOS LOCOS
POR VIDA' CONCERT**
9 p.m. – 2 a.m., Saturday, March 21;
Sam's Burger Joint, 330 E. Grayson St.

Come celebrate the diversity and
innovative sounds of the Central
Texas community as Bombasta
presents "Vatos Locos Por Vida," a
live concert event with performances
by local conjunto/punk rock group,
Piñata Protest, Corpus Christi's Duke
E. Brown and the cumbia fusion
sounds of Bombasta. Tickets are $7
for all ages. For more information,
e-mail Roberto Livar at
djrobotico@gmail.com.

## Bill Santiago brings Spanglish comedy show to San Antonio

MELISSA RENTERÍA
mrenteria@conexionsa.com

People familiar with the Eng-
lish-Spanish hybrid spoken in
most American Latino homes
should appreciate Bill Santiago's
sense of humor.

Those who aren't should be
familiar enough with Spanglish
— this is San Antonio after all —
to get his jokes anyway.

Author of the bilingual book
"Pardon My Spanglish ¡Porque
Because!," Santiago brings his
comedy and book tour to River-
center Comedy Club for a five-
night run beginning Wednesday,
March 25.

A journalist for 10 years, San-
tiago worked at various newspa-
pers before making the leap to
the comedy stage. Santiago's
Web site states he "escaped" a
career in journalism, "facing the
fact that as a comedian he was
funny, but as a reporter he was a
joke."

Santiago, who is of Puerto Ri-
can descent, says comedy is
"something I always wanted to
do." Seen on "Late Night with
Conan O'Brien" and Comedy
Central's "Premium Blend," San-
tiago also had his own one-hour
special on Comedy Central last

### Catch it!

**What:** Comic Bill Santiago,
author of 'Pardon My Spanglish
¡Porque Because!,' brings his
comedy and book tour to San
Antonio for a five-night run

**When:** 8:30 p.m., Wednesday,
March 25, through Sunday,
March 29; and at 10:45 p.m. on
Friday, March 27 and Saturday,
March 28

**Where:** Rivercenter Comedy Club,
849 E. Commerce St. (third
level of Rivercenter Mall)

**How much:** $15

**For more:** Call (210) 229-1420, or
visit rivercentercomedyclub.com
or billsantiago.com

year. "Pardon My Spanglish ¡Por-
que Because!" has been used in
several pop culture and Latin
culture classes, most recently at
New York University.

Although Santiago has found
his comedy niche with his Span-
glish bits, his stand-up act is "not
all about Spanglish," he says.

"A lot of it comes from con-
versations," Santiago says of his
comedy. "You're aware of what
has potential and make a note of
it."

---

**AVISO IMPORTANTE:**

Si usted es uno de los más de 700,000 comerciantes de EE. UU. que son Miembros del Acuerdo
correspondiente al Litigio Antimonopolio de Visa Check/MasterMoney (*Visa Check/MasterMoney
Antitrust Litigation*), N° CV-96-5238 (JG), y que presentaron reclamaciones aprobadas, le hacemos
saber que el Abogado Principal está tratando de obtener autorización del Tribunal para vender
(securitizar) los cuatro pagos parciales anuales restantes del demandado, MasterCard, que actualmente
equivalen a un total de 400 millones de dólares. Si la transacción se lleva a cabo, el Abogado Principal
utilizará el fruto de la venta para pagar anticipadamente (mediante sumas globales) a aquellos
reclamantes que han sido aprobados.

Las objeciones a la venta propuesta deben presentarse al Tribunal a más tardar el 27 de marzo de 2009.
Toda aquella persona que objete debe presentarse ante el Honorable John Gleeson, juez de Distrito de
los EE. UU., correspondiente al Eastern District de New York, el 20 de abril de 2009 a las 12:45 P.M.,
en el juzgado 6C South, 225 Cadman Plaza East, Brooklyn, NY 11201.

Para ver las copias de la solicitud del Abogado Principal y la Orden Judicial que establece
el calendario para las objeciones a dicha venta, puede visitar el sitio en Internet del caso, en
http://www.inrevisacheckmastermoneyantitrustlitigation.com. Para ello, haga clic en la opción de
la barra lateral que dice "Amended Plan of Allocation and Securitization" (Plan Corregido para la
Securitización y las Asignaciones) para luego desplazarse a la sección intitulada "Documents Regarding
Securitization of the Settlement Funds" (Documentos referentes a la Securitización de los Fondos del
Acuerdo). De otra manera, llame al 1-888-641-4437. También puede encontrar información en el sitio
en Internet del Abogado Principal, en http://www.constantinecannon.com.




"A revolutionary school system"
*- Oprah Winfrey*

**KIPP: UNIVERSITY**
**PREP HIGH SCHOOL**

A free public high school in San Antonio.
You have a choice!
Una escuela de preparatoria pública gratis en
San Antonio. ¡Tienes la libertad para elegir!

Now enrolling 9th grade students.
Esta aceptando inscripciones para
estudiantes del 9no Grado.

¡El espacio es limitado. Inscríbete hoy!

**210-269-0049**

...oma de High School 66 años después de graduado

Associated Press

Austin, Texas— El senado estatal aprobó la controversia iniciativa sobre la identificación de los electores que ahora enfrenta un destino mucho más incierto en el Congreso de Texas.

El proyecto de ley aprobado aquí requeriría que los texanos presentaran una identificación válida con fotografía o dos alternativas antes de permitírseles emitir su sufragio.

La reforma fue aprobada con la misma votación 19-12 registrada esta semana durante la aprobación preliminar. La votación es de acuerdo a las estrictas líneas partidistas en el senado encabezado por los republicanos.

Según la propuesta, la identificación válida con fotografía puede ser licencia de manejo actual, identificación militar y permiso para portar armas ocultas.

Los electores sin identificación con fotografía de todos modos podrían emitir un voto regular presentando dos identificaciones alternas, incluyendo su certificado de registro de elector, correspondencia enviada por el Gobierno, recibos de servicios y estados de cuenta bancarios.

## Fallece en Bagdad soldado de Fort Bliss

Associated Press

Fort Bliss, Texas— El Departamento de la Defensa dio a conocer que un soldado de Fort Bliss, de 25 años de edad y originario de Oklahoma, murió en Irak.

El ejército informó ayer que el soldado Gary L. Moore de Del City, Oklahoma, murió el pasado lunes después de que un artefacto explosivo de manufactura improvisada pegó en su vehículo. Moore fue asignado a la Compañía de la Policía Militar Número 978 del Batallón 93 de la Policía Militar de Fort Bliss, que se encuentra a las afueras de El Paso.

School de Las Cruces, Nuevo México, en 1943 debido a que había sido enlistado en la Segunda Guerra Mundial y estaba en el Ejército.

Ayer el consejo escolar de Las Cruces pasó solución a eso al entregar su certificado al hombre de 86 años.

Chávez fue reclutado en 1942 cuando se podía graduar en Union High (ahora Las Cruces High).

El veterano pasó tres años en Europa, en Inglaterra, Escocia, Bélgica y Alemania.

Durante años Chávez no

pensó en su diploma, pero hace seis meses inició el trámite para obtenerlo.

Dice que es para mostrarlo cuando pida trabajo.

Su sobrino, Ray Amézquita, asegura que el veterano no conoce el significado de la jubilación a sus 86 años de edad.

# Baja aprobación de Richardson

DE LA REDACCIÓN
El Diario de El Paso

Las Cruces— En una encuesta realizada a principios de marzo por una clase de gobierno de la Universidad Estatal de Nuevo Mexico se encontró que el índice de aprobación del gobernador Bill Richardson en el estado se mantenía aproximadamente en un 43 por ciento.

Fueron entrevistados 207 habitantes de todo el estado mediante la encuesta telefónica que presenta un índice de error de más o menos por todo lo que está pensado ahorita.

Una encuesta realizada a finales de febrero por SurveyUSA, una empresa encuestadora nacional, determinó que la aprobación de Richardson en del 41 por ciento.

García dijo creer que el estudio constituye un indicio de que la encuesta estudiantil fue acertada.

Ambas cifras son inferiores a los altos ratings que Richardson disfrutó en años previos. Por ejemplo, en una

encuesta que SurveyUSA llevó a cabo en agosto del 2006 se descubrió que el 65 por ciento de los entrevistados tenían una opinión favorable acerca del gobernador.

Los alumnos, que forman parte del grupo de tercer año Gobierno 300 de García, dijeron pensar que las cifras más bajas se deben a la publicidad negativa que el gobernador Bill Richardson ha enfrentado en meses recientes.

"Personalmente, yo pensaba que sería peor menos del 43 por ciento por todo lo que está pasando ahorita", dijo Kensey Rupbald, estudiante de gobierno de tercer año.

Este año Richardson se retiró de la nominación para secretario federal de Comercio, luego de que saliera a relucir que un jurado especial empezó a investigar un presunto escándalo por soborno.

Según la encuesta universitaria, los hispanos tenían más probabilidades de indicar que aprobaban el desempeño de Richardson (aprobación del 48 por ciento) que quienes no son hispanos (aprobación del 41 por ciento).

Mientras tanto, el 54 por ciento

### > POR CIFRAS:

* Lo aprueban: 43 por ciento
No lo aprueban: 35 por ciento
Indecisos: 21 por ciento
* Fuente: encuesta telefónica realizada del 5 al 7 de marzo por el grupo Gobierno 300 de NMSU

de los demócratas aprobó al gobernador Bill Richardson, a diferencia de sólo el 22 por ciento de los republicanos que lo aprobaban, dijo el alumno de tercer año de gobierno Broderick Mark.

García señaló que un problema cada vez mayor con las encuestas es el hecho de que las generaciones más jóvenes están pobremente representadas, pues no tienen líneas telefónicas fijas.

Las compañías encuestadoras pueden adquirir los números de las líneas fijas, pero no los celulares.

Dunant la encuesta, realizada del 5 al 7 de marzo, a los entrevistados se les daba la opción de aprobar, desaprobar o mostrarse indecisos en

torno a la actuación de Richardson.

García dijo que el proyecto otorgó a los estudiantes un medio para aplicar algunos de los conceptos relativos a las encuestas que han estado aprendiendo.

Bill Richardson se encuentra cumpliendo su segundo término como Gobernador de Nuevo México.

Fue reelecto con el sufragio del 69 por ciento de los electores, siendo éste el margen de victoria más alto para un gobernador en la historia del estado.

Recibió el apoyo de Demócratas, Republicanos e Independientes, ganando tanto en condados urbanos como rurales.

Los habitantes de Nuevo México respaldaron los esfuerzos de Richardson para mejorar la educación, reducir impuestos, construir una economía de alto ingreso, ampliar el acceso a cobertura médica, invertir en energía renovable y hacer de Nuevo México un lugar más seguro.

En 1998, Richardson fue confirmado de manera unánime por el Senado de los Estados Unidos como Secretario de Energía.

---

## EN HOUSTON

## Acusan a pareja de operar burdel

Agencias

Houston— Una pareja de Houston acusada de manejar las redes de prostitución más grandes en la ciudad investigaba los antecedentes de sus clientes potenciales incluso sus estudios universitarios y niveles de ingreso) antes de permitirles sumarse a su larga lista de clientes, dice un investigador policiaco.

El burdel por cuya operación se acusa a Deborah L. Turbiville y su esposo, Charles Fletcher Turbiville, atendía una exclusiva clientela y usaba el internet para hacer gran parte de sus negocios, dijo el sargento de policía de Houston Mark Kilty.

"Uno tenía que entrar a lo que ella llamaba 'su familia'", dijo Kitty. "No se trataba de alguien cualquiera sacado de la calle. Eran empresarios de traje y corbata. Ella tenía a la clase alta".

Según documentos procesales, algunas prostitutas empleadas por la organización se encontraban con sus clientes en hoteles de lujo en la zona de Galleria y cobraban aproximadamente 350 dólares la hora.

"Es la Heidi Fleiss de Houston", dijo Kitty. "Era con quien iba toda la gente importante. Si uno venía a la ciudad y era alguien importante, la llamaba a ella. Ella lo pasa a uno por un filtro y sabe quién es uno y entonces uno puede entrar".

Aunque la policía sigue intentando determinar la magnitud de las actividades, Kitty dijo que la lista de clientes incluye más de mil 200 personas.

Deborah Turbiville, de 33 años, y su esposo de 31 años son acusados de promoción de la prostitución con agravantes. Fueron arrestados el 10 de marzo, saliendo libres tras pagar cada uno 30 mil dólares de fianza.

Según los documentos procesales, la pareja "fue propietaria, invirtió, financió, controló, supervisó y administró ilegalmente y a sabiendas una empresa de prostitución usando más


Deborah L. Turbiville

que una prostituta".

La lista de sus clientes incluye atletas profesionales, médicos y abogados, según documentos procesales.

"Probablemente tenía el servicio más grande de ordenanza en Houston", dijo Kitty.

El sargento dijo que las extensas revisiones de antecedentes se realizaban antes de que la pareja permitiera a los clientes acceso al lujoso apartamento en Memorial Drive donde trabajaban entre ocho y 15 mujeres.

La unidad de tres recámaras al nivel de la calle está en uno edificios de dos pisos llamados 9900 Memorial Apartments. Según los vecinos la red de prostitución debe de haber sido muy discreta porque no tenían la menor idea de lo que estaba sucediendo en su edificio, ubicado frente a los terrenos del Seminario de Santa María.

"Ni siquiera sabía que estuviera pasando algo", dijo el vecino Yoshi Atsumi. "Es muy tranquilo".

Posteriormente Atsumi dijo haber notado que un número considerable de automóviles se estacionaban por una o dos horas frente al edificio.


Charles Fletcher Turbiville

Los Turbiville aceptaban clientes recomendados por clientes de confianza, dijeron funcionarios, lo cual al principio dificultaba la investigación policial al complicar que se hicieran pasar por clientes agentes encubiertos.

A raíz de la extensa documentación recolectada, los investigadores planean interrogar a los que aparecen en la lista de clientes. No han dado a conocer ningún nombre.

La policía además está intentando concentrar a todas las mujeres que se cree han trabajado en el burdel. En los cargos contra los Turbiville se menciona a dos, pero no han sido acusadas. Todavía están siendo interrogadas.

"Se trata de estudiantes universitarias, madres solteras y jóvenes sin trabajo", dijo Kitty. "Casi 50 por ciento de las mujeres eran blancas y casi 50 por ciento hispanas".

Agregó que la mayoría de las prostitutas empleadas tenían poco más de 20 años, se cambiaban de domicilio con frecuencia y tenían educación universitaria o iban a la universidad.

---

## Retiran cargos a vendedor de armas a cárteles mexicanos

Associated Press

Phoenix— Un juez desechó ayer los cargos penales imputados al dueño de una armería en Phoenix, acusado de suministrar armas a los cárteles mexicanos del narcotráfico.

El juez del tribunal superior del condado de Maricopa, Robert Gottsfield, determinó que las evidencias de la fiscalía no eran suficientes para hallar culpable al acusado, con base en el testimonio de un jurado. Gottsfield desechó así poniendo por falta de pruebas a George Iknadosian,

quien enfrentaba 21 cargos de fraude, "lavado" de dinero y otros delitos.

Iknadosian, de 47 años, fue acusado de vender más de 700 armas a prestanombres, a sabiendas de que el armamento, incluidos fusiles A-K 47, era comprado de parte de organizaciones narcotraficantes en México.

Los prestanombres se declararon culpables y cooperaron como testigos en el caso, pero firmaron declaraciones en el momento de la compra, aseguraban que adquirían las armas para sí mismos, de acuerdo con los fiscales.

Gottsfield concluyó que aunque esos documentos contenían una afirmación falsa, todos los compradores tenían capacidad legal para comprar armas, de modo que el engaño ocurrido al "falsificación material" en términos legales.

El juez disolvió el jurado y deshecho los cargos bajo una decisión del abogado defensor Thomas Baker que se aplicara la llamada Regla 20.

De acuerdo con las leyes de Arizona, la Regla 20 sostiene que un caso debe desestimarse si las evidencias no inadecuadas para un fallo de culpabilidad.

La oficina del secretario de justicia de Arizona señaló que planeaba revisar la decisión del juez.

---

**AVISO IMPORTANTE:**

Si usted es uno de más de 700,000 consumidores de EE. UU. que son Miembros del Acuerdo correspondiente al Litigio Antimonopolio de Visa Check/MasterMoney (Visa Check/MasterMoney Antitrust Litigation), N°CV-96-5238 (JG), y que presentaron reclamaciones aprobadas, le hacemos saber que el Abogado Principal está tratando de obtener autorización del Tribunal para vender (securitizar) los cuatro pagos parciales anuales restantes del demandado, MasterCard, que actualmente equivalen a un total de 400 millones de dólares. Si la transacción se lleva a cabo, el Abogado Principal utilizará el fruto de la venta para pagar anticipadamente (mediante sumas globales) a aquellos reclamantes que han sido aprobados.

Las objeciones a la venta propuesta deben presentarse al Tribunal a más tardar el 27 de marzo de 2009. Toda súplica pertinente que objete debe presentarse ante el Honorable John Gleeson, juez de Distrito de los EE. UU., correspondiente al Eastern District de New York, el 20 de abril de 2009 a las 12:45 P.M. en el juzgado 6C South, 225 Cadman Plaza East, Brooklyn, NY 11201.

Para ver las copias de la solicitud del Abogado Principal al Orden Judicial que establece el cálculo de la propuesta deljecios en esclusiva venta, puede visitar el sitio en Internet del Abogado Principal en http://www.inresecheckmemoneyantitrustlitigation.com. Para ello, haga clic en la opción de la barra lateral que dice "Amended Plan of Allocation and Securitization" (Plan Corregido para la Securitización y las Asignaciones) para luego desplazarse hacia la sección intitulada "Document Regarding Securitization of the Settlement Funds" (Documentos referentes a la Securitización de los Fondos del Acuerdo). De otra manera, llame al 1-888-641-4437. También puede encontrar información del sitio en Internet del Abogado Principal, en http://www.consolidatedfunc.com.




* Ensaladas • Mariscos
* Salmón • Pollo
* Cangrejo • Langosta
* Cortes de Carne
* Combinaciones

VILLA DEL MAR
RESTAURANTE • SEAFOOD & STEAKS

Mas de 25 diferentes platillos preparados con nuestro delicioso

## Filete de Pescado
desde $ 8.95


A la Parrilla


A la Veracruzana


Zarandeado


Empanizado


Al Vapor


Estos platillos incluyen Sopa y Ensalada

3968 Gateway East exit 28 @ at Yarbrough • Tel 591-1446
Domingo a Jueves, 11 am a 9:30 pm • Viernes y Sábado de 11 am a 10 pm

## CALIFORNIA FOCUS

# Immigrant Bashing Crescendo Rising

By Thomas D. Elias



Thomas D. Elias

Immigrant bashing began long before the economic bust of the last year or so. There was the hate-laced campaign for California's 1994 Proposition 187, which aimed to deny almost all government services to illegal immigrants and their children and produced a spate of hate crimes aimed at Latinos, immigrants or not.

There was the entire career of former Republican Congressman Tom Tancredo of Colorado, who made the issue his exclusive theme while running in last year's Republican presidential primaries.

But as the economy sank last fall, the rhetoric became more shrill and the crescendo is still rising. Some of it feels a bit like the Depression-era anti-Semitism purveyed by the likes of Father Charles Coughlin of the now-defunct National Union for Social Justice and the Rev. Gerald Winrod of the equally-defunct Defenders of the Christian Faith, who blamed Jews for every ill that befell America.

Now it seems as if Hispanic immigrants, legal or not, are scapegoats for all that's gone awry in California and the nation.

It began last fall with conservative columnist Michelle Malkin announcing that 5 million subprime mortgage loans had gone to illegal immigrants. Given that there were an estimated 12 million illegals in the United States at the time, and that immigrant-bashers often claim they birth very large families, that would have meant between one and two subprime loans for every illegal immigrant family. Patently ridiculous.

Then truth terrorist of the Center for Immigration Studies, an anti-immigrant think tank, observed that the last press release issued by Washington Mutual Bank before its collapse ballyhooed the fact it had been named one of the country's best firms for Hispanic workers. "Is there a connection???" Krikorian wondered suggestively.

Then Republicans like Tancredo and former Arkansas Gov. Mike Huckabee began immigrant bashing on the campaign trail.

Even though they lost, the xenophobia they purveyed found plenty of receptive ears.

One belonged to Pam Meister, editor of the FamilySecurityMatters.org Web site, who titled a January blog entry "More Stimulus Follies - Illegal Aliens Cash In while Veterans Get the Shaft." "The pockets of illegal aliens could be lined with taxpayer dollars," she claimed. That's because the economic stimulus package then before the House proposed tax credits of $500 per person or $1,000 per couple.

"Undocumented immigrants... can file tax returns," she said, oozing correctly that only those who file would get credits. Of course, most immigrant bashers have claimed for decades that illegal immigrants pay no taxes. But if they file tax returns, they must be paying some taxes, or at least getting taxes withheld from their pay. Which means Meister - which both ways: She wants to claim illegal immigrants pay no taxes, but also that they can get tax credits by filing tax returns. There is no logic here.

Then the usually very rational Los Angeles Times pundit George Skelton did a little immigrant bashing of his own, claiming in a February column that illegal immigration is responsible for a major share of California's ongoing budget woes.

He observed that illegals cost California billions of dollars via public schooling, prisons, Medi-Cal healthcare and welfare for citizen children of immigrants.

The problem, of course, is that like Meister, he's confused about whether or not illegal immigrants pay income taxes. His every calculation is based on the idea that illegals don't pay income tax. "Their main revenue contribution would be sales tax," he said. Skelton doesn't even estimate how much sales tax they pay, or gasoline tax, nor does he mention the income taxes withheld from the pay of workers at car washes, restaurants, garment workshops, hotels, farms, roofing companies and every other business where illegals are employed. Nor the corporate taxes paid by firms their cheap labor keeps alive during this recession.

For every study claiming illegals are a drain on government budgets at all levels, there's another saying they are at least a break-even proposition. No one knows for sure if they pay their way completely, but the undeniable fact is that as a group, they do pay at least a major share of their own freight.

Rationality like this has nothing to do with immigrant bashing, just as it had nothing to do with the rampant anti-Semitism of the 1930s. This is scapegoating, pure and simple, and the extent of it is a disgrace both nationally and in California.

*Elias is author of the current book "The Burzynski Breakthrough: The Most Promising Cancer Treatment and the Government's Campaign to Squelch It," now available in an updated third edition. His email address is tdelias@aol.com*

Elija Direct Deposit para el cobro de sus pagos federales.

TAQUERIA Y PASTELERIA
SAN MARCOS
Pasteles para toda ocasion

Tarjetas telefonicas
Rica comida Mexicana.

Tel: (916) 971-9898
3797 Watt Ave, Sacramento, CA. 95821

CURANDERA DINAH
Lectura de cartas, Tarot y manos
Lea el pasado, presente y futuro
La ayuda en asuntos de Amor, Matrimonio, Negocios, reune a separados, remueve malas influencias y mala suerte. Está enferma, infeliz, separado de sus seres queridos, confundido, tiene problemas de amor o casa o familia?
Llame hoy a la Curandera Dinah y ella le ayudará
916-910-9389

¡Habla mucho con su médico?

La comunicación entre los médicos y los pacientes es parte de una buena atención médica. Pero a menudo la comunicación es deficiente por varias razones. Una comunicación pobre entre el médico y el paciente puede conducir a tratamientos y exámenes inadecuados.

AAOS
AMERICAN ACADEMY OF ORTHOPAEDIC SURGEONS

AVISO IMPORTANTE:
Si usted es uno de los más de 700,000 comerciantes de EE. UU. que son Miembros del Acuerdo correspondiente al Litigio Antimonopolio de Visa Check/MasterMoney (Visa Check/MasterMoney Antitrust Litigation), N° CV-96-5238 (JG), y que presentaron reclamaciones aprobadas, le hacemos saber que el Abogado Principal está tratando de obtener autorización del Tribunal para vender (securitizar) los cuatro pagos parciales anuales restantes del demandado, MasterCard, que actualmente equivalen a un total de 400 millones de dólares. Si la transacción se lleva a cabo, el Abogado Principal utilizará el fruto de la venta para pagar anticipadamente (mediante sumas globales) a aquellos reclamantes que han sido aprobados.

Las objeciones a la venta propuesta deben presentarse al Tribunal a más tardar el 27 de marzo de 2009. Toda aquella persona que objete debe presentarse ante el Honorable John Gleeson, Juez de Distrito de los EE. UU., correspondiente al Eastern District de New York, el 20 de abril de 2009 a las 12:45 P.M., en el Juzgado 6C South, 225 Cadman Plaza East. Brooklyn, NY 11201.

Para ver las copias de la solicitud del Abogado Principal y la Orden Judicial que establece el calendario para las objeciones a dicha venta, puede visitar el sitio en Internet del caso, en http://www.inrevisacheckmastermoneyantitrustlitigation.com. Para ello, haga clic en la opción de la barra lateral que dice "Amended Plan of Allocation and Securitization" (Plan Corregido para la Securitización) y las Asignaciones) para luego desplazarse a la sección titulada "Documents Regarding Securitization of the Settlement Funds" (Documentos referentes a la Securitización de los Fondos del Acuerdo). De otra manera, llame al 1-888-641-4437. También puede encontrar información al visitar el Internet del Abogado Principal, en http://www.constantinecannon.com.

# Un curso por mes.
## Tu título universitario en menos de dos años.

National University cuenta con un formato único de un curso por mes, así como con flexibles programas de estudio vía Internet y en el salón de clases para que puedas continuar tus estudios sin necesidad de hacer a un lado tu trabajo, a tu familia o tus compromisos personales. La mayoría de los estudiantes terminan su licenciatura en menos de tres años y un título de maestría en menos de dos. ¡Esto sí es flexibilidad!



### National University en Sacramento:

Licenciatura
Associate or Arts
BA in Early Childhood Development
BA in English
BA in Genetic Studies
BA in Interdisciplinary Studies
BA in Management
BA in Multiple Subjects
BA in Psychology
Bachelor of Business Administration
Bachelor of Public Administration
BS in Accountancy

BS in Computer Science
BS in Criminal Justice Administration
BS in Information Technology
BS in Organizational Behavior
BS in Nursing
MA in Counseling Psychology
MA in English
MA in Human Resource Management
MA in Organizational Development
MA in Management
MA in Teaching
Master of Business Administration

Master of Public Administration
M.Ed. Cross-Cultural Teaching
MS in Educational Administration
MS in Educational Counseling
MS in Organizational Leadership
MS in School Psychology
MS in Software Engineering
MS in Special Education
M.Ed. Teaching

Otros certificados y credenciales
disponibles.
Programas en línea disponibles.



1.800.628.8648 • www.nu.edu/espanol
*La Universidad de Valores*

Todas los cursos se imparten en el idioma inglés.

Publicidad

## Un mensaje del Departamento de Salud Pública de California

# Los Consejeros de la Línea de Ayuda para Fumadores Ofrecen Ayuda



En un típico día de la semana, Maritza pasa cuatro horas al día en el teléfono hablando con extraños. Como consejera de la Línea de Ayuda para Fumadores de California, es su trabajo.

"Me encanta trabajar con diferentes clientes y la capacidad de crear una relación con alguien que no conozco, pero que puedo ayudar" dijo ella.

Maritza dice que cuando muchos fumadores llaman al 1-800-45-NO-FUME están nerviosos y se preocupan por mantener su información en privado.

"Es entendible que la gente pueda estar un poco aprensiva al solicitar ayuda a alguien que no conocen para renunciar al cigarrillo," dijo Maritza. "La verdad es que todos los consejeros son gente amable y realmente queremos ayudar. Y los que llaman deberían saber que por ley nosotros debemos mantener su información absolutamente privada."

Para prepararse para ser consejera en la Línea de Ayuda de los Fumadores de California, Maritza pasó por un extensivo entrenamiento para ayudar a los fumadores adultos y adolescentes, los que utilizan tabaco masticable y aquellas que están embarazadas. En adición, ella se graduada de universidad y habla fluidamente inglés y español, al igual que muchos otros consejeros en la Línea de Ayuda. Todos los consejeros pueden ayudar a los fumadores a crear planes individuales para dejar de fumar y proveer información sobre productos que reemplazan la nicotina como el parche o la goma de mascar de nicotina.

Este año, la Línea de Ayuda está celebrando su aniversario número 15 y, a la fecha, ha ayudado a más de 400,000 personas a informarse sobre las mejores formas para dejar de fumar. Las investigaciones indican que, gracias a los consejeros como Maritza, la gente que usa la Línea de Ayuda dobla sus posibilidades de renunciar al tabaco exitosamente.

"Espero que los fumadores se decidan a llamarnos al 1-800-45-NO-FUME para recibir ayuda. Después de todo, es gratis," dijo Maritza. "Y como lo hemos hecho por muchos, muchos años, estamos aquí para ayudar a los fumadores a iniciar una vida libre de tabaco."

Para servicios en español, llame al 1-800-45-NO-FUME (1-800-456-6386).

El Hispano News / *20 de Marzo de 2009*

**PANORAMA MUNDIAL ◆ 5**



# n y crisis, nuevas batallas del FMLN

de Mauricio Funes, el Frente Farabundo Martí para la Liberación Nacional (FMLN) extendió las victorias de la izquierda en Latinoamérica y ahora deberá enfrentar enormes desafíos para despolarizar la sociedad salvadoreña y evitar una agudización de los efectos de la crisis financiera.

"Un país no puede funcionar si la mitad está peleada con la otra mitad. Tiene que haber algún tipo de acuerdos nacionales básicos que permitan la gobernabilidad del país", dijo el rector de la Universidad Católica, el sacerdote jesuita José María Tojeira.

"Si estos acuerdos no se dan, el nuevo gobierno va a tener en el país una crisis severa", apuntó.

El triunfo de Funes, con un margen de ventaja de 2.5 puntos porcentuales, frenó el auge de dos décadas de gobiernos de la derechista Alianza Republicana Nacionalista (Arena), que llevó como candidato a Rodrigo Ávila.

La campaña recordó los años más violentos de la guerra civil (1980-1992) y se dividió cuando Arena y el FMLN quedaron como únicos contendientes en la disputa.

La polarización será el primer escollo que deberá enfrentar el nuevo gobierno a partir del primero de junio.

El arzobispo de la capital, monseñor José Luis Alas, dijo que el nuevo gobierno tendrá que enarbolar la bandera de "la reconciliación, tener como propósito el restañar las heridas


**Mauricio Funes hizo historia: de periodista a presidente.**

todavía profundas, todavía abiertas" en los 12 años de la pasada guerra civil, que concluyó en 1992 con la firma de un acuerdo de paz.

"Lo que nos une es mucho más que lo que nos divide", señaló.

Para Tojeira tiene que haber acuerdos sobretodo "en los campos de salud, educación, vivienda, impulsar el desarrollo a la micro y pequeña empresa que son las grandes fuentes de trabajo en este país".

El director de la Fundación Nacional para

el Desarrollo, Roberto Rubio, dijo que desde el punto de vista económico el gobierno del FMLN "va a recibir las arcas (del Estado) bastante maltrechas y adicionalmente le tocará encarar la crisis económica".

Unas 14 empresas de maquila han cerrado dejando más de 10.000 trabajadores sin empleo, los industriales han perdido más de 3.000 empleos y la Asociación de Empresarios Salvadoreños registra más de 12.000 empleos perdidos, según Rubio. Señaló que las remesas, que son la principal fuente de divisas en el país, cerraron el 2008 con una variación de 2.5%, muy por abajo de las tasas de crecimiento de hasta el 14%.

El sector privado también es parte fundamental en el proceso de desarrollo, pero deben de "abandonar los paradigmas satanizados" sobre la relación con un gobierno de izquierda, señaló el rector de la Universidad

Evangélica, Víctor Segura.

"El futuro partido de gobierno está invitado a romper esos paradigmas. Vamos a adentrarnos a una crisis económica que es inevitable y la empresa privada será un bastión importantísimo, un bastión al que debe de cuidarse", agregó Segura a la radio YSKL.

Funes invitó a las diferentes fuerzas sociales y políticas del país, incluido Arena, a construir "juntos esta unidad que debe ser basada en la tolerancia, en el respeto a las diferencias y en la identificación de objetivos comunes". En ese esfuerzo "exige dejar de lado desde ya, la confrontación y el revanchismo", expresó.

Ahora los salvadoreños se preguntan sobre el futuro de Arena tras gobernar por cuatro periodos consecutivos, desde 1989.

"Arena sí se mantiene unido, es capaz de volver a construir una opción", comentó Roy Campos, presidente de la Consulta Mitofsky. "Tal vez en estos cinco años pierda fuerza, porque los programas de apoyo, los programas sociales, los programas de ataque hoy van a estar en manos de otro partido que tiene que mostrar si es capaz de abatir pobreza, desigualdades". Campos señaló que "Arena desde la oposición puede construir una opción así como la construyó el Frente en su momento".

## Indocumentados detenidos en EE.UU. tienen pocos derechos

**VIENE DE LA PÁGINA 4**
inmigrantes.

Con base en un dictamen del 2001 de la Corte Suprema, el ICE tiene unos seis meses para deportar o dejar en libertad a los inmigrantes cuyos casos hayan sido decididos, pero los abogados de inmigración dicen que usualmente se hace caso omiso de ese plazo. En los datos del sistema obtenidos por la AP, 950 personas estaban en esa categoría.

La acumulación de detenidos comenzó en la década de 1990, mucho antes de los ataques terroristas del 11 de septiembre del 2001.

Desde 2003, no obstante, el Congreso ha duplicado a 1.700 millones de dólares la suma asignada para encarcelar a indocumentados, cuando el furor sobre "extranjeros delincuentes" se mezcló con los temores dejados por los ataques y una encendida retórica de los sectores que promueven mano dura contra los indocumentados.

Los documentos judiciales muestran que la red ha atrapado

no solamente a los sospechosos de terrorismo y asesinos de policías, sino también a un estudiante destacado que se crió en Orlando, Florida; al carpintero que en una tienda que ruega porque simplemente lo dejen regresar a Canadá; y un sacerdote pentecostal que fue drogado a la fuerza por agentes de inmigración luego que pidiese hablar con su esposa.

Los abogados de inmigración subrayan que una cifra sustancial de detenidos, de 177 países en los datos suministrados, no son indocumentados.

Muchos de ellos, que no han cometido delitos y que llevan más tiempo, son solicitantes de asilo que están luchando por quedarse en Estados Unidos por temor a ser asesinados en sus países de origen.

Otros son residentes desde hace mucho que podrían tener derecho a quedarse bajo otros criterios o cuyas solicitudes de residencia permanente fueron perdidas o mal procesadas, dicen los abogados.

## Venezuela podría recibir a bombarderos rusos

CARACAS (AP) – El presidente de Venezuela, Hugo Chávez, dijo que los bombarderos rusos serían bienvenidos en su país, pero el líder socialista negó que su gobierno le haya ofrecido territorio venezolano a Moscú como declaró.

Chávez negó que su gobierno haya planteado tal posibilidad, como aseguró un jefe de la fuerza aérea de Rusia citado por la prensa de su país.

"Eso no es así", dijo Chávez en referencia a las declaraciones del general Anatoly Zhikharev, jefe del estado mayor de la aviación de largo alcance de la fuerza aérea rusa, citado por la agencia noticiosa Interfax.

Según la versión, Zhikharev dijo que Chávez le ofreció a Rusia "una isla completa, con un aeródromo" incluido, como base temporal para el emplazamiento de bombarderos estratégicos. El propio Kremlin agregó, sin embargo, que la situación es hipotética.


**HUGO CHÁVEZ**

Hablando durante su programa semanal de televisión y radio, Chávez declaró que el le dijo al presidente ruso Dmitry Medvedev que Venezuela permitiría a los bombarderos rusos aterrizar en su suelo si era necesario, pero eso no lo hicieron ningún plan en ese sentido.

Venezuela recibió dos bombarderos rusos Tu-160 en septiembre para vuelos de entrenamiento y se unió a buques de guerra rusos dos meses después para ejercicios navales en el Caribe.

"Solamente le dije al Presidente Medvedev que cada vez que aviación estratégica rusa necesite hacer un toque en

Venezuela para cumplir con sus planes estratégicos, Venezuela está a la orden", dijo Chávez.

El general Zhikharev agregó que Cuba también podría ser usada como base para emplazar esos aviones militares.

"Alexei Pavlov, un funcionario del Kremlin, declaró a The Associated Press que el comentario de Zhikharev aludía a "posibilidades técnicas. Eso es todo".

"Si hay un desarrollo de la situación, entonces podremos hacer declaraciones", añadió Pavlov.

Cuba nunca alojó en sus bases de manera permanente aeronaves estratégicas soviéticas o rusas, pero los bombarderos soviéticos de corto alcance hicieron escalas con frecuencia en la isla durante la Guerra Fría.

Rusia reanudó sus patrullajes con bombarderos de largo alcance en 2007, luego de un hiato de 15 años.



- **INMIGRACION**
- **CASOS CRIMINALES**
- **ACCIDENTES**
- **HERIDAS**
- **AYUDA**

## ABOGADO (505) 850-6081
**LAW OFFICE OF CHIP VENIE**

**Consultas Gratis**
**Notario Gratis***
**Plan de Pago**

abogado con
10 años de experiencia


*con algún servicio pagado*

## AVISO IMPORTANTE:

Si usted es uno de los más de 700,000 comerciantes de EE. UU. que son Miembros del Acuerdo correspondiente al **Litigio Antimonopolio de Visa Check/MasterMoney** (*Visa Check/MasterMoney Antitrust Litigation*), Nº CV-96-5238 (JG), y que presentaron reclamaciones aprobadas, le hacemos saber que el Abogado Principal está tratando de obtener autorización del Tribunal para vender (securitizar) los cuatro pagos parciales anuales restantes del demandado, MasterCard, que actualmente equivalen a un total de 400 millones de dólares. Si la transacción se lleva a cabo, el Abogado Principal utilizará el fruto de la venta para pagar anticipadamente (mediante sumas globales) a aquellos reclamantes que han sido aprobados.

Las objeciones a la venta deberán presentarse al Tribunal a más tardar el **27 de marzo de 2009.** Toda aquella persona que objete deberá presentarse ante el Honorable John Gleeson, juez de Distrito de los EE. UU., correspondiente al Eastern District of New York, **el 20 de abril de 2009 a las 12:45 P.M.**, en el juzgado 6C South, 225 Cadman Plaza East, Brooklyn, NY 11201.

Para ver las copias de la solicitud del Abogado Principal y la Orden Judicial que establece el calendario para las objeciones a dicha venta, puede visitar el sitio en Internet del caso, en http://www.inrevisacheckmastermoneyantitrustlitigation.com; Para ello, haga clic en la opción de la barra lateral que dice "Amended Plan of Allocation and Securitization" (Plan Corregido para la Securitización y las Asignaciones) para luego desplazarse a la sección intitulada "Documents Regarding Securitization of the Settlement Funds" (Documentos referentes a la Securitización de los Fondos del Acuerdo). De otra manera, llame al 1-888-641-4437. También puede encontrar información en el sitio en Internet del Abogado Principal, en http://www.constantinecannon.com.

# ...ecidos: cuándo llamar a la policía

**LINDA CAROLINA PÉREZ**
lperez@mundohispanico.com

El tiempo es oro cuando un menor de edad desaparece, según la policía.

"Tan pronto como alguien se da cuenta de que no sabe dónde está su hijo, debe llamar al 911", afirmó el capitán Jason Bolton, portavoz del Departamento de Policía del Condado de Henry, donde la semana pasada un niño hispano de cinco años apareció ahogado en un estanque cerca del parque de casas móviles donde residía.

La policía no se enteró de la ausencia del pequeño Alexis Rivera sino hasta tres horas después de que había desaparecido.

"La familia y los residentes de la comunidad trataron de buscarlo, pero no tuvieron éxito. Ahí fue que nos llamaron", dijo Bolton a MundoHispánico.

"Se perdieron horas muy valiosas", agregó el agente.

El cuerpo del menor, hijo de los mexicanos Berto y María Rivera, fue hallado alrededor de las 11:30 p.m.,


"ÚLTIMA MORADA. La familia de Alexis Rivera quiere trasladar su cuerpo a México. En el First State Bank de Fairview Road, en Ellenwood, crearon un fondo para ayudarlos.

**Se perdieron horas muy valiosas.**
capitán Jason Bolton, portavoz de la policía de Henry.

seis horas después de reportarse su desaparición.

Bolton explicó que de haber recibido una llamada que informara la ausencia del niño, los agentes se hubieran dirigido de inmediato al lugar para iniciar una investigación, procedimiento normal en este tipo de situaciones.

"No importa si después resulta que el niño estaba debajo de la cama. Lo importante es saber que el menor

está bien", señaló Bolton.

Todos los casos de desaparición de menores se investigan, aunque a los que involucran a niños o niñas de menos de 12 años se les da prioridad, porque se trata de chicos que no pueden cuidar de sí mismos.

"No es lo mismo si llamas y dices que se peleaste con tu hija de 14 años y que ella se fue, a que si llamas a decir que no encuentras a tu hijo de cinco años", indicó el capitán.

Bolton destacó que en casos de desaparición de menores la policía no toma en cuenta el estatus migratorio de quien llama al 911 y mucho menos del niño o niña.


**JUAN CARLOS HERNÁNDEZ**

## Hispano acusado de abuso a menor

**MARIO GUEVARA**
mguevara@mundohispanico.com

La policía de Marietta encontró ilesa a una menor de 13 años que supuestamente se había fugado con su novio, un joven hispano de 19 años.

La niña de 13 años fue identificada por las autoridades como Erin Harrell, originaria de Florida, mientras que el sospechoso como Juan Carlos Hernández, un muchacho desempleado, quien enfrenta varios cargos.

De acuerdo con el portavoz de la policía de Marietta, Mark Bishop, la pareja fue encontrada en un complejo de apartamentos de la Franklin Road tras una exhaustiva búsqueda, luego que los familiares de la menor denunciaran que corría peligro.

Al parecer la niña le contó a su hermana que su novio había tratado de herirla, pero, según Bishop, dicha información resultó ser falsa.

El reporte policial indica que Harrell está en buen estado de salud y que nunca fue atacada por el joven.

No obstante, Hernández fue arrestado y acusado de molestar sexualmente a la menor, interferir con su custodia, proveer falsa información a un oficial y obstrucción de la justicia, entre otros delitos. Además se le colocó un hold de inmigración por estar indocumentado en el país.

### Sospechoso de dos homicidio

Tras más de dos años de investigaciones, la Unidad Especial de Casos Congelados de la policía de Gwinnett logró identificar al sospechoso de un asesinato y emitir una orden de arresto contra él.

A Miguel Antonio González Linares, de 21 años, las autoridades lo acusan de haber disparado desde su auto contra otro vehículo en el que viajaba Jesús González (sin parentesco), quien perdió la vida a causa de los impactos.

El incidente ocurrió la tarde del 24 de diciembre de 2006 en la autopista I-85 y el Highway 316.

La víctima de 20 años de edad fue declarada muerta en el acto, mientras que su acompañante, Celso Villalobos, hoy el principal testigo, fue trasladado hacia el Centro Médico de Gwinnett para ser tratado por las heridas que recibió en el ataque.

Al momento de determinarse su posible participación en el crimen, la policía decidió buscar al sospechoso y se descubrió que estaba encarcelado en el Centro de Detenciones del condado, acusado de otra muerte.

---



LAW OFFICES OF

# DAVID S. LEE, LLC

LÍNEA DIRECTA EN ESPAÑOL, CITAS EN EL HOSPITAL Y LA CÁRCEL

**Peleamos DURO por sus derechos**

Más de 15 años de experiencia legal
DUI / ROBOS / DROGAS / SIN LICENCIA
DEFENSA CRIMINAL / ACCIDENTES AUTOMOVILÍSTICOS

Cierres de negocios
Tenemos planes de pago
Todo tipo de servicio legal
Cobramos lo que se deban

**David S. Lee**
Abogado
Miembro de la Alianza Hispana
Exfiscal de Gwinnett

# 770.771.2211

2700 N. Berkeley Lake Rd., Suite 230, Duluth, GA 30096

# CENTRO DE AYUDA AL INMIGRANTE / IMMIGRANT RELIEF CENTER, LLC

IMMIGRANT RELIEF CENTER

CONSULTA LEGAL EN LA QUE USTED PUEDE CONFIAR

- Beneficios de inmigración
- Green card
- Naturalización
- Certificación laboral
- Visas de trabajo
- Visas de inversionista

- Refugio y asilo político
- TPS
- Nacara
- VAWA
- Visas tipo U & T

- Defensas de deportación y fianza
- Clases de inglés para el examen de Naturalización

Rhashunda Rhodes Abogada

770.641.5690

## AVISO IMPORTANTE:

Si usted es uno de los más de 700,000 comerciantes de EE.UU. que son Miembros del Acuerdo correspondiente al **Litigio Antimonopolio de Visa Check/MasterMoney (Visa Check/MasterMoney Antitrust Litigation)**, N° CV-96-5238 (JG), y que presentaron reclamos aprobadas, le hacemos saber que el Abogado Principal está tratando de obtener autorización del Tribunal para vender (securitizar) los cuatro pagos parciales anuales restantes del demandado, MasterCard, que actualmente equivalen a un total de 400 millones de dólares. Si la transacción se lleva a cabo, el Abogado Principal utilizará el fruto de la venta para pagar anticipadamente (mediante sumas globales) a aquellos reclamantes que han sido aprobados.

Las objeciones a la venta propuesta deben presentarse al Tribunal a más tardar el **27 de marzo de 2009**. Toda aquella persona que objete debe presentarse ante el Honorable John Gleeson, juez de Distrito de los EE. UU., correspondiente al Eastern District of New York, el **20 de abril de 2009 a las 12:45P.M.**, en el juzgado 6C South, 225 Cadman Plaza East, Brooklyn, NY 11201.

Para ver las copias de la solicitud del Abogado Principal y la Orden Judicial que establece el calendario para las objeciones a dicha venta, puede visitar el sitio en Internet del caso, en http://www.inrevisacheckm astermoneyantitrustlitigation.com. Para ello, haga clic en la opción de la barra lateral que dice "Amended Plan of Allocation and Securitization" (Plan Corregido para la Securitización y las Asignaciones) para luego desplazarse a la sección intitulada "Documents Regarding Securitization of the Settlement Funds" (Documentos referentes a la Securitización de los Fondos del Acuerdo) De otra manera, llame al 1-888-641-4437. También puede encontrar información en el sitio en Internet del Abogado Principal, en http://www.constantinecannon.com.

134081

# Disponen partida que lleve el tren al aeropuerto

**La ciudad de Phoenix ajusta 36 millones de dólares, para conseguir el terreno que permita el paso de una línea del tren ligero, hasta la terminal aérea**

HÉCTOR PADILLA

Buscando el terreno necesario para la construcción de una línea del tren ligero, que conecte a la ya existente con una nueva hacía el aeropuerto, la ciudad de Phoenix ha movido ya 32 negocios y tiene a 7 en vías de relocalización

Autoridades necesitan el control de 15 acres de terreno, que permita la primera parte del proyecto del tren automático de 4.3 millas de extensión, que tendrá un costo de 1.1 billones de dólares y que deberá estar listo para su inauguración en el año 2013.

Una vez concluido esta primera fase, los pasajeros podrán moverse entre la estación del "light rail" ubicada en la 44 calle, el estacionamiento económico del lado este del aeropuerto y la terminal 4.

Otra etapa llevaría a diversas terminales más, a los negocios de autos de renta ubicados en el centro del complejo aéreo y al estacionamiento económico del oeste, todo planeado para concluirse en el 2020.

El ayuntamiento aprobó la medida en el 2007, que permitirá conseguir la tierra incluso usando la condenacion, si el caso es necesario, ya que el aeropuerto necesita primero iniciar con el terreno necesario, para la construcción de la estación de la calle 44.

Funcionarios de Phoenix tienen ya acuerdos del alcance con 15 de los 17 propietarios en el área, y de los 40 negocios elegibles para la ayuda de la relocalización, 32 han sido movidos, siete están en curso y un dueño ya decidió retirarse.

Aunque varios dueños de negocios han empleado abogados para conseguir una mejor propuesta de compra, se dice que la mayor parte han pasado por un proceso de mediación, después de la ciudad les ha hecho una oferta inicial, un dinero que saldrá de los cobros de los usuarios de aviones.

Con el tren automatizado, la ciudad espera ahorrar alrededor de 30 millones de dólares al año, por dejar de utilizar los autobuses hacía el aeropuerto, además de que también predicen que este transporte, ayudará a reducir el tráfico de automóviles en la zona del aeropuerto hasta en un 20 por ciento.

El tren ligero llevará pasajeros hasta el aeropuerto en el 2013.

# Invitan a visitar el Zoológico de Phoenix

HÉCTOR PADILLA

El zoológico de Phoenix, conocido en inglés como The Phoenix Zoo, es uno de los lugares naturales más visitados por los residentes del Valle del Sol y de otras partes del país; el año pasado lo visitaron 1.5 millones de personas.

Enclavado al Este de la ciudad, a la altura de la calle 50 y Van Buren, sobre una superficie de 125 acres, ese majestuoso hábitat cuenta con 1,300 animales pertenecientes a 400 especies, muchas de ellas en peligro de extinción.

Si analizamos todo lo que se puede ver y admirar, pero sobre todo lo que puede aprenderse al visitarlo, llegamos a la conclusión de que bien vale la pena pagar la entrada, cuyo costo es de 16 dólares adultos y 8 dólares los niños.

Si alguien lo visitó hace hay algún tiempo pero no lo ha hecho recientemente, debe saber que tiene muchos animales nuevos y algunos lugares que recién acaban de construir, como la parte frontal que acaba de ser remodelada. De hecho, al ingresar y tras entregar el ticket de entrada, lo primero que los visitantes encuentran a su paso es un carrusel similar a los que hay en las ferias, donde se pueden pasear los niños y también sus padres.

Está también un acuario de reciente creación que contiene gran cantidad de amigables mantarrayas color gris, que se han convertido en uno de los principales atractivos del lugar, pues son de los pocos animales que pueden tocarse.

En el lugar llamado "sabana" pueden avistarse a corta distancia las gigantescas vacas africanas y las jirafas conviviendo pacíficamente como si fueran de la misma familia; son impresionantes los cuernos de las primeras por su tamaño, pero como explicó Jim Brewer, representante del Phoenix Zoo, son totalmente inofensivas.

### Llega jaguar mexicano

Mención aparte merece un animal que hace un mes y medio llegó al Zoológico de Phoenix; se trata de un jaguar mexicano.

De acuerdo a información divulgada por esa institución privada, es un jaguar salvaje, actualmente en cautiverio en los Estados Unidos, que hizo su debut público en el Phoenix Zoo el pasado 7 de febrero.

Su nombre es Lucero y fue capturado en forma ilegal en México; cuando las autoridades lo encontraron, sufría de un gran daño en sus dientes debido a las malas condiciones en las que estuvo confinado. El gobierno lo envió al Centro Ecológico de Sonora, un zoológico muy grande localizado en Hermosillo y después, acordó prestarlo al Phoenix Zoo durante un año, con la posibilidad de extender el permiso por otro año, para que las cirugías dentales pudieran realizarse. El préstamo del felino fue posible con la ayuda del Departamento de Juego y Pesca de Arizona.

Este es "Lucero", el jaguar mexicano traído recientemente de Hermosillo.

"Estamos muy orgullosos de estar en condiciones de continuar colaborando con los importantes esfuerzos que realiza el Grupo de Conservación del Jaguar, dijo el Presidente y director ejecutivo del Phoenix Zoo, Bert Castro. "Es un honor poder ofrecer a nuestros visitantes la oportunidad de apreciar a este magnífico animal y educarlos sobre la grave situación del jaguar en su hábitat natural".

El Dr. Chris Visser, un dentista veterinario certificado, donó su tiempo y experiencia para realizar las cirugías dentales que necesitaba el animal.

Las cirugías se realizaron el 21 de noviembre de 2008 y el 10 de enero de 2009 en el Centro de Atención Médica Animal del zoológico. A los esfuerzos del Dr. Visser se unieron su hijo, el Dr. Louis Visser, dentista, y un grupo de veterinarios. Entre todos, realizaron cuatro endodoncias y tres extracciones para reparar el daño dental que amenazaba con la vida de Lucero.

Lucero ha pasado el último mes recuperándose y familiarizándose con su nuevo entorno y con el jaguar hembra del zoológico, Caipora, con quien compartirá la exhibición. "Tenemos esperanzas de que, al final, recibiremos el permiso de México y de las organizaciones: Association of Zoos and Aquariums (AZA) y Species

Survival Plan (SSP) para el apareamiento de Caipora y Lucero", dijo Castro. Sería una oportunidad emocionante y poco común promover la diversidad genética de la población de jaguares al cuidado del zoológico".

Un SSP es un esfuerzo de cooperación entre todos los zoológicos y acuarios acreditados por AZA y dedicados al cuidado de poblaciones de especies en cautiverio, con el objeto de asegurar su diversidad genética, reproducción adecuada y, en muchos casos, apoyar la conservación de las especies en su área nativa.

"El tener este animal en cautiverio nos da la increíble oportunidad de promover la conservación del jaguar, dijo Bill Van Pelt, administrador del Programa de Conservación del Jaguar para el Departamento de Juego y Pesca de Arizona. Realizaremos estudios de ADN durante su estancia para que nos ayuden a aprender más acerca de este segmento de población poco estudiada cuyo límite geográfico de su zona de distribución al norte es el sur de Arizona y Nuevo México".

Los Estados Unidos tienen una lista de jaguares en peligro de extinción desde 1997. Alguna vez habitaron desde el sur de Sudamérica a través de Centroamérica y México hasta internarse al sur de los Estados Unidos.

A finales de los años 1990 se pensaba que los jaguares habían desaparecido del paisaje estadounidense pero dos avistamientos en 1996 confirmaron que los jaguares todavía usaban las tierras de Arizona y Nuevo México como el límite norte de su hábitat natural.

El proyecto completo del transporte de Lucero fue posible con el apoyo del

Arizona's Heritage Fund. Se trata de un fondo para el patrimonio nacional establecido por los electores de Arizona para apoyar los esfuerzos de conservación en el estado que incluyen: la protección de especies en peligro de extinción, la educación de nuestros niños acerca de la fauna, la ayuda a residentes de zonas urbanas para coexistir mejor con la fauna y la creación de nuevas oportunidades de recreación al aire libre.

# Arrestan a cinco chinos cruzando la linea fronteriza México - EE.UU.

**También confiscan armas cerca de Casa Grande**

ÁNGEL TORRES

Tres incidentes que involucraron la agresión de un oficial de la patrulla fronteriza en la línea divisoria, el arresto de cinco chinos que intentaban entrar ilegalmente al país, y el decomiso de armas de fuego y cartuchos, fueron reportados por la oficina de Protección Fronteriza y Aduanal de los Estados Unidos, en hechos ocurridos en la parte sur del estado.

### ASALTO

En el primero de los sucesos dados a conocer por la policía, se informa del agente que patrullaba la línea internacional como parte del escuadrón de oficiales ciclistas, cuando observó que una persona escalaba el cerco desde el lado mexicano aparentemente con intenciones de brincarse hacia territorio norteamericano.

Sin embargo cuando el presunto infractor llegó a lo alto de la malla de acero repentinamente lanzó un trozo de bloque sobre la cabeza del oficial, golpeándole en la frente y causándoles una laceración en su cabeza y en el puente de la nariz, provocando una considerable hemorragia.

Otros oficiales que se encontraban en el área acudieron en ayuda del agredido brindándole primeros auxilios, en tanto que el atacante se dió a la fuga regresando al lado mexicano.

### ARRESTOS

Por otra parte, la oficina de Protección Aduanal y Fronteriza con base en Tucson y que forma parte del Departamento de Seguridad Nacional, dio a conocer el arresto de cinco personas que cruzaban la frontera en forma ilegal por la región del Sásabe, al suroeste de Arizona.

Uno de los agentes de la patrulla fronteriza al efectuar revisiones con su cámara de radar, detectó la presencia de un grupo de personas que se internaban al país utilizando una de las perforaciones en la cerca de alambre.

Con la asistencia de otro agente que se encontraba en el área, se logró el arresto de cinco de los siete indocumentados, estableciéndose que todos ellos eran nacionales de China penetrando a los Estados Unidos sin la documentación correspondiente.

### DECOMISO.

Entretanto en el tercero de los incidentes reportados por la oficina de Protección Aduanal y Fronteriza hacia el sur del estado, agentes de la patrulla fronteriza observaron la actitud sospechosa de cuatro pasajeros que viajaban en un vehículo Volkswagen Passat que se desplazaba sobre el camino lateral 42 cerca de la milla marcada con el número 11, en las proximidades de Casa Grande.

Cuando los agentes decidieron revisar el auto, encontraron un compartimiento en la cajuela debajo de algunas herramientas, en donde descubrieron un rifle de repetición automática AK-47 con un cargador completo, así como otras cuatro bolsas con más armas y cartuchos.

En el operativo se efectuó el arresto de dos de las cuatro personas que viajaban en el auto, cuyos nombres no fueron revelados en tanto continúa la investigación.

### CONFISCA DROGA EL DPS

Una parada de tránsito a un automovilista que conducía su vehículo erráticamente sobre la autopista 10 en las proximidades de Benson, al sureste del estado, condujo a las autoridades al descubrimiento de un cargamento de marihuana el cual era transportado en bolsas de plástico herméticamente selladas.

Oficiales del Departamento de Seguridad Pública observaron la manera en que el conductor de un vehículo SUV color negro manejaba sobre la autopista y detectaron un problema en el vidrio delantero del auto, por lo cual procedieron a detener la unidad para evaluar la violación por las condiciones del parabrisas.

Sin embargo mientras el oficial caminaba hacia el vehículo pudo percibir un fuerte olor proveniente de la cajuela, en donde permanecían ocultas 133 libras de marihuana.

Posteriormente con la ayuda del perro policía "Becky", los oficilaes pudieron recuperar todo vestigio de droga, efectuando el arresto de Venissa Encinas, de 36 años de edad y residente de Wilcox, y Lucedas Biez, de 32 años, quien viajaba como indocumentada.

"Becky" auxilio a la policía para lograr el descubrimiento de varias bolsas de droga ocultas en la parte posterior de un auto SUV. Dos mujeres que viajaban en el auto fueron arrestadas

# Casa Grande impone toque de queda a los menores

**La medida será para evitar vandalismo durante las vacaciones de primavera.**

MARTÍN MONGE

El Departamento de Policía de la ciudad de Casa Grande, Arizona, ha impuesto una nueva medida para evitar fatalidades en este período vacacional: El toque de queda. La estrategia comenzó a funcionar el pasado viernes 13 de marzo y seguirá vigente hasta el próximo 20 de este mes, lo que es equivalente al tiempo que dura el receso de primavera de los estudiantes del municipio.

"Los alumnos de las escuelas secundarias y preparatorias recibieron un folleto educacional con toda la información sobre el nuevo programa, para que se los lleven a sus padres y estén enterados del toque de queda.

Con esta herramienta esperamos evitar que haya accidentes, fatalidades o reuniones ilegales de jóvenes que disturben o atenten contra la seguridad y tranquilidad de la comunidad", informó el vocero de la ciudad, David Brigder.

### Las leyes

Según las disposiciones de la nueva medida, un menor de 16 años nó podrá estar alejado de su residencia después de las 10:00 de la noche y antes de las 5:00 de la madrugada del día siguiente. Para los adolescentes de 16 a 18 años, el toque de queda comienza a media noche y se prolonga hasta las 5:00 de la mañana.

Así mismo, los padres de los jóvenes que sean arrestados por incumplimiento a la ley tendrán que hacerse responsables por las acciones de sus hijos. La multa para los que infrinjan el mandato será de $269 dólares.

### Excepciones

El toque de queda también permite ciertas excepciones en su ejecución.

El menor de edad puede salir de casa si está acompañado por sus padres o tutores; de igual manera, los jóvenes que salgan a cumplir con alguna actividad deberán tener el permiso escrito de sus progenitores o tutores. Además, en caso de una emergencia, el mandato no tiene efecto.

## AVISO IMPORTANTE:

Si usted es uno de los más de 700.000 comerciantes de EE. UU. que son Miembros del Acuerdo correspondiente al **Litigio Antimonopolio de Visa Check/MasterMoney** (***Visa Check/MasterMoney Antitrust Litigation***), **Nº CV-96-5238 (JG)**, y que presentaron reclamaciones aprobadas, le hacemos saber que el Abogado Principal está tratando de obtener autorización del Tribunal para vender (securitizar) los cuatro pagos parciales anuales restantes del demandado, MasterCard, que actualmente equivalen a un total de 400 millones de dólares. Si la transacción se lleva a cabo, el Abogado Principal utilizará el fruto de la venta para pagar anticipadamente (mediante sumas globales) a aquellos reclamantes que han sido aprobados.

Las objeciones a la venta propuesta deben presentarse al Tribunal a más tardar **el 27 de marzo de 2009**. Toda aquella persona que objete debe presentarse ante el Honorable John Gleeson, juez de Distrito de los EE. UU., correspondiente al Eastern District de New York, **el 20 de abril de 2009 a las 12:45 P.M.**, en el juzgado 6C South, 225 Cadman Plaza East, Brooklyn, NY 11201.

Para ver las copias de la solicitud del Abogado Principal y la Orden Judicial que establece el calendario para las objeciones a dicha venta, puede visitar el sitio en Internet del caso en http://www.inrevisacheckmastermoneyantitrustlitigation.com. Para ello, haga clic en la opción de la barra lateral que dice "Amended Plan of Allocation and Securitization" (Plan Corregido para la Securitización y las Asignaciones) para luego desplazarse a la sección intitulada "Documents Regarding Securitization of the Settlement Funds" (Documentos referentes a la Securitización de los Fondos del Acuerdo). De otra manera, llame al 1-888-641-4437. También puede encontrar información el sitio en Internet del Abogado Principal, en http://www.constantinecannon.com

**Ad Number:** 831482001
**Insertion Number:** 831482001
**Size:** 3X4.0
**Color Type:** B&W

**Client Name:** MEDIASPACE SOLUTIONS
**Advertiser:** GARDEN CITY GROUP
**Section/Page/Zone:** Section A/A12/EL
**Description:**

el Nuevo Herald

**Publication Date:** 03/19/2009

This E-Sheet(R) is provided as conclusive evidence that the ad appeared in The Miami Herald on the date and page indicated. You may not create derivative works, or in any way exploit or repurpose any content.



**LA NACIÓN**   JUEVES 19 DE MARZO DEL 2009   12A

## Estados Unidos

### NUEVA YORK
**Muere la actriz Natasha Richardson**

NUEVA YORK - Natasha Richardson, la talentosa heredera de una dinastía dedicada a la actuación, cuya trayectoria incluyó un crédito en la película *Patty Hearst* y un premio Tony por su actuación en una nueva puesta en escena de *Cabaret*, falleció ayer, un día después de sufrir una lesión en la cabeza durante un accidente mientras esquiaba. Tenía 45 años.

Alan Nierob, el publicista de Liam Neeson, esposo de Richardson, confirmó el deceso desde su oficina en Los Ángeles, el miércoles por la noche, mediante un comunicado escrito.

"Liam Neeson, sus hijos y toda la familia están consternados y destrozados por la trágica muerte de su amada Natasha", señaló el comunicado. "Todos agradecen profundamente las muestras de apoyo, amor y las plegarias de la gente, y piden privacidad durante este momento tan difícil".

El comunicado no dio detalles sobre la causa del fallecimiento de Richardson, quien sufrió una lesión en la cabeza, al caer en una pista de esquí para principiantes, durante una lección en el lujoso complejo turístico de Mont Tremblant, en Quebec.

La actriz fue hospitalizada el martes en Montreal y se la trasladó después en una avioneta a un hospital en la ciudad de Nueva York.

### WASHINGTON DC
**Modifican servicio militar**

WASHINGTON - El Ejército estadounidense pondrá fin, después de dos años, a la controvertida práctica de obligar a los soldados a servir más allá de su fecha de fin de servicio, declaró el secretario de Defensa Robert Gates ayer.

El anuncio marca una ruptura con la línea del ex presidente George W. Bush, según la cual el servicio de un militar se extendía, apoyándose en el "stop-loss", una disposición para asegurar el número de tropas en Irak y en Afganistán.

### PUERTO RICO
**Estímulo daría crecimiento económico**

SAN JUAN - La inyección de fondos que recibirá la economía local durante los próximos meses debido a los paquetes de estímulo federal y local podría redundar en un crecimiento económico de 2.1 por ciento y, de esta forma, cambiar dramáticamente las proyecciones de la Junta de Planificación (JP).

Héctor Morales, presidente designado de la JP, dijo que al presentar las proyecciones económicas de esas entidad para el próximo año fiscal reflejan una contracción de 2 por ciento, pero esa cálculo no tomó en cuenta el impacto que tendrían los cerca de $5,000 millones que se espera reciba la isla del plan de estímulo económico federal y los cerca de $500 millones que se inyectarían proveniente del paquete criollo aprobado por el gobernador Luis Fortuño.

AFP, AP

## Bush respal[...]
## Gobierno so[...]

REG CURREN / Bloomberg
CIUDAD



EL EX presidente George Bush habla con el ex embajador Frank McKenna, en Calgary, Canadá.

El ex presidente estadounidense George W. Bush dio sus discurso informal de una hora a una audiencia canadiense en el que respaldó los esfuerzos de su sucesor, Barack Obama, para reparar la economía estadounidense y sector financiero, dijeron personas que asistieron al acto.

Bush, de 62 años, hizo los comentarios ayer en su primer mensaje público desde que dejó el cargo en enero, a 1,490 personas que asistieron a un almuerzo en Calgary que costó $400 por persona, dijo Jason Enns, administrador de capitales privado que asistió al acto. A los invitados les tomó casi dos horas entrar al centro de convenciones, porque más de 200 manifestantes les gritaban insultos frente al recinto y criticaban la política del ex presidente estadounidense con respecto a Irak y Afganistán.

"Nos dijo: Wall Street vivo

El ex mandatario dijo que espera que el Presidente haga una fantástica labor

una gran fiesta y ahora está-mos tildando con la resaca", dijo Enns es una entrevista telefónica después del acto.

Enns dijo que el ex presidente espera que Obama haga una "fantástica labor" y que quería a aconsejará al nuevo presidente si se lo pide. No se permitió a los medios de comunicación asistir al acto.

Bush dijo a la audiencia que el mayor ajuste en su vida desde que dejó el cargo fue reacostumbrarse a quehaceres cotidianos como traer cosas para Laura, dijo Enns.

## México impone arancel a bienes de EEUU en represalia a cancelación de programa

E. EDUARDO CASTILLO / AP
MÉXICO



UN VENDEDOR de productos agrícolas de EEUU aspera por compradores en un supermercado de Ciudad de México.

México publicó ayer la lista de 90 productos estadounidenses a los que elevará los aranceles, en represalia por la cancelación de un programa piloto de transporte de carga que permitiría a camiones mexicanos trasladar bienes por Estados Unidos.

El gobierno impuso un arancel —en su mayoría de entre 10 por ciento y 20 por ciento— a productos que van desde árboles de Navidad, cebollas, albaricoques, cerezas, jugos, jugos de fruta, hasta palas para sol, papel higiénico, cafeteras, lápices, cerraduras y dentífrico.

La secretaría de Economía había anunciado el lunes el alza de aranceles por considerar que la suspensión del programa por parte de Estados Unidos viola una cláusula del tratado de libre comercio de América del Norte (TLCAN o NAFTA por sus siglas en inglés), la cual supona que el transporte transfronterizo debió quedar autorizado desde hace años.

"La cancelación del programa demostrativo evidencia que los Estados Unidos de América y México no han logrado alcanzar una solución mutuamente satisfactoria a la controversia en materia de transporte transfronterizo", señaló el Ejecutivo en el decreto de elevación de los aranceles que fue publicado en el Diario Oficial.

La medida debía aplicarse en los estados fronterizos a los transportistas en diciembre de 1995 y a todo el territorio a partir de enero del 2000, pero Estados Unidos decidió no llevar a cabo la apertura desde entonces, argumentando cuestiones de seguridad.

El TLCAN entró en vigor en 1994 e integra también a Canadá.

El gobierno justificó que en virtud de la suspensión del programa piloto, "se considera conveniente eliminar los aranceles preferenciales que prevé el tratado de mérito a las importaciones de determinados bienes originarios del citado país (Estados Unidos)".

La Secretaría de Economía había dicho el lunes que la medida afectaría a 90 productos agrícolas e industriales de 40 estados norteamericanos, por un valor de $2,400 millones, aunque no había precisado los bienes.

Después del anuncio mexicano, el vocero de la Casa Blanca, Robert Gibbs, dijo que el gobierno del presidente Barack Obama quiere trabajar con el Congreso para restaurar el programa.

## ¿LESIONADO?

CONSULTA GRATIS · USTED NO PAGA HONORARIOS O COSTOS SI NO SE GANA EL CASO.

Abogados con experiencia como Asesores de Seguros.
Podemos ayudarlo con su caso de lesión.

**Le Ofrecemos:**
- Reuniones en corto alguno para contestar todas sus preguntas.
- Completarle los formularios de las compañías de seguros.
- Asesorarlo con las reparaciones de su auto.
- Asistirle a obtener cuidado médico.
- Asesorarle sobre sus derechos de compensación por lesiones y pérdida de ingreso.
- Manejar negociaciones con compañías de seguro.

Manejamos casos relacionados a accidentes; negligencia en asilos de ancianos, resbalones y caídas; medicamentos y productos peligrosos; negligencia médica, accidentes de trabajo, víctimas de asalto, y cualquier otro caso de lesión.

CECERE SANTANA
Attorneys at Law

Oficinas en: Miami, Pembroke Pines, Hollywood, Coral Springs y Fort Lauderdale.

Oficina principal:
Sawgrass Executive Center
490 Sawgrass Corporate Parkway, Ste. 203
Sunrise, FL 33325
(cerca al centro comercial Sawgrass Mills)

Visitas gratis a su casa u hospital | Llame ahora para obtener respuestas

Llame gratis al
**1-866-913-3948**
954-653-9969

"Ayudando a los Hispanos a comprender el mundo legal"

Michael Cecere
Abogado Litigante Certificado

J. Erick Santana
Más de 15 años evaluando casos de accidentes

## PRODUZCA DINERO

Estudie para FUTUROS TRADER
Mientras estudia va produciendo. FOREX es la Compra-venta de dinero del mundo vía internet y FUTUROS la comercialización (oro, plata, petróleo, azúcar, granos etc.)
APRENDA a GANAR DINERO
CAMBIE SU VIDA PARA SIEMPRE
En la diferencia de precio está su utilidad.
Sea su propio jefe, no pierda más tiempo.
**¡VENGA YA!**
LO INVITAMOS al seminario informativo gratuito de todos los Viernes de 7 pm a 9 pm. Reserve al
305-222-1222. www.FOREXTOFOREX.com
11250 NW 20 St. Suite H, Doral. Gold Coast Building

### ¿Esta controlando su DIABETES?

¿Padece de diabetes tipo 2 y tiene dificultades para controlar sus niveles glucémicos, incluso con la ayuda de una dieta sana, ejercicio y medicamentos? Quizás le convenga participar en EMERGE, un estudio internacional de investigación clínica que explora un medicamento en fase de investigación para la diabetes tipo 2.

Es posible que usted reúna los requisitos para participar si:
- Tiene por lo menos 18 años de edad
- Le han diagnosticado diabetes tipo 2
- Tiene niveles glucémicos no controlados, incluso con la ayuda de una dieta sana, ejercicio y medicamento
- No ha tomado insulina durante más de 1 semana en los últimos 6 meses

Para obtener más información acerca de este estudio, visite www.emergediabetes.com o llame al 1-866-917-2342

PISOS DE MADERA 99c.
LUMBER LIQUIDATOR$

### AVISO IMPORTANTE:

Si usted es uno de los más de 700,000 comerciantes de EE. UU. que son Miembros del Acuerdo correspondiente al Litigio Antimonopolio de Visa Check/MasterMoney (Visa Check/MasterMoney Antitrust Litigation, N° CV-96-5238 (JG), y que presentaron reclamaciones aprobadas, le hacemos saber que el Abogado Principal está tratando de obtener autorización del Tribunal para vender (securitizar) los cuatro pagos parciales anuales restantes del demandado, MasterCard, que actualmente equivalen a un total de 400 millones de dólares. Si la transacción se lleva a cabo, el Abogado Principal utilizará el fruto de la venta para pagar anticipadamente (mediante sumas globales) a aquellos reclamantes que han sido aprobados.

Las objeciones a la venta propuesta deben presentarse al Tribunal a más tardar el 27 de marzo de 2009. Toda aquella persona que objete debe presentarse ante el Honorable John Gleeson, juez de Distrito de los EE. UU., corresponderán al Eastern District de New York, el 20 de abril de 2009 a las 12:45 P.M., en el Juzgado 6C South, 225 Cadman Plaza East, Brooklyn, NY 11201.

Para ver las copias de la solicitud del Abogado Principal y la Orden Judicial que establece el calendario para las objeciones a dicha venta, puede visitar el sitio en Internet del caso, en http://www.inrevisacheckmastermoneyantitrustlitigation.com. Para ello, haga clic en la opción de la barra lateral que dice "Amended Plan of Allocation and Distribution" (Plan Corregido para la Securitización y las Asignaciones) para luego desplazarse a la sección intitulada "Documents Regarding Securitization of the Settlement Funds" (Documentos referentes a la Securitización de los Fondos del Acuerdo). De otra manera, llame al 1-888-641-4437. También puede encontrar información el sitio en Internet del Abogado Principal, en http://www.constantinecannon.com.

El Nuevo Herald

Miércoles 18 de marzo de 2009 • FREEDOM EN ESPAÑOL

134079

**NACIONAL 7A**

# Obama refuta a detractores

> Lo acusan de abarcar demasiado sin centrarse en la economía

*La Prensa Asociada*



EL PRESIDENTE Barack Obama refutó a sus detractores que lo acusan de abarcar demasiado sin centrarse en el problema principal nacional que es la economía.

WASHINGTON, D.C. — El presidente Barack Obama refutó el martes a sus detractores que lo acusan de abarcar demasiado sin centrarse específicamente en el principal problema nacional: la economía, y defendió su deficitario presupuesto de 3.6 billones de dólares (correcto) para modificar el seguro médico, la producción de energía y la enseñanza.

"Postergar estos problemas por otros cuatro años u ocho años prolongaría la irresponsabilidad que nos llevó a esta situación", dijo Obama en una conferencia de prensa acompañado por los presidentes de las comisiones presupuestarias de ambas cámaras. "No me posible al cargo para esta.

No vine para pasar nuestros problemas al próximo presidente o la próxima generación".

En particular, el presidente rechazó la idea, defendida por algunos legisladores, de que debería centrarse primero en solucionar la crisis bancaria. Obama dijo que su equipo trabaja con denuedo para descongelar el crédito y lograr que los desempleados vuelvan a encontrar trabajo, aunque, sostuvo, la

estas cosas", dijo el presidente. "Tienen que solucionar todos estos problemas. Y en consecuencia, también nosotros".

Obama estuvo acompañado por dos demócratas al defender su presupuesto: el presidente de la Comisión Presupuestaria del Senado, Kent Conrad, y su colega en la Cámara de Representantes, John Spratt. El plan de gastos del mandatario de 3.6 billones (correcto) de dólares en el presupuesto federal para el año fiscal que comienza el primero de octubre asume un déficit de 1.75 billones (correcto) de dólares, por lo que financiera casi el 50% de sus gastos aumentando la deuda pública de los estadounidenses, casi 35.000 dólares por cada habitante del país.

En una referencia a la oposición republicana, Obama desafió a los legisladores contrarios al plan de gastos a que ofrezcan alternativas "constructivas". Dijo que estará dispuesto a escuchar las ideas de ambos partidos pero no aceptará dilaciones políticas.

verdadera recuperación económica requiere modificaciones en muchos frentes.

"El pueblo estadounidense no puede permitirse el lujo de centrarse solamente en Wall Street", dijo Obama. "No tiene el lujo de elegir entre pagar su hipoteca o sus facturas médicas. No puede elegir entre pagar la universidad de sus hijos o ahorrar lo suficiente para la jubilación".

"Tienen que hacer todas

## EN CALIFORNIA

### Causa expectación primera visita de Obama

*Nations*

LOS ANGELES, California.— La primera visita del presidente estadounidense Barack Obama a California ha causado efervescencia y gran expectación en el sur de ese estado, adonde asistirá hoy miércoles y el próximo jueves.

Sin embargo, el masivo interés será en la feria del condado de Orange, donde asistirá a un foro comunitario, para lo cual desde hace lunes cientos de personas hicieron fila e incluso pasaron la noche en casas de campaña para poder conseguir un boleto.

La llegada de Obama se espera a las 03:00 de la tarde, tiempo de Los Angeles, y a las 04:00 asistirá a la feria del condado de Orange, en donde hablará sobre temas comunitarios y en especial sobre la crisis de vivienda.

El jueves asistirá a un evento privado en Los Angeles con una empresa fabricante de autos eléctricos y de allí se trasladará a un foro comunitario en el Centro de Aprendizaje Miguel Contreras.

Por la tarde asistirá como -invitado- a la grabación del programa de televisión "The Tonight Show with Jay Leno", en las instalaciones de la cadena NBC y la que regresará después de haber estado algún tiempo en cadena y la presidencia.

Organizaciones defensoras de los inmigrantes planean manifestarse públicamente afuera de los eventos para solicitar una reforma migratoria, al este a las redadas y rechazar el despido, de miles de maestros en el estado.

# Aumenta construcción residencial

*La Prensa Asociada*



LA CONSTRUCCIÓN residencial aumentó inesperadamente el mes pasado en todas las zonas de EU. En la foto de archivo se observa la construcción de varias casas en el Valle de Texas.

WASHINGTON, D.C.— La construcción residencial creció inesperadamente de forma notable en febrero en todas las zonas de Estados Unidos salvo en la zona capital.

El Departamento de Comercio informó el martes que la construcción de nuevas casa -monofamiliares y apartamentos creció en febrero a ritmo anual de 583 mil unidades.

Mientras, tanto, el Departamento del Trabajo dijo que los precios al por mayor subieron un 0.1 por ciento en febrero, ya que la notable baja en el precio de los alimentos compensó el segundo aumento mensual de los precios energéticos.

Mientras que el aumento en la construcción residencial contrastó con la continuada baja pronosticada, por los economistas, el repunte seguramente será revisado y considerado un avance temporal ante los persistentes problemas que sufre el sector.

Incluso con este aumento, la industria de la construcción sigue atascado en

por la presente contracción del sector. El aumento del 0.1 por ciento de precios al por mayor fue muy inferior al 0.8 por ciento de enero y menor que el 0.4 por ciento pronosticado por los economistas. En comparación a los de hace un año, los precios mayoristas han bajado un 1.3 por ciento.

La inflación subyacente, que excluye la energía y los alimentos, subió en febrero un 0.2 por ciento, frente al avance del 0.1 por ciento pronosticado por los economistas. La inflación subyacente subió en febrero un 0.4 por ciento.

A medida del año pasado, la Reserva Federal comenzó a temer que el repunte de los precios energéticos podría provocar una nueva alza de la economía y que situara el nivel de la inflación en niveles inaceptables.

47.3 por ciento por debajo de los niveles de hace un año. El salto de febrero fue encabezado por la construcción de apartamentos, que puede y suele variar mucho de mes a mes.

Todas las áreas del país se beneficiaron del aumento en febrero, salvo la parte occidental, la más afectada



*La Prensa Asociada*
GRUPOS HUMANITARIOS están documentando la falta de atención médica a los inmigrantes. En la foto de archivo se observa a unas personas trabajando en una compañía donde procesan vegetales.

## Reportan abusos y fallas en atención médica

MIAMI, Florida (AP) — Mujeres embarazadas a las que les colocan grilletes y personas con apendicitis que no pueden haber debido al dolor - cuyas súplicas por ser atendidas son ignoradas por los médicos - son algunos de los casos mencionados por grupos humanitarios para documentar cómo las autoridades niegan y demoran la atención médica a extranjeros detenidos en Estados Unidos.

Enfermeras que diagnostican erróneamente problemas de vesícula como depresión, inmigrantes acusados de fingir sus enfermedades, para alejarse sin acceso a instalaciones sanitarias y abusos hacia los extranjeros son otros de los casos denunciados por Human Rights Watch (HRW) y el Centro de Defensa de los Inmigrantes de la Florida (FIAC, por su nombre en inglés).

En dos informes difundidos el martes, las organizaciones defensoras de los derechos humanos denunciaron que el sistema de

atención médica en los centros de detención de inmigrantes es "peligrosamente deficiente" y aseguraron que mejorar los servicios de salud que se les ofrece a los extranjeros detenidos "debería ser una prioridad" para el gobierno de Barack Obama.

En ambos reportes documentaron casos en los que el Servicio de Inmigración y Control de Aduanas (ICE, por sus siglas en inglés) "chapuceó, demoró o denegó" atención médica, ocasionando sufrimiento e incluso muertes. "En una humillación diaria y sistemática: lo más notable es la crueldad y la innecesaria, crueldad gratuita", manifestó en una rueda de prensa para señalar los problemas Marianne Mollmann, directora de campañas de la división de derechos de las mujeres de HRW.

Cheryl Little, directora ejecutiva del FIAC, explicó que cuando habían con los inmigrantes detenidos "la principal preocupación es la falta de acceso a la atención médica".



## JOHN KNOX VILLAGE

*Continuing Care Retirement Community*

**!!NEW PATIO HOMES!!**
**UNDER CONSTRUCTION**
**DON'T WAIT!!**
CALL 956-968-4575
TO RESERVE YOUR PATIO HOME

JOHN KNOX VILLAGE
Continuing Care Retirement Community
1300 South Border Avenue
Weslaco, Texas 78596
**956-968-4575**
www.johnknoxvillagergv.com



## DR. BEARDSLEY'S SUPER OPTICAL

Spring Break SALE
**50% off** Frames or Lenses*
PLUS
**$45** Instant Rebate*



## FAMILY HEARING AID CENTER
*Where Quality And Integrity Count!!*
Quality Hearing Aids at an Honest and Fair Price!

Latest Digital
**OPEN EAR**
Technology!

ITE    CANAL    CIC    BTE

**FAMILY**
HEARING AID CENTER

**AVISO IMPORTANTE:**

Si usted es uno de los más de 700,000 consumidores de EE. UU. que son Miembros del Acuerdo correspondiente al Litigio Antimonopolio de Visa Check/MasterCard Money Antitrust Litigation), Nº CV-96-5238 (JG), y que presentaron reclamaciones a aprobadas, le hacemos saber que el Abogado Principal está tratando de obtener su sustitución del Tribunal para vender (securitizar) los cuatro pagos parciales anuales restantes del demandado, MasterCard, que actualmente equivalen a un total de 400 millones de dólares. Si la transacción se lleva a cabo, el Abogado Principal utilizará el fondo de la venta para pagar anticipadamente (mediante sumas globales) a aquellos reclamantes que han sido aprobados.

Las objeciones a la venta propuesta deben presentarse al Tribunal a más tardar el 27 de marzo de 2009. Toda aquella persona que objete debe presentarse ante el Honorable John Gleeson, juez de Distrito de los EE. UU., correspondiente al Eastern District de New York, el 20 de abril de 2009 a las 12:45 P.M., en el juzgado 6C South, 225 Cadman Plaza East, Brooklyn, NY 11201.

Para ver las copias de la solicitud del Abogado Principal y la Orden Judicial que establece el calendario para las objeciones a dicha venta, puede visitar el sitio en Internet del caso, en http://www.inrevisacheckmastermoneyantitrustlitigation.com. Para ello, haga clic en la opción de la barra lateral que dice "Amended Plan of Allocation and Securitization" (Plan Corregido para la Securitización y las Asignaciones) para luego desplazarse a la sección intitulada "Documents Regarding Securitization of the Settlement Fund" (Documentos referentes a la Securitización de los Fondos del Acuerdo). De otra manera, llame al 1-888-641-4137. También puede encontrar información en el sitio en Internet del Abogado Principal, en http://www.coveringtonuraras.com.

COMMUNITY  COMUNIDAD

# LESNIKOWSKI

## ...eron la vida

I congénito nunca fue tratado debido a la falta de recursos económicos.

Cuando fue detectada con este mal, ella se informó del costo de un examen. Pero cuando supo lo que tenía que pagar le dijo a su madre que era mejor que se muriera porque no quería endeudar a la familia.

"Mi madre me dio esperanzas y me dijo que en esta vida todo se puede. Mi familia organizó eventos para recaudar dinero y logré hacerme las pruebas que el médico de mi pueblo me recomendó. Cuando detectaron que este mal estaba muy complicado y luego me dieron los resultados además de las listas y los costos de una cirugía, decidí no avanzar porque ya mi familia había recaudado $700 para salvarme pero ya no había más dinero", dijo la joven madre de tres hijos.

"Lo único que se me vino a la mente era buscar a un sacerdote a quien yo le vendía fruta y sabía que tenía una fundación para ayudar a pacientes enfermos del corazón y cuando lo fui a buscar ya había fallecido pero uno de sus asistentes recordó los buenos comentarios del sacerdote sobre ella y le facilitaron información para pedir ayuda a una fundación que opera a pacientes con males al corazón.

Lazo contactó a la fundación y ésta al Rotary Club quienes corrieron con los gastos de hospedaje, cirugía y tratamiento médico. La operación quirúrgica estuvo a cargo del Dr. Henry Fee.

Afortunadamente Marfa respondió positivamente a la operación y la sonrisa nuevamente se le dibujó en su rostro.

"He vuelto a nacer, siento como si me hubieran puesto un reloj en mi corazón. Ahora puedo respirar y vivir con normalidad", dijo entre lágrimas María Lazo Cuzco.

Lazo Cuzco regresó a Ecuador con esperanzas, fo y muchas ganas de trabajar y por su puesto también de vivir. Poco a poco las marcas de sufrimiento se irán desvaneciendo gracias a la oportuna ayuda de Rotary Club de San José. Δ

*Por Rosario Vital*
*El Observador*

A María Lazo Cuzco (33) se le hizo el milagro de su vida. Luego de haber rogado a todos los santos y haberse encomendado a Dios, ella volvió a nacer. La historia de María es como haberse sacado la lotería. Lazo Cuzco es natural de Guayaquil, Ecuador y ella fue sometida en febrero a una cirugía de recambio de las dos válvulas del corazón en el Hospital O'Connor en la ciudad de San José.

Esto fue posible gracias al programa denominado "Regalo de vida a un paciente" a cargo del Rotary Club de San José. Un vez más los miembros del Rotary Club unieron esfuerzos para regalarle lo más preciado que la vida pueda dar, la salud.

Lazo Cuzco en los últimos tres años había dejado de trabajar y no podía vivir con normalidad debido a su problema de válvula cardiovascular. Ella tenía obstrucciones en las dos válvulas del corazón, lo que le impedía llevar una vida normal.



## Advocacy Groups Promote Benefits of Citizenship

By Osvaldo Castillo
El Observador

Santa Clara County is made up of a wide variety of individuals who share their cultures as well as their love for the U.S. with each other. They also shared the ideal of becoming naturalized citizens.

"It is important to encourage the community to apply for citizenship," said Basil Robledo, director of programs for the Services, Immigrant Rights and Education Network (SIREN). "There are many benefits for those who become naturalized citizens."

The Services, Immigrant Rights and Education Network, along with the Asian Law Alliance, Sacred Heart Community Services and Catholic Charities of Santa Clara County will be present at the 20th Annual Citizenship Day and Immigrant Pride Day to discusses the benefits with eligible residents. The event will be held at the Center for Employment Training (CET) in San Jose on Saturday March 21st beginning at 9 a.m. A similar event will also be held in Gilroy the same day at 10 a.m. The services will be offered in many languages including English, Spanish, Vietnamese, Mandarin and Russian, and will offer residents free information on how to become a citizen, how to set up an appointment for other services such as application assistance, referrals to ESL and citizenship classes, and handouts of revised test questions.

The advocacy groups also believe the residents of Santa Clara County should be educated in the importance of voting. According to Grantmakers Concerned with Immigrants and Refugees, 185,854 naturalized immigrants voted in the November election in Santa Clara County. Today, there are 190,000 residents who are eligible to naturalize in Santa Clara county and thus, be able to vote.

"You cannot have your freedom if you do not vote," said community member Calvin Nguyen. "People are making decisions that affect your life without you having a say in it."

Financial aid for the citizenship application will also be available through the "Save for Citizenship." Program. In 1990, the application fee was 90 dollars. Today, the fee is $675. The program puts two dollars into a citizenship fund for everyone dollar that qualified residents put into the fund.

"The candidates need to reach a total of $220 in four month to receive the rest of the money needed to apply for citizenship,"

Anti-immigrant sentiment is growing in the U.S., according to the advocacy groups. Thus, it is even more important now for eligible residents to become citizens.

"Many times, people believe that immigrants just come to this country to take and not give," said Jamal Sundas of the American Muslim Voice organization. "They don't consider the culture, language, food and arts that make us a richer society."

For more information on Citizenship Day, call (408) 453-3013 or (408) 4533017. For more information on the "Saving for Citizenship" Program, call (408)516-4699 or visit www.opportunityfund.org/ida

## And Now Here's What's Happening in your comunidad...
# QUE PASA...

• East Side Heroes Banquet April 25, 2PM Mayfair Community Center, San Jose www.eastsideheroes.org

Cash For College UCSC Educational  Partnership Center San Jose Cal-SOAP & EAOP 408-531-6124 epc.ucsc.edu

Water & Power" By Richard Montoya At Teatro Vision March 12-29 www.teatrovision.org

Historic Walk Historic Overlay March 28 San Jose www.chavezfamilyvision.org 408-923-3854

Mujer de Conciencia/Women of Conscience" By Victoria

JOIN US Watch Live Taping of Comunidad Del Valle With Jorge Santana, Richard Bean of MALO March 19, 5PM Vault Ultra Lounge San Jose http://www.vaultultralounge.com

Celebrate Aztec New Year March 14-15 National Hispanic University San Jose 408-510-1377

Majitas Tasting Biz Mixer April 8, 6PM Azucar Latin Bistro, San Jose Tequila Tasting April 30, 6PM Hotel Valencia, Santana Row

### Courtesy of
### Comunidad del Valle
www.nbc11.com/comunidaddelvalle

NBC11  3:00 PM

Damian Trujillo

### AVISO IMPORTANTE:

Si usted es uno de los más de 700,000 comerciantes de EE. UU. que son Miembros del Acuerdo correspondiente al **Litigio Antimonopolio de Visa Check/MasterMoney (*Visa Check/MasterMoney Antitrust Litigation*)**, N° CV-96-5238 (JG), y que presentaron reclamaciones aprobadas, le hacemos saber que el Abogado Principal está tratando de obtener autorización del Tribunal para vender (securitizar) los cuatro pagos parciales anuales restantes del demandado, MasterCard, que actualmente equivalen a un total de 400 millones de dólares. Si la transacción se lleva a cabo, el Abogado Principal utilizará el fruto de la venta para pagar anticipadamente (mediante sumas globales) a aquellos reclamantes que han sido aprobados.

Las objeciones a la venta propuesta deben presentarse al Tribunal a más tardar el **27 de marzo de 2009.** Toda aquella persona que objete debe presentarse ante el Honorable John Gleeson, juez de Distrito de los EE. UU., correspondiente al Eastern District de New York, el **20 de abril de 2009 a las 12:45 P.M.**, en el juzgado 6C South, 225 Cadman Plaza East, Brooklyn, NY 11201.

Para ver las copias de la solicitud del Abogado Principal y la Orden Judicial que establece el calendario para las objeciones a dicha venta, puede visitar el sitio en Internet del caso, en http://www.inrevisacheckmastermoneyantitrustlitigation.com. Para ello, haga clic en la opción de la barra lateral que dice "Amended Plan of Allocation and Securitization" (Plan Corregido para la Securitización y las Asignaciones) para luego desplazarse a la sección intitulada "Documents Regarding Securitization of the Settlement Funds" (Documentos referentes a la Securitización de los Fondos del Acuerdo). De otra manera, llame al 1-888-641-4437. También puede encontrar información el sitio en Internet del Abogado Principal, en http://www.constantinecannon.com.

Case 1:96-cv-05238-MKB-JO   Document 1455-13   Filed 04/02/09   Page 14 of 25 PageID #:

El Tiempo · LASINKOMPSKI · viernes 20 de marzo de 2009 · Página 13A

## Nacional

El Tiempo | Información relevante sobre importantes acontecimientos en la vida nacional | Información relevante sobre importantes acontecimientos

### ➋ Desempleo

## EE.UU.: Caterpillar despedirá a 2.454 trabajadores

**Caterpillar Inc. anunció el martes 17 de marzo que tiene previsto despedir a más de 2.400 empleados en cinco plantas.**

Por Associated Press

PITTSBURGH (AP) - Caterpillar Inc. anunció el martes 17 de marzo que tiene previsto despedir a más de 2.400 empleados en cinco plantas de las estados de Illinois, Indiana y Georgia, en aumentos en que el fabricante de maquinaria pesada sigue tratando de reducir costos en medio de un descenso de la economía mundial.

Caterpillar, el principal fabricante de maquinaria para construcción y minería, experimenta una reducción en sus ventas, mientras que la desaceleración de la economía mundial y la crisis crediticia han debilitado la demanda de sus productos, que se usan para todo tipo de construcción, desde casas hasta autopistas.

La empresa se había rápidamente mercadeando en años recientes, con ayuda del florecimiento de la construcción en los países en desarrollo.

Como reacción a un empeoramiento en las condiciones económicas, Caterpillar anunció en enero la eliminación de unos 20.000 puestos de empleo. Asimismo dijo que iba a eliminar temporalmente a sus ejecutivos en un 50% y que iba a ofrecer compras de renuncias de unos 25.000 empleados de Estados Unidos. Caterpillar, que tiene un personal de 112.000 en todo el mundo, dijo que había impuesto una congelación en la contratación a nivel mundial.

### ➔ Reforma

# Obama habla con congresistas hispanos de reforma migratoria

**El tema será también discutido en su encuentro con el presidente Felipe Calderón de México.**

Por Associated Press

WASHINGTON (AP) - El presidente Barack Obama se reunió el miércoles 18 de marzo con un grupo de congresistas hispanos y se comprometió a trabajar para lograr una reforma "efectiva e integral" de las leyes de inmigración, informó la Casa Blanca.

Obama, quien habló hecho de la reforma una promesa de su campaña electoral, no mencionó, sin embargo, un plazo para anunciar el debate. Pero, activistas de la comunidad hispana indicaron que sería este mismo año.

Simon Rosenberg, presidente de NDN, una organización liberal, declaró que es de interés de los partidos Republicano y Demócrata "realizar la reforma este año" debido a que parte del trabajo de redacción y coordinación ya se había hecho con los procesos que fracasaron consecutivamente hace dos años en el Congreso.

Obama, quien está cumpliendo dos meses en el cargo, habló sobre inmigración en una "firme y estratégica" reunión en la Casa Blanca con miembros del Grupo Congresional Hispano (Congressional Hispanic Caucus o CHC), formada por legisladores demócratas de origen latino de la Cámara de Representantes.

"El presidente habló de cómo la administración trabajará con el CHC para abordar las preocupaciones de inmigración tanto en el corto y largo plazos", dijo la Casa Blanca en una declaración de su portavoz, Robert Gibbs.

Obama indicó que el tema será también discutido en su encuentro con el presidente Felipe Calderón en México el próximo mes. Calderón y su antecesor, Vicente Fox, han presionado en Washington para una reforma que atiende la posibilidad de legalización a unos 8 millones de mexicanos que viven sin documentos en Estados Unidos.

"El presidente anunció que desea trabajar con México... en una efectiva e integral reforma de inmigración", dijo la Casa Blanca.

En Estados Unidos hay unos 12 millones de inmigrantes indocumentados.

Los volantes de origen hispano reagudizaron a Obama en proporción de 2-1 durante la campaña el ahora presidente dijo que abordaría la reforma migratoria en los primeros 100 días de su gobierno.

Activistas de inmigración

dijeron en el pasado que se sentirían satisfechos si Obama simplemente acudiría el debate en su primer año de gobierno debido a que estaría más bien concentrado en la reactivación económica nacional.

Alí Noorani, director ejecutivo del Foro Nacional de Inmigración, declaró que en la reforma de inmigración debían impedirse factores "morales, económicos y políticos".

Declaró que la razón moral se refiere a evitar que las familias de indocumentados sigan siendo divididas con la deportación de sus miembros; el factor político dominada de los partidos un compromiso para la reforma y el económico exige una protección de los trabajadores que contribuyen desde los asuntos al progreso estadounidense.



▶ Pro-Reforma

La Jornada en Las Vegas, EE.UU.

Cientos de inmigrantes esperan ansiosamente el inicio del estudio de una reforma migratoria que les de legalidad. En Estados Unidos y los permite salir de las sombras y aportar aún más a la economía del país. A través de organizaciones con cámaras se hace presión al Congreso y al presidente Obama para que agilice la reforma. El tema empieza a ponerse en el tapete peso hay temor que su demora termine por extender el proceso de emisas contienden las redadas y deportaciones. Foto Archivo

### ➔ Construcción

# Más construcción en EE.UU.; mayores precios mayoristas

**La construcción residencial creció inesperadamente de forma notable.**

Por Associated Press

WASHINGTON - La construcción residencial creció inesperadamente de forma notable en febrero en todas las zonas de Estados Unidos salvo en la occidental.

El Departamento de Comercio informó el martes 17 que la construcción de nuevas casas unifamiliares y apartamentos creció en febrero en 22.2% frente a enero, a un ritmo anual de 583.000 unidades.

Mientras tanto, el Departamento del Trabajo dijo que los precios al por mayor subieron un 0.1% en febrero, ya que la notable baja en el precio de los alimentos compensó el segundo aumento mensual de los precios energéticos.

Mientras que el aumento de la construcción residencial contrasta con la comenzada baja pronosticada por los economistas, el repunte seguramente será revisado y considerado un avance temporal ante los pensistentes problemas que sufre el sector.

Incluso con ese aumento, la industria de la construcción sigue estando un 47.3% por debajo de los niveles de hace un año. El salto de inicios fue encabezado por la construcción de apartamentos, que puede ó suele variar mucho de mes a mes.

Todas las áreas del país se beneficiaron del aumento en febrero, salvo la parte occidental, la más afectada por la crisis de muchas de las casas que se presentó confiscación del sector.

El aumento del 0.1% de

precios al por mayor fue muy inferior al 0.8% de enero y menor que el 0.4% pronosticado por los economistas. En comparación a fin de hace un año, los precios mayoristas han bajado un 1.3%.

La inflación subyacente, que el incluye la energía y los alimentos, subió en febrero un 0.2%, frente al avance del 0.1% pronosticado por los economistas. La inflación subyacente subió en febrero un 0.4%.

A mediados del año pasado, la Reserva Federal comenzó a temer que el repunte de los precios energéticos podría propagarse a otras áreas de la economía y que situará el nivel de la inflación en niveles inaceptables. Empero, tras estallar la crisis financiera en el tercer trimestre, la Fed dio marcha atrás y pasó a combatir con todos sus medios la recesión agravada sin que se adviertan indicio alguno de inflación.

El miércoles 18, la Fed seguramente indicará que mantendrá su tasa básica en cero con miras a reactivar y que subrayará como medidas extraordinarias para reactivar la economía.

La Fed necesita estar centrada en activar la pequeña economía estadounidense, pese del miedo en el gasto consumidor y la congelación en el sector crediticio, porque puede influenciar la manera en que han deprimido las demandas salariales.

### ➔ Inmigración

## EE.UU.: Reportan abusos y fallas en atención médica a inmigrantes

**Los detenidos del ICE son "especialmente vulnerables" a abusos.**

Por Associated Press

MIAMI (AP) - Mujeres embarazadas a las que les colocan grilletes y personas con apendicitis que no pueden hablar debido al dolor cuyas súplicas por ser atendidas son ignoradas por los médicos son algunos de los casos mencionados por grupos humanitarios para documentar cómo las autoridades tratan y demoran la atención médica a extranjeros detenidos en Estados Unidos.

Enfermeras que diagnostican erróneamente problemas de vesícula como depresión; inmigrantes armados de fingir sus enfermedades, parapléjicos sin acceso a instalaciones sanitarias y abusos hacia los extranjeros son otros de los casos denunciados por Human Rights Watch (HRW) y el Centro de Defensa de los Inmigrantes de la Florida (FIAC), por citar algunos.

En dos informes difundidos el martes 17 de marzo, las organizaciones defensoras de los derechos humanos denunciaron que el sistema de atención médica en los centros de detención de inmigrantes es "peligrosamente deficiente" y aseguraron que mejorar los servicios de salud que se les ofrece a los extranjeros detenidos "debería ser una prioridad" para el gobierno de Barack Obama.

En ambos reportes documentaron casos en los que el Servicio de Inmigración y Control de Aduanas (ICE, por sus siglas en inglés) "chapuceó, demoró o denegó" atención médica, ocasionando sufrimiento e incluso muertes.

Cheryl Little, directora ejecutiva del FIAC, explicó que cuando hablan con los inmigrantes detenidos "la principal preocupación es la falta de acceso a la atención médica".

Little manifestó que los detenidos del ICE "son especialmente vulnerables a abusos" porque "la mayoría carece de acceso a abogados". Si tienen problemas médicos señaló, "son tratados como criminales, esposados camino al hospital, las familias no pueden visitarlos e incluso a los abogados se les niega el acceso" a ellos.

El reporte de 78 páginas del FIAC, "Muriendo por falta de atención: abuso médico en la custodia migratoria", identifica fallas que han resultado de una política deficiente a los problemas de salud, como ellas las demoras y la negación de cuidados. la insuficiencia de personal calificado, falta de intérpretes y abuso de algunos miembros del personal clínico y penitenciario.

Para realizar su informe, HRW realizó visitas a nueve centros de detención de la Florida, Texas y Arizona, y entrevistó a 48 mujeres detenidas o recientemente liberadas de prisiones de inmigración, a personal de esos centros y a proveedores de servicios de salud.

El FIAC basó su informe con base en entrevistas, conversaciones telefónicas y cartas con detenidos y funcionarios de cárceles y de inmigración.



## AMIGOS DMV & MORE

### TONY (702) 985-2219

**SERVICIO CALIDAD RAPIDEZ**

**ASEGURANZA**
INSURANCE SERVICES

TAMBIEN DAMOS DE BAJA TU PERMISO DE IMPORTACION TEMPORAL
PICK-UP EN LAS VEGAS, CALL TONY

**NOTARY**
PERMISOS LOCALES Y FUERA DEL ESTADO
REGISTRACIONES
FORMAS DE COMPRAS Y VENTA
CUALQUIER TRAMITE DEL DMV
LEGALIZACIONES DE AUTO W/CAMIONES
INFRACCIONES LOCALES

**LEGALIZAMOS SU AUTO EN 1 HORA**

DRIVING PERMITS
REGISTRATIONS
BILL OF SALE
ANY DMV TRANSACTIONS
LEGALIZATIONS OF AUTO TRUCKS
LOCAL TICKETS

**LEGALIZAMOS SU AUTO EN 1 HORA**

PERMISOS DE IMPORTACION TEMPORAL PARA MEXICO SIN ESPERAR EN LA FRONTERA

## (702) 399-0001 / 399-4528

**Visita nuestra oficina AMIGOS DMV SERVICES N MORE**
2415 N. LAS VEGAS BLVD. #107 N. LAS VEGAS, NV

---

### AVISO IMPORTANTE:

Si usted es uno de los más de 700,000 comerciantes de EE.UU. que son Miembros del Acuerdo correspondiente al Litigio Antimonopolio de Visa Check/MasterMoney (Visa Check/MasterMoney Antitrust Litigation), N° CV-96-5238 (JG), y que presentaron reclamaciones aprobadas, le hacemos saber que el Abogado Principal está tratando de obtener autorización del Tribunal para vender (securitizar) los cuatro pagos parciales anuales restantes del demandado, MasterCard, que actualmente equivalen a un total de 400 millones de dólares. Si la transacción se lleva a cabo, el Abogado Principal utilizará el fruto de la venta para pagar anticipadamente (mediante sumas globales) a aquellos reclamantes que han sido aprobados.

Las objeciones a la venta propuesta deben presentarse al Tribunal a más tardar el 27 de marzo de 2009. Toda aquella persona que objete debe presentarse ante el Honorable John Gleeson, juez de Distrito de los EE.UU., correspondiente al Eastern District de New York, el 30 de abril de 2009 a las 12:45 P.M., en el juzgado 6C South, 225 Cadman Plaza East, Brooklyn, N.Y 11201.

Para ver las copias de la solicitud del Abogado Principal y la Orden Judicial que establece el calendario para las objeciones a dicha venta, puede visitar el sitio en Internet del caso, en http://www.inrevisacheckmastermoneyantitrustlitigation.com. Para ello, haga clic en la opción de la barra lateral que dice "Amended Plan of Allocation and Securitization" (Plan Corregido para la Securitización y la Asignación) como haga desplazarse a la sección intitulada "Documents Regarding Securitization of the Settlement Funds" (Documentos referentes a la Securitización de los Fondos del Acuerdo). De otra manera, llame al 1-888-641-4437. También puede encontrar información el sitio en Internet del Abogado Principal, en http://www.constantinecannon.com.

19 al 25 de Marzo, 2009 | **MUNDO HOY/WORLD NEWS** | 5

**OMO INCLUIDO**

134165

# Rusia Dice que Chávez le Ofreció una "Isla Completa" Para Bombarderos

El presidente de Venezuela, Hugo Chávez, le ofreció a Rusia "una isla completa, con un aeródromo" incluido, como base temporal para el emplazamiento de bombarderos estratégicos, dijo un jefe de la fuerza aérea de Rusia citado por la prensa local, quien agregó que Cuba también podría ser usada como base para emplazar esos aviones informado previamente que Cuba tiene bases aéreas con cuatro o cinco pistas de aterrizaje suficientemente largas como para que puedan ser usadas por bombarderos estratégicos y bombarderos soviéticos de corto alcance hicieron escalas con frecuencia en la isla durante la Guerra Fría.

Alexei Pavlov, un funcionario del Kremlin, declaró que el comentario de Zhikharev aludía a "posibilidades técnicas. Eso es todo". "Si hay un desarrollo de la situación, entonces podremos hacer declaraciones", añadió Pavlov. Dos bombarderos rusos realizaron vuelos de entrenamiento frente a la costa de Venezuela el año pasado y después regresarán a sus bases en Rusia.

Fue la primera vez que aeronaves de Rusia aterrizan en un país del hemisferio occidental desde el fin de la Guerra Fría. La cancillería rusa dijo entonces que los aviones rusos no llevaban armas nucleares.

Cuba nunca alojó en sus bases de manera permanente aeronaves estratégicas soviéticas o rusas, pero los bombarderos soviéticos de corto alcance hicieron escalas con frecuencia en la isla durante la Guerra Fría. Rusia reanudó sus patrullajes con bombarderos de largo alcance en 2007, luego de un hiato de 15 años.

El analista militar ruso Alexander Golts dijo que desde el punto de vista estratégico, Rusia no gana nada con emplazar aeronaves de largo alcance cerca de las costas de Estados Unidos. "Carece de todo sentido a nivel militar", dijo Golts. "Los bombarderos no necesitan base alguna. Se trata sólo de un gesto de represalia".

El experto añadió que Rusia desea cobrarse la afrenta luego que buques de la armada de Estados Unidos patrullaron las aguas del Mar Negro tras una confrontación militar entre Georgia y Rusia, el año pasado.

## Chávez desmiente

Hugo Chávez, dijo el domingo que los bombarderos rusos serían bienvenidos en su país, pero el líder socialista negó que le haya ofrecido territorio venezolano a Moscú para una base militar. "Eso no es así", dijo Chávez en referencia a las declaraciones del general Anatoly Zhikharev, jefe del estado mayor de la aviación de largo alcance de la fuerza aérea rusa. Chávez declaró que le dijo al presidente ruso Medvedev que permitiría a los bombarderos rusos aterrizar en su suelo si era necesario, pero que no hicieron ningún plan en ese sentido.

El Kremlin agregó, sin embargo, que la situación es hipotética. "Si existe una decisión política correspondiente, luego, el uso de la isla... por parte de la fuerza aérea rusa es posible", agregó el general Anatoly Zhikharev, jefe del estado mayor de la aviación de largo alcance de la fuerza aérea rusa, citado por agencia noticiosa Interfax. Según Interfax, el general ruso había



Dos bombarderos rusos realizaron vuelos de entrenamiento frente a la costa de Venezuela el año pasado.

militares.



Al lado de sus padres se observa a Alberto y Juana Fujimori de pie. Pedro, es cargado en brazos de su padre.

# Muere en Japón Madre de Fujimori

La madre del ex presidente Alberto Fujimori, Matsue Fujimori, falleció esta semana en Japón debido a un infarto cerebral, y a una serie de complicaciones de salud que la mantenían en estado de coma y con múltiples convalecencias, confirmó su nieta, la congresista Keiko Fujimori. Tenía 96 años.

La difunta padecía desde el 2007 las consecuencias de dos infartos cerebrales. También sufría de amnesia y de hipertensión arterial.

Keiko manifestó que su padre, quien aguarda una sentencia en un juicio por secuestro y asesinatos, se encuentra tranquilo tras conocer la noticia. "Mi abuela fue una mujer muy fuerte se encargaba siempre de hacernos la ponchera porque mi papá y mi mamá trabajaban. Vivimos con ella, le teníamos gran cariño, la vamos a extrañar bastante. Le decíamos mamá y a mí mamá le decíamos mamí", recordó.

Si bien mantuvo un perfil bajo en la presidencia de su hijo, Matsue Fujimori estuvo por unas horas entre los rehenes que tomaron miembros del grupo Movimiento Revolucionario Túpac Amaru en Diciembre del 1996, antes de ser liberada. Aparentemente en esa ocasión los secuestradores rebeldes no la reconocieron como la madre del mandatario.

"Toda la familia está con mucha pena, mucho dolor, pero estamos tranquilos porque ella no estaba sufriendo, está descansando", aseveró Keiko Fujimori, quien recuerda que su padre ya está resignado.

## Ya fue incinerada

Matsue Fujimori, madre del ex presidente Alberto Fujimori, fue incinerada en Japón y sus restos ya descansan en paz, confirmó ayer el legislador Santiago Fujimori.

En declaraciones a periodistas en el Parlamento, Fujimori agradeció los gestos de solidaridad para con su familia y consideró que se trata de "un hecho triste".

"Ya ocurrió el fallecimiento, ya ha sido incinerada. Ella ha fallecido el (antes por la noche) pero recién nos llegó la noticia", dijo Fujimori.

# Periodista Lanza-Zapatos Condenado a 3 Años de Prisión en Iraq

El periodista iraquí que en Diciembre arrojó en expresión de protesta sus zapatos al entonces presidente estadounidense George W. Bush fue sentenciado el jueves a tres años de cárcel por atacar a un gobernante extranjero, dijo su abogado.

Mohammed al-Abboudi señaló que la condena contra Muntadhar al-Zeidi fue anunciada después de un juicio breve durante el cual el periodista se declaró inocente.

El periodista dijo que su actitud fue una "respuesta natural a la ocupación" de su país, y cuando el veredicto fue leído gritó "viva Iraq".

Al-Zeidi ha estado detenido desde que le lanzó los zapatos a Bush durante una rueda conjunta de prensa con el primer ministro iraquí, Nuri al-Maliki, en Diciembre. La insulto protesta se ha convertido en una de las imágenes emblemáticas de la guerra de casi seis años.



Muntadhar al-Zeidi en el recuadro.

**AVISO IMPORTANTE:**

Si usted es uno de los más de 700,000 comerciantes de EE. UU. que son Miembros del Acuerdo correspondiente al *Litigio Antimonopolio de Visa Check/MasterMoney* (*Visa Check/MasterMoney Antitrust Litigation*), N° CV-96-5238 (JG), y que presentaron reclamaciones aprobadas, le hacemos saber que el Abogado Principal está tratando de obtener autorización del Tribunal para vender (securitizar) los cuatro pagos parciales anuales restantes del demandado, MasterCard, por actualmente equivalen a un total de 400 millones de dólares. Si la transacción se lleva a cabo, el Abogado Principal utilizará el fruto de la venta para pagar anticipadamente (mediante sumas globales) a aquellos reclamantes que han sido aprobados.

Las objeciones a la venta propuesta deben presentarse al Tribunal a más tardar el **27 de marzo de 2009**. Toda aquella persona que objete debe presentarse ante el Honorable John Gleeson, Juez de Distrito de los EE. UU., correspondiente al Eastern District de New York, el **28 de abril de 2009 a las 12:45 P.M.**, en el juzgado 6C South, 225 Cadman Plaza East, Brooklyn, NY 11201.

Para ver las copias de la solicitud del Abogado Principal y la Orden Judicial que establece el calendario para las objeciones a dicha venta, puede visitar el sitio en Internet del caso, en http://www.inrevisacheckmastermoneyantitrustlitigation.com. Para ello, haga clic en la opción de la barra lateral que dice "Amended Plan of Allocation and Securitization" (Plan Corregido para la Securitización) las Asignaciones) para luego desplazarse a la sección intitulada "Documents Regarding Securitization of the Settlement Funds" (Documentos referentes a la Securitización de los Fondos del Acuerdo). De otra manera, llame al 1-888-641-4437. También puede encontrar información en el sitio en Internet del Abogado Principal, en http://www.constantinecannon.com.

‖‖‖‖‖‖‖‖‖‖‖‖‖
134095

**AVISO IMPORTANTE:**

Si usted es uno de los más de 700,000 comerciantes de EE. UU. que son Miembros del Acuerdo correspondiente al **Litigio Antimonopolio de Visa Check/MasterMoney** *(Visa Check/MasterMoney Antitrust Litigation),* N° CV-96-5238 (JG), y que presentaron reclamaciones aprobadas, le hacemos saber que el Abogado Principal está tratando de obtener autorización del Tribunal para vender (securitizar) los cuatro pagos parciales anuales restantes del demandado, MasterCard, que actualmente equivalen a un total de 400 millones de dólares. Si la transacción se lleva a cabo, el Abogado Principal utilizará el fruto de la venta para pagar anticipadamente (mediante sumas globales) a aquellos reclamantes que han sido aprobados.

Las objeciones a la venta propuesta deben presentarse al Tribunal a más tardar el **27 de marzo de 2009.** Toda aquella persona que objete debe presentarse ante el Honorable John Gleeson, juez de Distrito de los EE. UU., correspondiente al Eastern District de New York, **el 20 de abril de 2009** a las 12:45 P.M., en el juzgado 6C South, 225 Cadman Plaza East, Brooklyn, NY 11201.

Para ver las copias de la solicitud del Abogado Principal y la Orden Judicial que establece el calendario para las objeciones a dicha venta, puede visitar el sitio en Internet del caso, en http://www.invisacheckmastermoneyantitrustlitigation.com. Para ello, haga clic en la opción de la barra lateral que dice "Amended Plan of Allocation and Securitization" (Plan Corregido para la Securitización y las Asignaciones) para luego desplazarse a la sección intitulada "Documents Regarding Securitization of the Settlement Funds" (Documentos referentes a la Securitización de los Fondos del Acuerdo). De otra manera, llame al 1-888-641-4437. También puede encontrar información el sitio en Internet del Abogado Principal, en http://www.constantinecannon.com.



Aprenda **inglés** YA!
Tu futuro está en tus manos...

**NEW YORK LANGUAGE CENTER**
¡Tú puedes lograrlo!

## Inglés Súper Intensivo

• Acceso gratis a Internet          • Profesores certificados
• Carnet de identificación gratis   • Cerca de transporte público
• Certificado al finalizar el programa  • Principiantes, intermedios y avanzados
• Pagos semanales desde $12         • Preparación para TOEFL y Business English

**NEW YORK LANGUAGE CENTER – (UPTOWN)**
**Las clases empiezan 2, 9, y 16 de marzo**

| Lunes a viernes | Lunes a jueves | Sábados |
|---|---|---|
| 8:00 - 10:00 am | 4:00 - 6:00 pm | 9:00 - 1:00 pm |
| 10:00 - 12:00 pm | 6:00 - 8:00 pm | **Domingos:** |
| 12:00 - 2:00 pm | 8:00 - 10:00 pm | 10:00 - 2:00 pm |

Con facilidades de pago    *Aprobada por la ley federal para matricular estudiantes con visa no-residentes*

**(212) 678-5800**   www.nylanguagecenter.com
**NEW YORK LANGUAGE CENTER – MANHATTAN**
2637 Broadway, New York, NY 10025
(esquina West 100 St.)



# cellularPLUS

T··Mobile· Exclusive Dealer

¡NO TIENE CREDITO, MAL CREDITO?
TODOS PUEDEN SER APROBADOS

Transfiera su Teléfono de Línea Fija a Nuestro Servicio
Por sólo...
**$10⁹⁹**



$39⁹⁹  **600** MINUTOS A cualquier hora + Noches y Fines de Semana ¡GRATIS!

$39⁹⁹  **300** MINUTOS A cualquier hora + 5 favoritos + Noches y Fines de Semana ¡GRATIS!

• Llamadas locales y de larga distancia nacional ilimitadas
• Conserva tu número telefónico residencial
• Un verdadero ahorro todos los meses
• Todo esto respaldado por nuestro distinguido servicio

T-Mobile @Home HiPort™ Wireless

**SERVICIO TELEFONICO EN CASA**


Black Berry® 8900
$99⁹⁹


Nokia 7510 – Plateado ¡GRATIS!


Sony Ericsson TM506 ¡GRATIS!


Samsung – Memoir Pantalla de Toque 8 megapixeles


T-Mobile Sidekick 08 ¡GRATIS! Después del reembolso por correo


T-Mobile G1™

**GRATIS** Cargador para el Carro y Estuche de Cuero con la Activación

**5517 5th Avenue, Brooklyn, NY • Tel.: (718) 492-5800**

... los precios sujetos a aprobación de crédito. Precios después ... requieren contrato de 2 años de servicio. Algunos equipos requieren activación de teléfono. Visite la tienda para los detalles.

EL DIARIO LA PRENSA VIERNES 20 DE MARZO DE 2009 • www.eldiariony.com

elHiSPANO • 18/24 de marzo de 2009    3

134077

# Obama propone una reforma educativa para recuperar la salud económica de EEUU

Macarena Vidal

Washington.- (EFE).- El presidente Barack Obama, utilizó su primera alocución a la comunidad hispana para presentar un plan de mejora del sistema educativo del país, un área más en sus reformas para recuperar la salud económica a largo plazo.

Obama habló hoy ante la Cámara de Comercio Hispana de Estados Unidos, donde fue acogido a su llegada con una salva de aplausos y gritos de "sí se puede", la versión en castellano de su lema electoral, "yes we can".

Se trataba de su primer discurso ante un público hispano desde su investidura, hace siete semanas.

La selección puso de relieve tanto la influencia de una comunidad con un creciente papel en la política del país, como la relevancia de la reforma educativa en un grupo, cuyos estudiantes se encuentran, según las estadísticas, por detrás de sus compañeros no latinos.

Según afirmó el presidente, "el lugar de Estados Unidos como líder se encuentra en peligro a menos que hagamos un mejor trabajo en la educación de nuestros hijos".

La iniciativa de Obama busca una mejora de todo el sistema, desde la educación preescolar a la universitaria, si bien, al menos por el momento, no prevé la aprobación de leyes educativas nuevas y buena parte de sus propuestas son de adopción voluntaria por parte de los estados.

Así, el presidente estadounidense busca aumentar el número de plazas de preescolar, de modo que los niños comiencen la educación formal con al menos los primeros rudimentos de la escritura y la lectura.

En primaria y secundaria, propone un endurecimiento de los estándares de enseñanza y la posible ampliación de los horarios y los cursos lectivos.

Una de sus propuestas más polémicas, a la que se oponen los sindicatos de enseñantes, es la de conceder incentivos a los maestros que consigan mejores resultados de sus alumnos.

Los sindicatos alegan que ello fomentará la rivalidad entre los maestros en lugar del trabajo en equipo.

Obama también quiere reducir el porcentaje de alumnos que abandonan los estudios antes de concluir la educación secundaria, un problema que afecta especialmente a los estudiantes latinos.

Un 22 por ciento de estos alumnos no llega a graduarse de secundaria, el triple que los estudiantes blancos no latinos.

"Abandonar los estudios de secundaria ha dejado de ser una opción. No cuando nuestra proporción de abandono se ha triplicado en treinta años. No cuando los no graduados cobran la mitad que un diplomado universitario. No cuando los estudiantes latinos abandonan en mayor proporción que cualquier otro", sostuvo.

El presidente estadounidense también quiere fomentar una mayor proporción de estudiantes universitarios para 2020.

Según recordó en su discurso, EE.UU. ha descendido en una década del puesto número dos mundial en número de graduados universitarios anuales al puesto número once.

Obama, que hizo hincapié en que las medidas que proponga deben estar acompañadas, para tener éxito, de la responsabilidad tanto de los padres como de los alumnos, reconoció que sus medidas no serán siempre populares entre todos.

Muchos demócratas, indicó, "se resisten a la idea de compensar la excelencia entre los maestros con un mayor sueldo, aunque sepamos que ese puede marcar la diferencia en clase", afirmó.

Por su parte, numerosos republicanos "se oponen a nuevas inversiones en la educación preescolar, pese a las pruebas determinantes de lo importante que es", añadió.

Pese a estas críticas, insistió, es imperativo invertir en el sistema educativo para garantizar la salud económica del país.

"Pese a contar con recursos sin par en el resto del mundo, hemos dejado que nuestras calificaciones se rebajen, que nuestras escuelas se desmoronen, que se quede corta la calidad de la enseñanza y que otros países nos superen", declaró.

Según el presidente estadounidense, "el relativo declive de la educación estadounidense es insostenible para nuestra economía, insostenible para nuestra democracia e inaceptable para nuestros hijos".

"El lugar de EE.UU. como líder económico global estará en peligro", afirmó, "a menos que hagamos un trabajo mejor que hasta ahora en la educación de nuestros hijos".



El presidente Barack Obama quiere reformar el sistema educativo para ayudar a recuperar la salud económica del país.

---

## Pa. anti-discrimination bill reintroduced with record number of House co-sponsors

HARRISBURG – A record number of legislators are co-sponsoring a bill that would protect people who live or work in Pennsylvania from discrimination based on sexual orientation or gender identity or expression in employment, housing, credit and public accommodations.

State Rep. Dan Frankel, D-Allegheny, chairman of the Allegheny County Democratic Delegation, reintroduced the legislation (H.B. 300) today with 78 bipartisan co-sponsors in the House of Representatives, nine more it had than when first introduced in the 2007-08 session. The co-sponsors include all members of the House majority leadership.

"The growing support for this commonsense bill reflects that most Pennsylvanians already know being gay or transgendered has nothing to do with a person's ability to fix a car or compute, or to show up on time and to do a good day's work," Frankel said.

A November 2007 poll done by a firm that has many Republican clients found 71-percent of Pennsylvania voters supported the bill. The bill drew majority support in every region of the state and from Republicans and self-described conservatives.

Pennsylvania's Human Relations Act already bans discrimination based on race, color, religious creed, ancestry, age, sex, national origin, a non-job related handicap or disability or the use of a guide or support animal due to a person being blind, deaf or having a physical handicap.

The bill is expected to be referred to the House State Government Committee, whose chairwoman, Rep. Babette Josephs, D-Phila., strongly supports the bill and held hearings around the state on it in the 2007-08 session. A rally has been scheduled for March 17 at the state Capitol to promote the legislation.

Frankel said the bill would benefit all Pennsylvanians.

"This is the right thing to do, and for our economy, it would also be the smart thing to do. We are surrounded on three sides by states that ban anti-gay discrimination – Maryland, New Jersey and New York. They are among 20 states that have this competitive advantage over Pennsylvania when it comes to attracting and retaining businesses and residents," Frankel said.

"While approximately 10 percent of the population is directly affected, a larger number of prospective residents and employers – straight and gay alike – value diversity and laws that reflect fairness. When they decide where to live and where to retain or create jobs, these factors matter. Oklahoma apparently lost out on 1,000 jobs last year because a state lawmaker's anti-gay diatribe called attention to that state's laws and relative lack of fairness on this issue.

"It's important to note that this legislation would also protect heterosexual Pennsylvanians from being fired based on their sexual orientation or their gender identity or expression. This legislation would protect everyone."

Nearly 80 percent of Pennsylvania's 12.5 million residents live or work in communities that do not provide these protections, according to the Value All Families Coalition.

Thirteen Pennsylvania municipalities have enacted civil rights laws including protections based on sexual orientation and gender identity or expression. These municipalities are Allentown, Easton, Erie County, Harrisburg, Lancaster, Lansdowne, New Hope, Philadelphia, Pittsburgh, Scranton, Swarthmore, West Chester and York. State College also has an ordinance that covers only sexual orientation discrimination in housing and employment.

---

## AVISO IMPORTANTE:

Si usted es uno de los más de 700,000 comerciantes de EE. UU. que son Miembros del Acuerdo correspondiente al Litigio Antimonopolio de Visa Check/MasterMoney (*Visa Check/MasterMoney Antitrust Litigation*), Nº CV-96-5238 (JG), y que presentaron reclamaciones aprobadas, le hacemos saber que el Abogado Principal está tratando de obtener autorización del Tribunal para vender (securitizar) los cuatro pagos parciales anuales restantes del demandado, MasterCard, que actualmente equivalen a un total de 400 millones de dólares. Si la transacción se lleva a cabo, el Abogado Principal utilizará el fruto de la venta para pagar anticipadamente (mediante sumas globales) a aquellos reclamantes que han sido aprobados.

Las objeciones a la venta propuesta deben presentarse al Tribunal a más tardar el **27 de marzo de 2009**. Toda aquella persona que objete debe presentarse ante el Honorable John Gleeson, juez de Distrito de los EE. UU., correspondiente al Eastern District de New York, el **20 de abril de 2009 a las 12:45 P.M.**, en el juzgado 6C South, 225 Cadman Plaza East, Brooklyn, NY 11201.

Para ver los copias de la solicitud del Abogado Principal y la Orden Judicial que establece el calendario para las objeciones a dicha venta, puede visitar el sitio en Internet del caso, en http://www.inrevisacheckmastermoneyantitrustlitigation.com. Para ello, haga clic en la opción de la barra lateral que dice "Amended Plan of Allocation and Securitization" (Plan Corregido para la Securitización y las Asignaciones) para luego desplazarse a la sección intitulada "Documents Regarding Securitization of the Settlement Funds" (Documentos referentes a la Securitización de los Fondos del Acuerdo). De otra manera, llame al 1-888-641-4437. También puede encontrar información en el sitio en Internet del Abogado Principal, en http://www.constantinecannon.com.



EL IMPARCIAL | 19 de marzo de 2009 Hermosillo, Sonora, México | **Jueves**

## Foro del lector

Correo electrónico: lector@elimparcial.com

### Trampolín político

Sr. Director:

Como ciudadano común y corriente no estaba de acuerdo en que el pasado alcalde Ernesto Gándara, pidiera licencia para irse a ver si conseguía la candidatura de su partido al Gobierno del Estado.

Yo no voté por él para la Alcaldía, pero creo que los que votaron por él, lo eligieron para administrar el Ayuntamiento de Hermosillo, ese era su compromiso, me imagino que nadie votó para que se fuera de pecandidato durante su trienio. Debió que era legítima su aspiración, sí, pero una vez que hubiera terminado su periodo.

Por otro lado, esa decisión provocó la renuncia de bastantes funcionarios que se quedaron sin empleo, lo que no estaba en los planes de tales personas, conozco algunos casos.

- Esos funcionarios fueron sustituidos por otros, con las respectivas molestias para los ciudadanos. Raymundo García de León demostró ser un alcalde eficaz, me causó tan buena impresión su gestión que debería permanecer en ese puesto hasta el término del periodo.

Pero Gándara regresó para continuar en el presupuesto, bajo los reflectores y causando otra vez la renuncia de funcionarios, en perjuicio de los ciudadanos. Qué desastre, además de los recursos económicos que gastan, se genera la interrupción de nuestros trámites ante autoridades municipales.

Espero que en la siguiente gestión se elija a quien realmente vele por los hermosillenses y su ciudad, y no trabaje en función de sus intereses personales, utilizando el puesto como trampolín político.

Rogelio Ferra Balderrama

### Alerta con la pobreza

Sr. Director:

Posiblemente en el centro de la ciudad de Hermosillo no se marque tanto la pobreza como procede en la periferia de esta capital, en donde las nuevas colonias no se desenvuelven en beneficio de sus necesidades más imperiosas por la carencia de empleos.

Puedo decir sin equivocarme, que hay hogares que carecen de luz eléctrica, agua o drenaje. En allí donde el Estado, empresarios y líderes de agrupaciones, deberían poner sus antenas para elevar el nivel de vida miserable que llevan estas gentes.

Para apoyar a estas personas o familiares, nosotros con un poco de voluntades humanitaria en conjunto con líderes solidarios al problema de estas zonas. La falta de equidad en los servicios de salud también cuenta y notoriamente. La fraternidad tiene rostro humano y garantiza la tranquilidad y la seguridad pública (robos, violaciones, secuestros).

La pobreza no es producto del destino, es un fenómeno social y corregirse en la mejor forma posible.

¡La gente necesita nuestra cooperación!, por eso alguien dijo: "La pobreza es la lacras que significa un riesgo para todos". La gente que justifique un sustento sólido en su economía, me refiero a chicos y personas ¿mediores en este sentido; aliviar su supervivencia, fomento sus estragos en los hogares. Toda esa gente tiene el derecho del Estado de que se le ayude por el peligro de sus gentes.

En cuanto a la manera de ayudar a tales hogares, el Estado debe de destinar el influyentismo y la corrupción de personas, poniendo en su lugar elementos sanos y calificados honestamente. Con reglas claras de convivencia social. En nuestra sociedad, hay hombres y mujeres con principios y gran autoridad moral como política que darían un poco de su responsabilidad a los demás, para un Sonora mejor.

Armando E. Verdugo Rivera

**BAILE SERÁ HOY A LAS 20:00 HORAS**

## Gruperos se unen para ayudar a Nicolás Carrillo

**Necesita un trasplante de córnea cuya operación cuesta aproximadamente 30 mil pesos**

POR RAMÓN GONZÁLEZ
rgonzalez@elimparcial.com

El ambiente grupero se unirá de nuevo y esta vez para brindarle su apoyo a Jesús Nicolás Carrillo Ruiz quien necesita realizarse una operación de trasplante de córnea.

Las agrupaciones musicales: Los Sonorños, Inalkanzable, Los Fiscales de Sonora, Banda Costa Azul, Maravel "El Indio" Ortega, Diamantes de Sinaloa, Los Honorables y La Brazza Norteña le pondrán ambiente al baile por una buena causa.

El evento habrá de realizarse hoy a partir de las 20:00 horas en un local

ubicado en la colonia Quinta Emilia. El costo del boleto tiene un valor simbólico de 30 pesos.

Nico, quien es un fan de los grupos que se presentarán, sufrió un accidente el pasado 7 de octubre de 2007 cuando regresaba en compañía de unos amigos de las fiestas de Magdalena y su carro se volcó en el camino.

Desde entonces el joven hermosillense ha visitado el quirófano en seis ocasiones y ahora su pieza para entrar una vez más, pero requiere reunir una suma superior a los 30 mil pesos para poder realizarse la operación.

Buen ambiente se espera en el baile a beneficio de Nico, en el que podrás bailar con la música de los grupos del momento y de paso estarle apoyando a una noble causa.

Nicolás Carrillo sufrió un accidente en octubre de 2007, y desde entonces ha entrado al quirófano en seis ocasiones.



Agenda de viajes
**Terramar**

le ofrece un fabuloso descuento del **40% en boletos de avión a toda la República Mexicana**

Contamos con paquetes VIP

Aprovecha este Semana Santa en la compra de 3 boletos se te regala uno



**Practica tus Valores**

VALOR DEL MES: **LEALTAD**

Y tú... ¿Qué PIENSAS?

www.premiosana.com

Prensa Juan
EL IMPARCIAL

### AVISO IMPORTANTE:

Si usted es uno de los más de 200,000 comerciantes de EE. UU. que son Miembros del Acuerdo correspondiente al Litigio Antimonopolio de Visa Check/MasterMoney (Visa Check/MasterMoney Antitrust Litigation), N° CV-96-5238 (JG), y que presentaron reclamaciones aprobadas. Le hacemos saber que el Abogado Principal está tratando de obtener autorización del Tribunal para vender ciertos activos, a fin de aumentar los pagos parciales anuales restantes del demandado. MasterCard, que actualmente equivalen a un total de 400 millones de dólares. Si la transacción se lleva a cabo, el Abogado Principal utilizará el freno de la venta para pagar anticipadamente cantidades varias globales a aquellos reclamantes que han sido aprobados.

Las objeciones a la venta propuesta deben presentarse ante el Tribunal a más tardar el 27 de marzo de 2009. Toda aquella persona que objete debe presentarse ante el Honorable John Gleeson, juez de Distrito de los EE. UU., correspondiente al Eastern District de New York, el 20 de abril de 2009 a las 12:45 P.M., en el juzgado 6C South, 225 Cadman Plaza East, Brooklyn, NY 11201.

Para una copia de la solicitud del Abogado Principal y la Orden habilitante, consulte el sitio de Internet del Abogado Principal o escríbanos, por favor, a la siguiente dirección: info@creditcardsettlement.com. Para ello, haga clic en la opción de la barra lateral que dice "Amended Plan of Allocation and Securitization" (Plan Corregido para la Securitización y las Asignaciones) para luego desplazarse a la sección intitulada "Documents Regarding Securitization of the Settlement Funds" (Documentos referentes a la Securitización de los Fondos del Acuerdo). De otra manera, llame al 1-888-641-4437. También puede encontrar información en el sitio de Internet del Abogado Principal, en http://www.creditcardsettlement.com.

Por este medio queremos agradecer infinitamente tanto amor, atención, cuidados y muestras de solidaridad que hemos recibido de su parte, lo hacemos por este conducto ante la imposibilidad de hacerlo personalmente, queriendo dejar el corazón de cada uno de ustedes, como están cada uno de ustedes en el nuestro.

También con un profundo agradecimiento al ISSSTESON y su personal, al hospital CIMA, doctores, enfermeras y personal que han sido unos Ángeles enviados del cielo. Dios los bendiga siempre, y procuraremos cumplir a diario la voluntad de Dios como lo hiciera nuestra querida abuela, madre y esposa.

Fraternalmente

Luis Carlos Soto Cubillas
Familia Hurtado Soto
Familia Rodarte Soto
Familia Soto Díaz
Familia Soto Salazar
Francisco Javier Soto Gutiérrez

Hermosillo, Sonora, 19 de marzo de 2009.



"Al morir nuestra vida no se acaba, sólo se transforma".

Nos unimos a los sentimientos de pena y dolor por la sensible pérdida de
QUIROS BELTRONES
por la sensible pérdida de

# VÍCTOR ALEJANDRO

a quien Dios tenga gozando en su Reino.

Carlos: tus amigos exRegis, solidarios contigo y tu familia hoy y siempre. Dios les dé el consuelo y resignación.

Jorge De la Paz López          Oscar Manninger Aguilar
Jorge Cero Figueroa          Ramón Saborrich Corominas
Luis Corona Arellano          Manuel Puebla Gutiérrez
Gonzalo Navarro Soto          José León Ramírez Cortez
Tonya Abaroa          Ramón Apunte
Jorge Armenta          Carlos




**EXPO INDUSTRIAL SONORA 2009**

Expoforum. Del 25 al 27 de Marzo

Horario de conferencias: 4:00 pm.

EL IMPARCIAL

**Miércoles, 25 de Marzo**
Descubre qué opina **Jesús Silva-Herzog Márquez** sobre los desafíos de la Política Económica de México.

**Viernes 27 de Marzo**
Ven y aprende cómo venderle al cliente más grande de México, **Miguel Villegas Lerdo de Tejada**. Director Nacional de Compras del Gobierno en Nacional Financiera te dirá cómo.

**Entrada sin costo para Pequeñas y Medianas Empresas**

Case 1:96-cv-05238-MKB-JO   Document 1455-13   Filed 04/02/09   Page 19 of 25 PageID #: 6568

**TIENE 14 AÑOS**

## Buscan en la frontera a adolescente extraviada

SAN DIEGO.- El Departamento de Policía de San Diego solicita el apoyo de los residentes de ambos lados de la frontera para localizar a una joven adolescente de tan solo 14 años.



www.el-mexicano.info

# SAN DIEGO

**24A** JUEVES 19 DE MARZO DE 2009 / BAJA CALIFORNIA

el mexicano

## LUCHA CONTRA LAS DROGAS

# gentes federales de los EU a la frontera

### Acudirá procurador estadounidense a hablar con Felipe Calderón

TATIANA MARTÍNEZ
EL MEXICANO

SAN DIEGO.- El gobierno de Barack Obama anunció desde Washington este miércoles, que enviarán agentes federales a vigilar la frontera con México como parte de la lucha contra los cárteles de la droga.

Intentan apoyar el esfuerzo que realiza México en su lucha contra las drogas y en especial contra los cárteles criminales que se dedican al tráfico de los estupefacientes a lo largo de toda la franja divisoria.

Para poder llevar a cabo esta tarea en momento de dificultades económicas dentro de los Estados Unidos, la administración Obama pretende tomar los recursos de un programa de aplicación de las leyes de inmigración para usarlos en la lucha contra el crimen organizado, especialmente los cárte-

les de droga mexicanos.

Existe un fondo asignado a la investigación de los empleados de indocumentados para que sufrenten cargos en contra, los cuales podrían ser apoyo utilizados para la lucha contra los cárteles de droga si los miembros del Congreso de los Estados Unidos dan su aprobación.

El procurador general de los Estados Unidos, Eric Holder, se reunió con los medios de comunicación para confirmar que el próximo mes de abril viajará a la Ciudad de México para reunirse con el presidente Felipe Calderón y el procurador general de la República.

Insistió en que buscan una frontera segura, porque a México está bien, también los Estados Unidos, entendiendo que tienen un impacto positivo conjuntos.

Todavía no se especifica si en esta etapa de trabajo lo acompañará la secretaria de Seguridad Interna, Janet Napolitano, quien fuera gobernadora de Arizona por varios años y entiende a la perfección la problemática fronteriza.

Janet Napolitano ya había confirmado su viaje a México durante el mes de abril, por lo que podrían combinar sus agendas de trabajo.

Cifras proporcionadas por parte del gobierno de los Estados Unidos indican que la



Fuerzas federales serán enviadas a la frontera sin México para ayudar al combate contra el narcotráfico.

lucha contra los cárteles de droga trajo consigo la presencia de 6,290 personas durante el 2008, y en lo que va de 2009 se han confirmado mil muertes, la mayoría de las cuales ocurrieron a corta distancia de la franja divisoria.

---

### LLEGARON EN BALSA

# Encuentran 400 libras de marihuana en playa Del Mar

SAN DIEGO.- El Departamento del Sheriff del condado de San Diego confirmó el decomiso de 400 libras de marihuana, que fueron abandonadas en las playas de Del Mar.

Un deportista del surf encontró de forma accidental el miércoles a las 4 a.m. seis bolsas que le parecieron sospechosas y alcanzó a ver dos individuos que llevaban consigo una bolsa similar.

El deportista que caminaba cerca de la playa, observó el interior de las mochilas y pudo confirmar que se trataba de droga, la cual fue abandonada cerca de las vías del tren, al final de la calle 11.

Al encontrarse a un par de hombres que caminaban por la playa con una bolsa similar, les preguntó qué hacían a esa hora del día y éstos contestaron en español y se dieron a la fuga, dejando la séptima bolsa que llevaban consigo.

De inmediato se pidió la presencia del Departamento del Sheriff, y los agentes localizaron una octava mochila que se encontraba muy cerca del mar.

En el interior de las mochilas se localizaron 80 paquetes de marihuana que se encontraban en bolsas de plástico.

A decir del Departamento del Sheriff, la droga llegó por balsa proveniente de México, utilizando el mismo método que se ha observado en el contrabando de indocumentados.

Es común entre los traficantes de drogas estipular un lugar para depositar la droga antes de darse a la fuga, mientras que otro grupo llega al lugar acordado para llevársela consigo.

Se sugiere que el deportista ubicó a los traficantes de drogas antes de la entrega, aunque no fue posible realizar ningún arresto.

En el mismo lugar en donde se llevó a cabo el decomiso de este miércoles, se lograron decomisar otras 70 libras de marihuana en junio del 2007. (tma)

---

### EX VOCERO DE LA CÁMARA ESTATAL

## Posponen presentación ante la Corte del hijo de Fabián Núñez

SAN DIEGO.- Ayer miércoles se tenía agendada la presentación ante la corte superior de California en San Diego de Esteban Núñez, el hijo de Fabián Núñez, quien fuera vocero de la Cámara estatal por varios años y uno de los políticos latinos más fuerte del país.

Este joven que a tiene la mayoría de edad, tenía programada una audiencia preliminar junto con otros tres adultos que se encuentran acusados de provocar la muerte de un estudiante de Mesa College en San Diego.

Sin embargo en el último momento se pospuso la sesión hasta el próximo mes.

Los acusados Esteban Núñez, Ryan Jett, Rafael García y Leshanor Thomas estuvieron de acuerdo en regresar ante la Corte el próximo 3 de abril, ya que todos ellos gozan de libertad condicional por el pago de una fuerte fianza.

El motivo del retraso es que los abogados de la defensa pidieron más tiempo para revisar los interrogatorios con los testigos y demás grabaciones que serán utilizadas en su contra durante el proceso legal.

Los cuatro jóvenes están enfrentando cargos por asesinato, así como otras faltas consideradas felonías dentro del condado de San Diego a

pesar de que viven en Sacramento.

Esto porque el asesinato ocurrió en esta región, en contra de Luis Santos de 22 años el pasado 4 de octubre, luego de que los jóvenes vinieran a San Diego a pasarla bien y fueran "corridos" de una fiesta y como represalia asesinaran a uno de los invitados.

Aunque las acusaciones los señalan como culpables y varios testigos recuerdan el momento en que fueron invitados a retirarse de una fiesta privada de una de las fraternidades, enfrentándose a golpes con el joven grupo que abandonó el festejo, ellos se declararon inocentes de los cargos.

En el enfrentamiento todo tres heridos y un fallecido por arma punzocortante.

Entre los argumentos utilizados por los abogados defensores se explica que la agresión fue en defensa propia.

El caso toma notoriedad por tratarse del hijo de uno de los políticos latinos más reconocidos e importantes de la Unión Americana y en especial del estado de California.

Fabián Núñez mantuvo una estrecha relación con el gobernador Arnold Schwarzenegger y con la cédula de poder del Estado, por lo que las acciones de su hijo causaron alarma y conmoción en Sacramento. (tma)

---

### ANTES DE SU VIAJE AL SUR DE CALIFORNIA

# Recibe Obama a la bancada latina

SAN DIEGO.- Este miércoles, antes de partir rumbo al Sur de California, el presidente Barack Obama recibió la visita de la bancada latina del Congreso en Washington.

Fue una reunión que se centró en la necesidad de una reforma migratoria amplia. Según la Casa Blanca, el presidente "discutió como la administración trabajará con el CHC para abordar las preocupaciones en torno al tema migratorio a corto y a largo plazo".

Frank Sharry, director ejecutivo de America's Voice, indicó que "la reunión del presidente Obama con el CHC en otra de una larga lista de señales de que la administra-

ción y el Congreso apoyan la reforma migratoria".

"Durante su campaña el presidente se comprometió a encarar este asunto durante el primer año de su gestión. Esperamos que cumpla con esa promesa. Los integrantes del caucus hispano lo entienden y los clamos las gracias por mantener este asunto al centro de la agenda", añadió Sharry.

La situación actual en la cual las familias están siendo separadas "es inaceptable", dijo Sharry, y agregó que espera que el presidente avance en su compromiso de encarar "este dilema moral". "Estamos listos para ayudarlo porque el país necesita y merece una solución". (tma)

---

### POR FALTA DE RECURSOS ECONÓMICOS

## Limitan ingreso de universitarios

SAN DIEGO.- La Universidad Estatal de California en la ciudad de San Marcos, al igual que ocurre en el resto del Estado dorado, tuvo que limitar el ingreso de nuevos estudiantes para el ciclo 2009-2010.

Tuvo que rechazar a siete mil alumnos para este otoño, debido a la abrumadora solicitud de ingreso que se vivió en esta época de admisión y a la solicitud expresa de las autoridades estatales de limitar el ingreso de nuevos alumnos.

A decir de las autoridades, este gran volumen de solicitudes de admisión se debe en gran medi-

da a un marcado aumento de las transferencias de otras universidades, que para el próximo ciclo escolar de 2009 alcanzaron las 6,200 solicitudes.

Desde noviembre de 2008, la máxima autoridad de la Universidad estatal de California, Charles R. Reed, pidió a los campus universitarios que restringiera la inscripción de nuevos alumnos.

Se espera mantener el mismo nivel de recursos con lo que se alcanzaron en el 2008, aunque significa cerrar la puerta a muchos jóvenes que esperan ingresar a la Universidad este año.(tma)

---

### PIDE APOYO LA POLICÍA DE SAN DIEGO

## Buscan en la frontera a adolescente de 14 años

SAN DIEGO.- El Departamento de Policía de San Diego solicita el apoyo de los residentes de ambos lados de la frontera para localizar a una adolescente de tan solo 14 años.

Se trata de una joven latina que responde al nombre de María Austillo, que fue vista por última ocasión el pasado 5 de marzo en su residencia ubicada en el "East Village".

María acude a la escuela secundaria Terrace Charter School que se localiza en el Centro de San Diego y frecuenta Magic City, un lugar de eventos ubicado en la avenida University número 2200.

Se le describe como una joven latina de 5.3 pies de altura y 120 libras de peso, que tiene el cabello negro y los ojos color café.

La familia y el Departamento de Policía tienen la sospecha de que huyó de su hogar por lo que se trata de dar con su ubicación de inmediato.

La organización Ciruse Stoppers ofrece una recompensa a quien proporcione información anónima que permita ubicarla, llamando al 888-580-8477. También el Departamento de Policía solicita cualquier pista que facilite su localización, al 619-531-2000.



María Austillo es la joven desaparecida cerca de East Village, en San Diego.

---



**Mexicano Responsable Cumplidor**

El Mexicano desde 1959 ha tenido la responsabilidad de mantener informada a la región de manera veraz y oportuna.

De manera efectiva, el público se responde haciendo de este medio el líder indiscutido.

**AVISO IMPORTANTE:**

Si usted es uno de los más de 700,000 comerciantes de EE. UU. que son Miembros del Acuerdo correspondiente al Litigio Antimonopolio de Visa Check/MasterMoney (Visa Check/MasterMoney Antitrust Litigation), N° CV-96-5238 (JG), y que presentaron reclamaciones aprobadas, le hacemos saber que el Abogado Principal está tratando de obtener autorización del Tribunal para vender (securitizar) los cuatro pagos parciales anuales restantes del demandado, MasterCard, que actualmente equivalen a un total de 400 millones de dólares. Si la transacción se lleva a cabo, el Abogado Principal utilizará el fruto de la venta para pagar anticipadamente (mediante sumas globales) a aquellos reclamantes que han sido aprobados.

Las objeciones a la venta propuesta deben presentarse al Tribunal a más tardar el 27 de marzo de 2009. Toda apelía persona que objete debe presentarse ante el Honorable John Gleeson, juez de Distrito de los EE. UU., correspondiente al Eastern District de New York, el 20 de abril de 2009 a las 12:45 P.M., en el Juzgado 6/2 South, 225 Cadman Plaza East, Brooklyn, NY 11201.

Para ver las copias del escrito solicitud del Abogado Principal y la Orden Judicial que establece el calendario para las objeciones a dicha venta, puede visitar el sitio en Internet del caso, en http://www.inrevisacheckmastermoneyantitrustlitigation.com. Para ello, haga clic en la opción de la barra lateral que dice "Amended Plan of Allocation and Securitization" (Plan Corregido para la Securitización y la Asignación) para luego desplazarse a la sección indicada "Documents Regarding Securitization of the Settlement Funds" (Documentos referentes a la Securitización de los Fondos del Acuerdo). De otra manera, llame al 1-888-641-4437. También puede encontrar información en el sitio en Internet del Abogado Principal, en http://www.constantinecannon.com.

Case 1:96-cv-05238-MKB-JO   Document 1455-13   Filed 04/02/09   Page 20 of 25 PageID #: 6569



134087

El Mundo
Austin
Mar 19 - 25, 2009

# POLICIALES
  

**7**

EN CASO DE UNA EMERGENCIA **9-1-1**   SITUACIONES DE NO EMERGENCIA (EN AUSTIN) **3-1-1**

**Liberty Hill**

# Acusan a jefe de bomberos

Redacción EL MUNDO

Según el portavoz de la oficina del Sheriff del Condado Williamson, en la mañana del 18 de marzo, James Pogue, jefe de bomberos de la ciudad Liberty Hill, y su esposa, Leslye Pogue, fueron acusados formalmente de malversación

y apropiación indebida de fondos; y esto se debe a que el jefe de bomberos ganó alrededor de 65 mil dólares, del millón que se dispone para ese Departamento.

Hasta el cierre de esta edición continuaban las investigaciones; mientras tanto se les ha fijado una fianza de 10 mil dólares por cada acusación presentada. ▼



JUSTICIA. Los acusados podrían ser sentenciados a más de un año en prisión.

**San Antonio**

## Resuelven caso de rescate hipotecario fraudulento

El reembolso de más de 350 mil dólares a 351 dueños de casas fue el resultado de una acción legal tomada por el Estado contra Foreclosure Assistance Solutions (FAS), que al parecer operaba una empresa de "rescate hipotecario" fraudulento.

Según la acción legal, las estafas de rescate hipotecario de los demandados orientaban hacia los propietarios de viviendas de Texas que se habían retrasado en los pagos de la hipoteca.

El acuerdo también prohíbe a la empresa participar

en la mitigación de ejecución hipotecaria en Texas y se requiere que los demandados paguen un total de 750 mil dólares: 475 mil dólares en restitución, 100 mil dólares en sanciones civiles y 175 mil dólares en honorarios de los abogados. REDACCIÓN EL MUNDO ▼

**Austin**

## Detienen a atropellador hispano

Por hacer caso omiso en una colisión el llamado de Sheriff, Julián Gonzales (28) fue arrestado; asimismo, por no prestar ayuda durante un accidente ocurrido en el 6 de marzo, en el cual estuvo involucrado. Al cierre de esta edición, Gonzales enfrentaba varios cargos. ▼



## Anglosajón roba Federal Credit Union

Oficiales del Departamento de Policía de Austin respondieron en la mañana del 17 de marzo, a un llamado por robo en el banco Federal Credit Union, en el 1402 W. Stassney Ln. Por las investigaciones se supo que el sospechoso entró al banco; exigió una cantidad no revelada de efectivo; y luego abandonó el lugar.

Hasta el cierre de esta edición se buscaba al sospechoso, descrito como un anglosajón cerca de 40 años de edad. Si usted tiene alguna información sobre este caso, comuníquese al (512) 974-5082. ▼



MARCAS. El delincuente, tiene tatuada ambas antebrazos.



NO HAY TIEMPO QUE PERDER... LLAMENOS UNA PERSONA DE HABLA HISPANA

**PONCE LAW OFFICE**
GRISELDA PONCE
Abogada de Inmigración y Naturalización
Defensa en Casos de Deportación
¡Honestidad y Servicio Ágil!
(512) 454-7700   (512) 689-0357

¿Accidente de auto? ¿Lastimado?
THE STEWART LAW FIRM, PLLC
3000 S IH 35, Ste. 150  Austin, TX 78704
(512) 326-3200
Consulta Gratis   Se Habla Español
SIN COSTO (877) 326-0411

¡LESIONADO?
LESIONADO o MUERTE CAUSADA POR:
• Accidentes en construcción
• Accidentes en trabajos peligrosos
• Accidentes con "trailer"
• Accidentes automovilísticos o de motocicleta
• Accidentes con conductores en estado de ebriedad
• Negligencia médica en hogares para ancianos

•Divorcios
•Casos de Ley Familiar
•Demandas Civiles
(512) 751-7256

¡ATENCIÓN MEXICANOS!
Aceptamos la Matrícula Consular o la Credencial de Elector.
(512) 263-4333

Despacho del Abogado
**PASTRANA**
RAUL STEVEN PASTRANA
ABOGADO
• Juris Doctor
• Masters of Taxation
• B.S. Accounting
(512) 474-4487
sin costo
(888) 674-4487

**LA MICHOACANA**
CARNICERIA FRUTERIA VERDULERIA
HAY UNA LOCALIDAD CERCA DE USTED
Algún evento con variedad de platillos
www.lamichoacanameatmarket.com

**AVISO IMPORTANTE:**

Si usted es uno de los más de 700,000 consertistas de EE. UU. que son Miembros del Acuerdo correspondiente al Litigio Antimonopolio de Visa Check/MasterMoney (Visa Check/MasterMoney Antitrust Litigation), N° CV-96-5238 (JG), y que presentaron reclamaciones aprobadas, le hacemos saber que el Abogado Principal está tratando de obtener autorización del Tribunal para vender (securitizar) los cobros pagos parciales anuales restantes del demandado, MasterCard, que actualmente equivalen a un total de 400 millones de dólares o más. La transacción se llevo a cabo, el Abogado Principal utilizará el fruto de la venta para pagar anticipadamente (mediante sumas globales) a aquellos reclamantes que han sido aprobados.

Las objeciones a la venta propuesta deben presentarse al Tribunal a más tardar el 27 de marzo de 2009. Toda aquella persona que objete debe presentarse ante el Honorable John Gleeson, juez de Distrito de los EE. UU., correspondiente al Eastern District de New York, el 20 de abril de 2009 a las 12:45 P.M., en el juzgado 6C South, 225 Cadman Plaza East, Brooklyn, NY 11201.

Para ver las copias de la solicitud del Abogado Principal y la Orden Judicial que establece el calendario para las objeciones a dicha venta, puede visitar el sitio en internet del caso, en http://www.inrevisacheckmastermoneyantitrustlitigation.com. Para ello, haga clic en la opción de la barra lateral que dice "Amended Plan of Allocation and Securitization" (Plan Corregido para la Securitización y las Asignaciones) para luego desplazarse a la sección intitulada "Documents Regarding Securitization of the Settlement Funds" (Documentos referentes a la Securitización de los Fondos del Acuerdo). De esta manera, llame al 1-888-641-4037. También puede encontrar información del sitio en Internet del Abogado Principal, en http://www.coreistutivecanam.com.

Case 1:96-cv-05238-MKB-JO   Document 1455-13   Filed 04/02/09   Page 21 of 25 PageID #: 6570


2A | JUEVES 19 DE MARZO DE 2009, La Opinión                                                                        www.laopinion.com

# Presidente de EEUU visitará México

*Comercio, migración y narcotráfico serán parte de la agenda bilateral en abril*





**CAROLINA MENDOZA AGUILAR**
Corresponsal de La Opinión

MÉXICO, D.F.— Los presidentes Felipe Calderón y su homólogo estadounidense Barack Obama se reunirán los próximos 16 y 17 abril en México para abordar temas de interés bilateral, como la seguridad nacional —que incluye el narcotráfico— y migración.

Asimismo, tratarán asuntos del medio ambiente, bienestar social, competitividad y desarrollo económico, informó en conferencia de prensa el portavoz de la Presidencia, Max Cortázar, quien precisó que aún no se tienen detalles sobre el lugar donde se realizará el encuentro entre ambos mandatarios.

La Cumbre de las Américas, el Diálogo del G4, G-5 y la Cumbre de Líderes de APEC también serán incluidos en la agenda.

Se trata de la primera visita que realizará Obama a un país latinoamericano tras llegar al poder. Previamente siguió la tradición de la mayoría de los presidentes estadounidenses de hacer una primera visita a su socio y vecino del norte: Canadá.

Con Calderón será el segundo encuentro en lo que va de año, pues ya se vieron el 12 de enero en Washington, días antes de que Obama asumiera la Presidencia.

Ante la prioridad de la seguridad y el comercio, analistas de las relaciones bilaterales consideran que el tema migratorio pasará a segundo plano, aunque no descartan que haya pronunciamiento al respecto.

**EN CONTEXTO**

La reforma migratoria va a ser un tema muy difícil de empujar en la coyuntura económica actual".

**ISABEL STUDER**
DIRECTORA DEL CENTRO DE ANÁLISIS PARA AMÉRICA DEL NORTE, DEL ITESM.

"La reforma migratoria va a ser un tema muy difícil de empujar en la coyuntura económica actual", consideró Isabel Studer, directora del Centro de Análisis para América del Norte, del Instituto Tecnológico de Estudios Superiores de Monterrey (ITESM).

"En la propia política interna tiene el presidente Obama que empujar con el Congreso temas como el Health Care y la reactivación de la economía, así que no será nada fácil retomar el tema migratorio con éxito hasta después de 2011 con la renovación legislativa", agregó.

La analista señaló que, por otro lado, los sindicatos de Estados Unidos que habían flexibilizado en 2001 su postura en torno a la regulariza-

ción migratoria de los indocumentados y que podrían apoyar una reforma, por ahora sólo están pensando en defender a sus agremiados nacionales.

"La crisis postergó todo", dijo.

La visita de Obama a México tendrá lugar después de la de su secretaria de Estado, Hillary Clinton, que viajará entre el 25 y el 26 de marzo a las ciudades de México y Monterrey.

Por su parte, el fiscal estadounidense, Eric Holder, anunció ayer que viajará también en una semana, a principios de abril, para reunirse con el presidente Calderón y tratar los temas relacionados con la violencia de los carteles de la droga.

Las fuerzas de seguridad estadounidenses detuvieron recientemente en su territorio a 52 supuestos miembros del cartel de Sinaloa, encabezado por el prófugo Joaquín "El Chapo" Guzmán. Los arrestos fueron en California, Maryland y Minnesota, en el marco de una gran operación contra el tráfico de estupefacientes, encabezada por Holder.

Obama y su comitiva se despla-

zan a territorio mexicano en medio de una convulsión pública, debido a la violencia en los estados fronterizos de EEUU como consecuencia de las luchas de la delincuencia organizada, que ha dejado en México más de 5,300 muertos.

El presidente estadounidense dijo que examinaría "de cerca" la situación en México, y no descartó enviar tropas de la Guardia Nacional a la frontera.

Las relaciones entre los dos países atraviesan además un momento rápido en las relaciones comerciales, que inició por la cancelación de un programa piloto para la circulación de camiones mexicanos en Estados Unidos.

En respuesta, México anunció que aumentará los aranceles a 90 productos estadounidenses.


La vigilancia militar de la frontera México-Estados Unidos, debido a las oleadas de violencia ocasionadas por la delincuencia organizada, será una de los temas prioritarios del encuentro Calderón-Obama el mes próximo. Fotos AP



SIENTO ARMONÍA.

Siento la infinita energía espiritual de la naturaleza; un esplendor que lo percibirá todo el que visite. Una invitación a la eternidad de Rose Hills.

Tenemos hermosas selecciones de propiedades desde tan sólo $46 por mes*.

Llámenos Gratis al 1-888-255-6124 o visite rosehill.com hoy mismo.


ROSE HILLS
Memorial Park & Mortuary
UN LUGAR PARA RECORDAR.

 3888 WORKMAN MILL ROAD • WHITTIER, CALIFORNIA 90601

Otras localidades que brindamos servicio
CERRITOS • ALHAMBRA • CITY OF INDUSTRY

# ABOGADOS HONESTOS

Pensiones de Trabajo, Green Cards, **INMIGRACION**
Deportaciones, Visas V y K,
Beneficios de los Nuevos Leyes **ACCIDENTES  FAMILIA**
a la raíz de USA, Amnistía Tardía,
Unión Familiar, 360 , Por Trabajo
y Familia, Nacaw y TPS.
**1·800·99·99·012**
OFICINAS LEGALES DE MARÍA L. CARAVETTA

CONSULTA GRATIS

# ACCIDENTES
**ABOGADO**

• Accidentes de auto
• Caídas y resbalones
• Mordidas de perro
• Muerte injusta
• Daños personales
• Acoso Sexual

*Soofer*
¡SI NO GANAMOS NO COBRAMOS!

Agresiva Representación, MÁXIMA Compensación
**1-888-925-1212**
ASISTENCIA EN SU CASA U HOSPITAL    Las 24 horas

---

**AVISO IMPORTANTE:**

Si usted es uno de los más de 700,000 comerciantes de EE. UU. que son Miembros del Acuerdo correspondiente al Litigio Antimonopolio de Visa Check/MasterMoney (Visa Check/MasterMoney Antitrust Litigation), N° CV-96-5238 (JG), y que presentaron reclamaciones aprobadas, le hacemos saber que el Abogado Principal está tratando de obtener autorización del Tribunal para vender (securitizar) los cuatro pagos parciales anuales restantes del demandado, MasterCard, que actualmente equivalen a un total de 400 millones de dólares. Si la transacción se lleva a cabo, el Abogado Principal utilizará el fruto de la venta para pagar anticipadamente (mediante sumas globales) a aquellos reclamantes que han sido aprobados.

Las objeciones a la venta propuesta deben presentarse al Tribunal a más tardar el 27 de marzo de 2009. Toda aquella persona que objete debe presentarse ante el Honorable John Gleeson, juez de Distrito de los EE. UU., correspondiente al Eastern District de New York, el 30 de abril de 2009 a las 12:45 P.M., en el juzgado 6C South, 225 Cadman Plaza East, Brooklyn, NY 11201.

Para ver las copias de la solicitud del Abogado Principal y la Orden Judicial que establece el calendario para las objeciones a dicha venta, puede visitar el sitio en Internet del caso, en http://www.inremidasaintitrustlitigation.com. Por ello, haga clic en la opción de la barra lateral que dice "Amended Plan of Allocation and Securitization" (Plan Corregido para la Securitización y las Asignaciones) para luego desplazarse a la sección intitulada "Document Regarding Securitization of the Settlement Funds" (Documentos referentes a la Securitización de los Fondos del Acuerdo). De otra manera, llame al 1-888-641-4437. También puede encontrar información al sitio en Internet del Abogado Principal, en http://www.consaintmecannon.com.

# Servicios

Página 14   Marzo 19 a Marzo 25, 2009

## TEXAS BIGSCREEN
ESPECIALISTAS EN REPARACIONES DE PANTALLAS GIGANTES LCD, PLASMAS Y DLP.

REVISIÓN GRATIS
¡Con la reparación!

INSTALACIÓN DE CÁMARAS DE SEGURIDAD.
¡SERVICIO EN TODO EL METROPLEX!

308 W. SECOND ST. IRVING, TEXAS 75060

SERVICIO A DOMICILIO
214.563.0392

Reparaciones e Instalaciones
Refrigeración
Aire Acondicionado
Máquinas de Hielo
Cuartos Fríos
Financiamiento
Disponible 214-697-2698

DINERO, DINERO, DINERO, hacemos préstamos rápidos con el título de su auto, aceptamos matrícula, todos califican, 214-352-4888>

DINERO DE INMEDIATO, le damos un préstamo por el título de su auto y usted lo sigue manejando, 214-352-4888>

PRÉSTAMOS DE DINERO para cualquier necesidad, auto, casa, renta, quinceañeras, vacaciones, etc. 817-717-3276>

ANÚNCIESE EN LA SUBASTA

## AUTO GLASS
Trabajo garantizado
servicio a domicilio gratis
214.916.7604
469.335.6167

DINERO RAPIDO LE préstamos, salga ahora mismo de viaje, remédiele su casa, compre carro nuevo, cm. 938-936-2221.>

¿SU DINERO RAPIDO necesita?, llámenos y compre hoy mismo carro nuevo, remódiele su casa, pague sus deudas. 888-936-2221.>

LE PRESTAMOS DINERO, no se preocupe más por la crisis. 888-936-2221.>

NECESITA DINERO RAPIDO llámenos para salir adelante con auto nuevo, remódiele su casa, pague sus deudas. 1-888-936-2221>

REGIONAL LE PRESTA el dinero que necesita para su auto nuevo, trs, muebles, utilidades, 817-274-1236>

PRÉSTAMOS DINERO PARA cubrir cualquier necesidad, aplicaciones por teléfono en sólo 5 minutos, 972-606-1872>

¡LE PRESTAMOS DINERO! aplicaciones por teléfono, 972-986-8200>

¿PAGAR SUS RECIBOS necesita?, ¡mejórar su casa, comprar su carro, viajar, necesita dinero rápido?, aplique hoy al 888-936-2221.>

## ¡SEMIBLINDAJES ECONÓMICOS!

Tapicería, Para Especialistas en Autos Europeos Y Pieles Exóticas.
Llámenos Para Presupuestos GRATIS Y Sin Compromiso
214.694.4644

## PRESUPUESTOS GRATIS
VENDEMOS
ALFOMBRAS, VYNIL, PISOS DE CERAMICA, PORCELANA, LAMINADO Y MADERA A PRECIOS RAZONABLES.
MAYOR INFORMACIÓN
• 469.285.2228 •

## ELECTRICIDAD
NO REQUISITOS NO SS/NO ID
NO SE REVISA CREDITO
ACTIVACIÓN EL MISMO DÍA
281.515.5662 • 281.250.0001

SERVICIO DE REEMBOLSO de impuestos, llámenos, 214-783-9799>

PRÉSTAMOS DE DINERO por título, si no tiene crédito no hay problema, 10% al año, usted continúa manejando su auto, 214-783-9799>

GRAN APERTURA "EAST BUFFET", visítenos, 14215 coit Rd #128, Dallas 75254>

ANÚNCIESE EN LA SUBASTA

ESTÁN EN FORMA - NOSOTROS LE AYUDAMOS
KARATES, KICKBOXING, BOXEO
ENTRENAMOS BOXEO
AFIANZANDO Y PROFESIONAL
10018 Monroe Dr. Dallas, TX 75229
BOXING GYM
214-766-1366 • 214-358-4499

¿NECESITA DINERO? LLÁMENOS nosotros le prestamos dinero por su título y sigue manejando su auto, 214-783-9799>

Reparación de Computadora e Instalación de Aire Acondicionado
Instalación de todo tipo de programas y juegos
Servicios a domicilio
¡SE HABLA ESPAÑOL!
214-251-0105

CALZADO ANDREA- CKLASS y Terra, nueva bodega, especiales por inauguración, 214-398-2959, 972-259-1177>

CALZADO ANDREA- CKLASS Terra, Vicky Form, Itusión, ropay calzado vaquero y playcrán, 214-389-2959, 972-259-1177>

"LOW PRICE AUTO" le da los mejores precios, llame para una cuota gratis, tenemos 3 localidades, 214-372-9300>

LOS PRECIOS MÁS bajos del área del sur, 214-372-9300>

## AVISO IMPORTANTE:

Si usted es uno de los más de 700,000 comerciantes de EE. UU. que son Miembros del Acuerdo correspondiente al Litigio Antimonopolio de Visa Check/MasterMoney (*Visa Check/MasterMoney Antitrust Litigation*), N° CV-96-5238 (JG), y que presentaron reclamaciones aprobadas, le hacemos saber que el Abogado Principal está tratando de obtener autorización del Tribunal para vender (securitizar) los cuatro pagos parciales anuales restantes del demandado, MasterCard, que actualmente equivalen a un total de 400 millones de dólares. Si la transacción se lleva a cabo, el Abogado Principal utilizará el fruto de la venta para pagar anticipadamente (mediante sumas globales) a aquellos reclamantes que han sido aprobados.

Las objeciones a la venta propuesta deben presentarse al Tribunal a más tardar el 27 de marzo de 2009. Toda aquella persona que objete debe presentarse ante el Honorable John Gleeson, juez de Distrito de los EE. UU., correspondiente al Eastern District of New York, el 20 de abril de 2009 a las 12:45 P.M., en el juzgado 6C South, 225 Cadman Plaza East, Brooklyn, NY 11201.

Para ver las copias de la solicitud del Abogado Principal y la Orden Judicial que establece el calendario para las objeciones a dicha venta, puede visitar el sitio en Internet del caso, en http://www.intevisacheckmastermoneyantitruslitigation.com. Para ello, haga clic en la opción de la barra lateral que dice "Amended Plan of Allocation and Securitization" (Plan Corregido para la Securitización y las Asignaciones) para luego desplazarse a la sección intitulada "Documents Regarding Securitization of the Settlement Funds" (Documentos referentes a la Securitización de los Fondos del Acuerdo). De otra manera, llame al 1-888-641-4437. También puede encontrar información en el sitio en Internet del Abogado Principal, en http://www.constantinecannon.com.



## La Compañía Eléctrica Que Se Preocupa.

APOLLO
Siempre Prendido.

¡EMPIECE TAN BAJO COMO
$4.00 POR DÍA!

- No Verificación De Crédito, No Depósito, No Contrato
- TODOS SON PRE-APPROBADOS
- No Sobrecargos De Energía
- Excelente Servicio Al Cliente

¿Necesita su electricidad que prenda mañana?
¡NO PROBLEMA!

## LLAME AHORA
¡PARA COMENZAR A AHORRAR EN SU FACTURA!
877.585.7196

o visítenos por internet al
www.apollopowerlight.com

Proveedor Certificado de Electricidad - #10173



## SKY de México
Satelite
¡¡CONÉCTATE A TUS RAÍCES, CONÉCTATE A SKY!!
TODOS CALIFICAN • NO NECESITA CREDITO • NI SEGURO SOCIAL • SIN CONTRATOS LARGOS

VENTA, SERVICIO Y REPARACIÓN DE SKY
¡YA INSTALADO!
$350.00

Antena de 1 metro de diámetro para que no le falle la señal

CONEXIÓN PARA SOLO UNA TV.

VAMOS A CUALQUIER LUGAR
MÁS DE 197 CANALES EN ESPAÑOL

3 CANALES PARA ADULTOS (OPCIONAL) CINEMAX, HBO, MOVIE CITY, GOLDEN CHOICE, CANALES DE EUROPA DURANTE UN MES...

$28.00 POR MES APROXIMADO

¡¡GRATIS!!
1-888-662-7070

**14** CLASSIFIEDS

*LA VOZ Nueva*

MARCH 18, 2009

134080

## WANTED



**JEDUNN**

**"Learn How To Do Business**

**with**

**JE Dunn Construction"**

**Invitation for: Small & Disadvantaged Businesses**

This is the conference is an opportunity for small businesses to learn "How To Do Business with JE Dunn". Businesses will learn about JE Dunn's processes, meet their operations professionals and receive information on projects they are working on now and projects they will be pursuing in the near future, to include the City and County of Denver and Federal/Military work.

| | |
|---|---|
| WHEN: | Thursday, March 26, 2009 |
| TIME: | Starting at 3:00 p.m. |
| WHERE: | JE Dunn Construction |
| | Colorado Center - Tower One |
| | 2000 S. Colorado Blvd. |
| | 5th Floor |
| | Denver, CO 80222 |

Parking for this event is provided inside the parking garage attached to Tower One

Please RSVP by March 20, 2009
Cherelle McCalman - 303-300-7882
Cherelle.mccalman@jedunn.com.

**DON'T MISS THIS OPPORTUNITY!**
BRING YOUR BUSINESS CARDS AND BROCHURES AND MEET WITH THE JE DUNN REPRESENTATIVES

---

Get more muscle for your money with an ad in the Classifieds

**LA VOZ**

**$18 per column inch.**

**303.936.8556** •

fax **720.889.2455**

---

## PUBLIC NOTICES

**AVISO IMPORTANTE:**

Si usted es uno de los más de 700,000 comerciantes de EE. UU. que son Miembros del Acuerdo correspondiente al Litigio Antimonopolio de Visa Check/MasterMoney (*Visa Check/MasterMoney Antitrust Litigation*), Nº CV-96-5238 (JG), y que presentaron reclamaciones aprobadas, le hacemos saber que el Abogado Principal está tratando de obtener autorización del Tribunal para vender (securitizar) los cuatro pagos parciales anuales restantes del demandado, MasterCard, que actualmente equivalen a un total de 400 millones de dólares. Si la transacción se lleva a cabo, el Abogado Principal utilizará el fruto de la venta para pagar anticipadamente (mediante sumas globales) a aquellos reclamantes que han sido aprobadas.

Las objeciones a la venta propuesta deben presentarse al Tribunal a más tardar el 27 de marzo de 2009. Toda aquella persona que objete debe presentarse ante el Honorable John Gleeson, juez de Distrito de los EE. UU., correspondiente al Eastern District de New York, el 20 de abril de 2009 a las 12:45 P.M., en el juzgado 6C South, 225 Cadman Plaza East, Brooklyn, NY 11201.

Para ver las copias de la solicitud del Abogado Principal y la Orden Judicial que establece el calendario para las objeciones a dicha venta, puede visitar el sitio en Internet del caso, en http://www.inrevisacheckmastermoneyantitrustlitigation.com. Para ello, haga clic en la opción de la barra lateral que dice "Amended Plan of Allocation and Securitization" (Plan Corregido para la Securitización y las Asignaciones) para luego desplazarse a la sección intitulada "Documents Regarding Securitization of the Settlement Funds" (Documentos referentes a la Securitización de los Fondos del Acuerdo). De otra manera, llame al 1-888-641-4437. También puede encontrar información del sitio en Internet del Abogado Principal, en http://www.constantinecannon.com.

CPAXLP

---

### CHINESE RESTAURANT
11068 W. Jewell, Lakewood, needs experienced kitchen help dishwasher and cook. Come in, 303-980-1259

### HELP WANTED
Bi-Lingual. Therapist for out patient Home Based services with Department of Human Services. Master's Degree preferred, full time position. Please call 303-480-0693 for information.

### SOLICITAMOS
**Cocinero de Línea Preparador**
Houston's en Cherry Creek. Aplicar en persona L-J 9-6. 255 Clayton Ln., #100 **Denver, CO 80206** ó llame 720-941-6262.

### ACCENT CLEANING SERVICES
Busca Damas para limpiar casas. Trabajo permanente, posiciones vacantes/tiempo completo. Ingles no necesario, 8:00 am - 5:00 pm Lunes a Viernes 303-904-3599

### SE SOLICITA
Cia. mediana de excavación busca trabajadores responsables c/ experiencia, que operen máquinas loader y backhoe, para instalar líneas de alcantarillas y agua. Excavaciones en general. CDL, de preferencia certificado de drainlayer. Envía tu resume por fax al 303-761-4537.

### HELP WANTED
Medium size excavating company looking for experienced, dependable persons to operate loader and backhoe, to install water and sewerlines, general site excavations. CDL, drainlayer certificate a plus. Please fax resume to 303-761-4537



Buying or Selling, Anything at all – Check our Classified section.
Call:
303-936-8556
fax: 720-889-2455

---

### AURORA CENTRAL
Deptos/studios renovados y bonitos, buen precio, muy limpios, de 1 y 2 recámaras, desde $375.
**720-327-4209**

### 2 HOUSES FOR RENT
303-564-3235
in Denver and Commerce City

### MOVE-IN SPECIAL
Starting at $425 Utilities included
2455 W. 32nd Ave. Close to shopping & downtown Casa D'Alcott
**720-366-7217**

*Affordable Senior Community*
**Now Renting!**



**Harvest Pointe**
4895 Lucerne Ave.
Loveland, 80538
Call Today for a Tour
**970-622-9907**
Applicants must be at least 62 years of age with an annual income below $26,250 for one person or $30,000 for two people.

---

### APARTMENT FOR RENT
1 bedroom, 2 bedroom. $600/month. 6085 W. 1st Ave. Lakewood. 303-238-0458

### FOR RENT
2 and 3 bed homes in Derby Mobile Home Park in Commerce City. Starting at $450 per month. Call 303-289-8940

### APARTMENTS
1 & 2 bedroom available close to Sheridan and Jewell. Ask how you can get a months rent free. For more information call Maria at 303-989-2144

### SE RENTAN
Apartamentos de 1 y 2 recámaras por la Jewell y Depew pregunte como puede obtener mes de renta gratis para mas informacion llame al 303-989-2144 y pregunte por Maria

### AFFORDABLE HOUSING
Estamos aceptando aplicaciones de bajo ingreso subsidiados por el gobierno para apartamentos de 1 y 2 recámaras. Renta basada en ingresos incluyendo los servicios públicos. Todos los apartamentos estan a 5 minutos del Centro. 303-298-8993, 818 E. 20th Ave. Denver, CO 80205

---

### APARTMENTS FOR RENT
**LITTLETON**
Dor-Lin Apartments
706-710 W. Berry Avenue. 1/2 Month Free. Updated one-bedroom apartments. Next to park. New laundry room. On-site manager. $545.00 plus utilities. Contact Zenon 720-364-2155.

**NORTHEAST DENVER**
St. Clair Apartments
Sheridan and I-70. 1/2 Month Free. Updated one bedroom apartments near Willis Case Golf Course and Regis Univ. On-site manager. $545 plus gas and elec. Contact Teresa 303-477-0647

**WEST CENTRAL DENVER**
Perry Apartments
1525 Perry St. Near Sloans Lake & Saint Antony Hospital. $99 move-in special. Clean studio & one bedroom apartments. Parking and on-site laundry. $425-$525 plus elec. Contact Zenon 720-364-2155

**SOUTHWEST DENVER**
Warren Park Apts.
Sheridan and Evans Ave. $99.00 move-in special. Large studio, one bdrm, and two bedroom apartments. On-site laundry and manager. $475-$725 plus utilities. Contact Carolyn 720-937-7711

SHOCKCOR, INC.
Investment Real Estate Management and Brokerage
www.shockcor.com



134092

# Delineando la Próxima Generación de Líderes:

## XXVII Conferencia Anual de USHLI para la Comunidad Juvenil



**Cook County State's Attorney Anita Alvarez**

**Por Ashmar Mandou**

Muchos maestros, líderes y activistas de todo el país están de acuerdo en que la educación es el mejor nivelador de todos. La educación es la base por cuyo medio muchos construyen para lograr sus sueños. También es la nota principal de la XXVII Conferencia Nacional Anual del Instituto de Liderazgo Hispano de Estados Unidos (USHLI) que se inició el miércoles, 18 de marzo, en el Sheraton Chicago Hotel & Towers. El tema de este año fue Aférrate al Poder del Liderazgo para Servir a tu Comunidad (*Grasp the Power of Leadership to Serve Your Community*).

"Estamos aquí hoy para luchar por una educación de calidad en las escuelas públicas. Si ofrecemos a nuestros hijos una educación de calidad, podrán seguir adelante", dijo el Dr. Juan Andrade, Jr., presidente de USHLI.

"Algunas veces los estudiantes se olvidan de que estná en la escuela. Cuando uno les pregunta a los estudiantes porque se salieron de la escuela, su respuesta suele ser la misma y es que no pensaron que podrían llegar al colegio. Tenemos que recordar a estos estudiantes que al entrar al colegio uno adquiere lo mejor de todo, es como decir, soy una persona que termino lo que empiezo. La educación te ayuda a lograr lo que te propongas en la vida".

Reportes recientes han mostrado dantescas estadísticas en la disminución de latinos graduados de secundaria en los últimos años. De acuerdo a uno de los estudios, el 47 por ciento de estudiantes, a nivel nacional, no terminan la secundaria. Uno de cada cinco estudiantes es de origen latino, declara la T.Col. Consuelo Castillo-Kickbusch, fundadora de *Educational Achievement Services, Inc.*, y del Instituto de Liderazgo Familiar. "Veo a muchos líderes que estoy segura pueden dirigir con acierto a su comunidad", dijo Castillo. La urgencia de atender las demandas de la creciente población latina está en la agenda de los legisladores y proponentes de educación. "La misión aquí hoy es cultivar y transformar nuestra generación de líderes. Una educación de alta calidad en las escuelas públicas es el tema de los derechos civiles de nuestra vida entera", dijo Castillo. Nacida de padres inmigrantes en Laredo, Texas, Castillo, quien se convirtiera en la mujer hispana de más alto rango en el Campo de Apoyo al Combate del Ejército de E.U., ha trabajado vigorosa e incansablemente para llevar el mensaje de la educación a las masas.

Castillo, junto con la Procuradora del Estado del Condado de Cook, Anita Alvarez y Andrade, asesoraron a los estudiantes de secundaria en la manifestación Latina Juvenil y compartieron con ellos sus luchas y triunfos personales. "Soy la pimera de mi familia que obtuvo, un diploma de colegio. Había muchos que decían que no podía lograrlo, pero yo sabía lo que quería y sabía que quería ir al colegio, así que hice mis investigaciones e 'hice todo por mi misma", dijo Alvarez. "En la vida uno va a encontrar gente que dice cosas que no nos gusta oír, pero uno tiene que creer con firmeza todas las posibilidades y oportunidades que están disponibles para uno y que

Pase a la página 22

## Little Village Community Holds Rally for More Protection

Community members are welcomed to join at a rally on Friday, March 20th on the corner of 2618 S. Homan at 5:30pm. Organized by Raul Montes, Jr., Jose Ochoa and Little Village residents, the objective behind the rally is to press local aldermen for more community involvement and to address the issues of surveillance cameras. "Community members want to feel safe and want answers as to why there isn't enough surveillance within the Little Village community," said Montes.

## Shaping Next Generation...   Continued from page 2

agenda for policy makers and education proponents. "The mission here today is to cultivate and transform our next generation of leaders. A good quality education in public schools is the civil rights issue of our lifetime," said Castillo. Born to immigrant parents in Laredo, Texas, Castillo, who became the highest-ranking Hispanic woman in the Combat Support Field of the U.S. Army, has worked vigorously and tirelessly to bring the message of education to the masses.

Castillo, along with Cook County State's Attorney Anita Alvarez, and Andrade counseled high school students at the Latino youth Leadership rally and shared with them their personal struggles and triumphs. "I am the first in my family to finish with a college degree. I had people in my life that said I couldn't do it. But I knew what I wanted and I knew I wanted to go to college so I did my research and did everything on my own," said Alvarez. "In life you are going to have people who tell you things you don't want to hear, but you have to believe within yourself all the possibilities and opportunities that are available to you and they are achievable."

The conference, which continues until Saturday, March 21st, offers participants skills and knowledge on how to successfully lead community issues through workshops such as, Strategies to Effectively Combat Anti-Latino Proposition, the Power of You: Developing and Cultivating Personal Power, and Lighten Up and Lead: How to be a Feisty, Fearless, Focused, and Fun Female Leader. "I am re-

ally excited to be here and just to listen to all the opportunities available," said Desiree Jimenez, sophomore at Waubonsie Valley High School. "It is great to be here with people who can teach me how to be better and it's a great way to keep my options open. It's a new experience and it's very inspirational for me." Jimenez plans to pursue a career in criminal justice. Jimenez was among many who attended the Latino Youth Rally that concluded with an inspirational message from Castillo. "I want us all to be a light that everyone can see. I want you to say I am the light, follow me. I want you all to go back into your communities and say my light is big enough and I will guide you." For more information about USHLI and their conference, visit www.ushli.com.

.AVISO IMPORTANTE:

Si usted es uno de los más de 700,000 comerciantes de EE. UU. que son Miembros del Acuerdo correspondiente al Litigio Antimonopolio de Visa Check/MasterMoney (*Visa Check/MasterMoney Antitrust Litigation*), N° CV-96-5238 (JG), y que presentaron reclamaciones aprobadas, le hacemos saber que el Abogado Principal está tratando de obtener autorización del Tribunal para vender (securitizar) los cuatro pagos parciales anuales restantes del demandado, MasterCard, que actualmente equivalen a un total de 400 millones de dólares. Si la transacción se lleva a cabo, el Abogado Principal utilizará el fruto de la venta para pagar anticipadamente (mediante sumas globales) a aquellos reclamantes que han sido aprobados.

Las objeciones a la venta propuesta deben presentarse al Tribunal a más tardar el **27 de marzo de 2009**. Toda aquella persona que objete debe presentarse ante el Honorable John Gleeson, juez de Distrito de los EE. UU., correspondiente al Eastern District of New York, el **20 de abril de 2009** a las **12:45 P.M.**, en el juzgado 6C South, 225 Cadman Plaza East, Brooklyn, NY 11201.

Para ver las copias de la solicitud del Abogado Principal y la Orden Judicial que establece el calendario para las objeciones a dicha venta, puede visitar el sitio en Internet del caso, en http://www.inrevisacheckmastermoneyantitrustlitigation.com. Para ello, haga clic en la opción de la barra lateral que dice "Amended Plan of Allocation and Securitization" (Plan Corregido para la Securitización y las Asignaciones) para luego desplazarse a la sección intitulada "Documents Regarding Securitization of the Settlement Funds" (Documentos referentes a la Securitización de los Fondos del Acuerdo). De otra manera, llame al 1-888-641-4437. También puede encontrar información el sitio en Internet del Abogado Principal, en http://www.constantinecannon.com.

The Fresno Bee
Central California's Leading Newspaper
Publication Date: 03/18/2009
This Bee-Sheet is provided as conclusive evidence that the ad appeared in The Fresno Bee on the date and page indicated. You may not create derivative works, or in any way exploit or repurpose any content.

Ad Number:
Insertion Number:
Size:
Color Type:
Client Name:
Advertiser:
Section/Page/Zone: MAIN/A004/
Description:

### The competition/La competencia

Juan Ruiz (Bullard High School, Fresno), Amayatzing Tovar (Merced High School), Carolynn Jiménez (University High School, Fresno), and Omar Salazar (Oakdale High School) were among the students participating in the California Academic Decathlon in Sacramento last weekend.

Ventura County's Moorpark High School won the competition with 50,752.9 points and advanced to the national finals. Oakdale was fifth with 47,298.7 points, followed closely by Edison (47,296.2). University was 10th (45,947.4), Hallmark Charter of Sanger was 12th (45,027.4), Bella Vista was 20th (42,366.3), Bullard was 23rd (41,569.5), Folsom was 24th (41,513.2), Granite Bay was 40th (37,791.6) and Granite Hills was 41st (36,954.8).

The area participants answered some basic questions about the competition.

*Juan Ruiz (preparatoria Bullard High School de Fresno), Amayatzing Tovar (Merced High), Carolynn Jiménez (University High de Fresno), y Omar Salazar (Oakdale High) fueron entre los estudiantes que participaron en el Decatlón Académico de California en Sacramento el pasado fin de semana.*

*Moorpark High School del Condado de Ventura captó la competencia con 50,752.9 puntos. Oakdale (47,298.7) terminó en quinto lugar y Edison en sexto lugar (47,296.2).*

*Los estudiantes del área respondieron a unas preguntas sobre la competencia.*

What was the easiest subject for you?/ *¿Cuál fue la materia más fácil para ti y por qué?*

■ Ruiz: "The reading because you needed a lot of precision and analysis."/ *"La lectura ya que se necesitaba mucha precisión y análisis."*

■ Tovar: "The reading because I have always loved reading stories about success."/ *"La lectura ya que siempre me ha gustado mucho leer novelas de éxito."*

■ Jiménez: "All of the material was easy, thanks to a great team we could count on. There was a lot of training and cooperation so that everything could be easy."/ *"Todas las materias fueron fáciles gracias al gran equipo con que contamos. Hubo mucho entrenamiento y cooperación para que todo se diera fácil."*

■ Salazar: "Art, especially the Latin American art because I identified strongly with the culture and art of México and Latin América."/ *"Artes, especialmente el arte latinoamericano ya que me sentí muy identificado con la cultura y el arte de México y Latinoamérica."*

What was the most difficult subject for you?/ *¿Cuál fue la materia más difícil y por qué?*

■ Ruiz: "Coming up with a speech. This is something I didn't feel good about because it required too much concentration and literary creativity."/ *"La creación de discursos. Ésto es algo con lo que no me sentí a gusto porque requiere de mucha concentración y creación literaria."*

■ Tovar: "The speech classes because it makes me very nervous and I have to demonstrate my ability in public."/ *"Las clases de oratoria ya que eso me pone muy nerviosa porque tengo que demostrar mis habilidades ante el público."*

■ Jiménez: "I believe that the only difficult part was the time they give you to answer each question. That time is very short."/ *"Creo que lo único difícil fue el tiempo que te dan para contestar cada una de la preguntas, el tiempo es muy corto."*

■ Salazar: "Economics because it lends itself to a lot of confusion and you have to memorize lots of stuff."/ *"Economía porque se presta para mucha confusión y tienes que memorizar muchas cosas."*

How did your parents motivate you or help you?/ *¿Qué clase de motivación o ayuda recibiste de tu familia?*

■ Ruiz: "My parents supported me in everything, even though they perhaps couldn't help me much, they did it by motivating me and telling me that I could do it."/ *"Mis padres me apoyaron en todo momento, aunque quizás ellos no podían ayudarme mucho, lo hicieron motivándome y animándome a que yo podría lograrlo."*

■ Tovar: "They helped me understand what I couldn't in classes and they encouraged me a lot."/ *"Me ayudaban a entender lo que no podía en clases y me animaban mucho."*

■ Jiménez: "My parents were always with me. Without their support in helping me understand the questions, all the material would have been much more difficult."/ *"Mis padres siempre estuvieron conmigo en todo momento. Sin su apoyo para entender las preguntas de los exámenes hubiera sido más difícil entender todo el material."*

■ Salazar: *"They motivated in many ways. They helped me understand many things and they always supported me in getting the best grades."/ "Todo tipo de motivación. Ellos me ayudaron a entender muchas cosas y siempre me apoyaron para sacar las mejores calificaciones."*

What was the best part of the Super Quiz?/ *¿Cuál fue la mejor parte del Súper Quiz?*

■ Ruiz: "That I knew almost all the answers."/ *"Que me supe casi todas las respuestas."*

■ Tovar: "Sharing time with my colleagues and that time we dedicated to this."/ *"El convivio con mis compañeros y el tiempo que le dedicamos a esto."*

■ Jiménez: "The great job our team did in answering the questions."/ *"El buen trabajo de equipo que hicimos para contestar las preguntas."*

■ Salazar: "Working as a team."/ *"El trabajo en equipo."*

Edison High School's Liliana Samano and Omar Salazar from Oakdale High School received medals during the State Academic Decathlon in Sacramento last Monday./ *Liliana Samano de la prepa Edison y Omar Salazar de la prepa Oakdale recibieron medallas durante el declatón académico estatal.*

HÉCTOR NAVEJAS
Vida en el Valle

## DECATHLON

A-1 ◄

decatlón.

El decatlón estatal se llevó a cabo del 13 al 16 de marzo en Sacramento con la participación de 60 equipos de todo California.

La preparatoria Camino Real ha obtenido el primer lugar a nivel nacional en la competencia del Decatlón Nacional durante los años 1998, 2001, 2004, 2005 y 2007. Esta ha sido la única escuela a nivel estatal y nacional en obtener el triunfo por 5 años.

Este año el premio lo obtuvo la preparatoria Moorpark del Condado de Ventura, el cual representará a California en la competencia nacional que se llevará a cabo del 22 al 25 de abril en Memphis, Tennessee.

En lo personal, Herrera siente que dio lo mejor de sí para lograr el triunfo y asegura que su equipo estaba listo para llevarse nuevamente el título de primer lugar.

"Nuestra escuela tiene toda una trayectoria en California de ser la mejor y la más preparada. Con esa mentalidad veníamos, sin embargo, quedamos en segundo lugar. Aún así sentimos que no fallamos, hicimos nuestra mayor esfuerzo y de eso están orgullosos en nuestra escuela," dijo Herrera, quien cursa el 12avo grado.

Herrera dijo que siempre recibió el apoyo de su escuela, de su capitán y de su equipo para lograr hacer su mejor papel, sin embargo, el mayor esfuerzo que recibió fue de sus padres.

"Mis padres me apoyaron en todo momento, de ellos recibí toda su atención para que yo lograra aprender todos los temas de que constó la competencia; al momento de participar siempre me acordaba de sus consejos y apoyo," dijo Herrera, hija de padre texano y madre mexicana.

Para Herrera no hubo ningún tema en el que el equipo no se esforzara por obtener la excelencia.

"Fueron muchas horas de estudio, a cada tema le dedicamos muchas horas porque estábamos confiados en que nos íbamos a traer otra vez el título para nuestra escuela," dijo Herrera quien cuando concluya la preparatoria le gustaría estudiar la carrera de ingeniería civil.

El tema en donde ella sintió que su equipo hizo un mejor desempeño fue en ciencias y quizás en donde faltó un poco de atención fue en economía.

John Dalsass, capitán del equipo, solo comentó que los participantes estaban tristes pero el ánimo aún no decaía, mientras se dedicaba a consolar al resto de los alumnos, varios de los cuales estaban llorando.

"Nuestra escuela es una de las mejores en el estado y eso se ha demostrado en los anteriores decatlones; y seguiremos siendo los mejores aunque este año no hayamos obtuvimos la victoria," dijo Herrera.

■ **Mande correo electrónico a: mmartinez@vidaenelvalle.com**

### Olivia Herrera helps power Camino Real team

*Olivia Herrera showed her disatisfaction after hearing the results of the California Academic Decathlon that showed her school did not win.*

*However, not everything was bad because she, along with the rest of her teammates, knew that the Camino Real High School had done its best.*

*"I'm sad but at the same time I'm calm because I feel that as a team we did our best to claim another championship for our school," said Herrera, the only Latino student on the Los Ángeles school's team, which finished second this year.*

*The state competition was held March 13-16 in Sacramento, with 60 schools competing.*

*Camino Real has won national titles in 1998, 2001, 2004, 2005 and 2007. It remains the only high school to have won the national title five times.*

*This year, Ventura County's Moorpark High School will represent California in the national finals scheduled April 22-5 in Memphis, Tenn.*

*Personally, Herrera believes she gave her all and is confident the team will come back next year to win the national title.*

*"Our school has a history in California of being the best and the best-prepared. We came here with that mentality. However, we came in second place. Despite that, we don't feel like we failed. He gave our best effort and our school is proud of that," said Herrera, a senior.*

*"My parents supported me in every moment. I got their complete attention so that I could learn all the material in the competition. During the competition, I remembered their suggestions and support," said Herrera, whose father is Texan and mother is Mexican.*

*For Herrera, there was no material the team overlooked in its preparation.*

*"There were many hours of study, and we dedicated many hours to each area because we felt confident we would bring our school another title," said Herrera, who would like to study civil engineering in college.*

*The area she felt she did best in was science, and the area she identified as her weakness was economics.*

*Team captain John Dalsass said the team members were sad, but that their spirits would never waver.*

*He then went to console the rest of the students, some of which were crying following the announcement of the results on Monday.*

*"Our school is one of the best in the state, and that has been demonstrated in previous decathlons. And, we'll continue to be the best although this year we didn't win the state title," said Herrera.*

## ORGANS

A-1 ◄

cause I was sick."

On a Thursday morning above Pinz Bowling Center, the Lópezes held court before the media and chummed it up with celebrities such as Aimee García, Susie Castillo, Emiliano Diez and members of dance group Groovaloos.

George López and his wife Ann are helping spread the word on kidney disease. *George López y su esposa Ann están educando sobre las enfermedades del riñón.*

Special to Vida en el Valle

The Latino community needs to learn more about kidney diseases and take advantage of early detection, López said. He will host the second annual National Kidney Foundation's Celebrity Golf Classic May 4 in Toluca Lake.

"The thing about Latinos, because I saw it in my family, is that when somebody felt bad they didn't go to the doctor," López said. "And I've seen people die with things that could have been taken care of by seeing a doctor."

Her husband was one to ignore the signs, his wife said.

"If he had gone to the doctor earlier, he wouldn't have needed a kidney transplant," Ann López said in Spanish. "When he had ('The George López Show'), he worked a lot and was very tired. He was sick. I would see him with his eyes real small. He'd go to sleep at 7 p.m., much earlier than our daughter."

The kidney transplant changed everything, she said.

"Now he is fine," she said. "He's full of energy and in good health. He's working, and everything is fine."

Ann López said Latinos have a greater tendency to suffer from kidney disease than whites. Twenty-six million Americans have a kidney disease that's common, harmful and treatable.

The rate among Latinos and blacks is five times higher, said Linda Small, executive director of the National Kidney Foundation of Southern California.

"We feel a huge need to help as many people as we possibly can, because if you can prevent kidney disease earlier, you have a lot longer life expectancy," Small said.

Getting the López couple to help spread the word was easy, she said.

"I knocked on their door unannounced, and they let me in," said Small, who is Puerto Rican. "He said, 'OK, what can I do to help more people?' And that really has been his mantra. He said, 'OK, I guess if someone had to get sick, it's me, and I can spread the word. And if I can help save lives, then that's what it's all about at the end of the day.'"

Ann López wants people to know that it's easy to donate a kidney. Even Pope Benedict XVI had an organ donor card, she said.

"You only need one kidney," she said. "The transplant operation was the easiest I've had, and I had a 10-pound girl."

Ann López, who is Cuban, said screening for kidney disease is easy and painless.

"They take a little bit of blood, and you're done," she said. "It's very important. It's better to know than to not know. Otherwise, like George, you'll need a new kidney."

The Lópezes are able to count on numerous Hollywood personalities to back their kidney educational efforts. Aimee García, who appeared in "The George López Show," said she was more than happy to help.

"It is really important," she said.

Hollywood offers "a high-powered community to get that message out," García said.

People have a propensity for kidney disease if they or a family member has diabetes or high blood pressure, health officials say. Complications from kidney disease include anemia, bone disorders, malnutrition, loss of kidney function, cardiovascular disease and death.

"If you wait until you have symptoms to be tested, you've waited too long," said Dr. Leslie Spry of the National Kidney Foundation.

That's why health officials emphasize the need for people to undergo screening.

"Right now, most people who are at risk aren't being screened, so we need to focus on them," said Dr. Susanne B. Nicholas.

Chronic kidney disease can strike young and middle-age adults as well as seniors.

Details: www.keeponline.org

■ **Send e-mail to: jesparza@vidaenelvalle.com**

## TRASPLANTE

A-1 ◄

nal del Riñón. "Antes, no podía caminar. Me encanta el golf y el golf cambió mi vida. Antes yo no lo disfrutaba (el golf) porque estaba enfermo."

Un jueves por la mañana arriba del Pinz Bowling Center, la pareja López llevó a cabo una corte ante los medios y la engalanó con celebridades como Aimee García, Susie Castillo, Emiliano Diez, y los integrantes del grupo de danza Groovaloos.

La comunidad latina necesita aprender más sobre las enfermedades renales y debe de aprovechar los medios que hay para una detección temprana, dijo López, quien será el presentador del segundo día anual de Clásico de Golf con Celebridades de la Fundación Nacional del Riñón, el 4 de mayo en Toluca Lake.

"La cosa con los latinos, porque yo lo vi con mi familia, es que cuando alguien se siente mal ellos no van al doctor," dijo López. "Y he visto a gente morir por cosas que se pudieron haber atendido con haber ido al doctor."

Su misma esposa dijo que él es uno de los que ignoraba los síntomas.

"Si él hubiera ido al doctor antes, él no hubiera necesitado un trasplante de riñón," dijo Ann López. "Cuando él ya lo tenía (el 'The George López Show'), él trabajaba mucho y estaba muy cansado. Estaba enfermo. Yo le veía sus ojitos tan chiquitos y se iba a dormir a las 7 p.m. mucho más temprano que nuestra hija."

El trasplante de riñón cambió todo, dijo ella.

"Ahora él está bien. Él está lleno de energía y de buena salud. Él está trabajando y todo está bien," dijo Ann López.

Ann López dijo que los latinos tienen una tendencia más alta de sufrir de enfermedades del riñón que las personas de raza blanca. Hay 26 millones de estadounidenses con enfermedades renales que son comunes, dañinas y tratables.

La tasa entre los latinos y la gente de raza negra es cinco veces más alta, dijo Linda Small, directora ejecutiva de la Fundación Nacional del Riñón en el Sur de California.

"Nosotros sentimos una enorme necesidad de ayudar a cuanta gente podamos porque si se puede prevenir una enfermedad renal en su etapa temprana, se tendrá una expectativa de vida más larga," dijo Small.

El lograr que la pareja López esparciera la noticia fue fácil, dijo Small.

"Yo toqué a su puerta sin anunciarme con anterioridad y ellos me dejaron pasar," dijo Small, quien es puertorriqueña. "Él dijo, 'Está bien, ¿qué es lo que yo puedo hacer para ayudar a más gente? Y, eso es lo que en realidad ha sido su lema.

"Él dijo, 'Está bien, yo creo que si alguien se tenía que enfermar, ese alguien tenía que ser yo, y yo puedo esparcir la voz. Y si puedo salvar vidas, entonces eso es lo que en realidad importa al final del día," dijo Small.

Ann López quiere que la gente sepa que es fácil donar un riñón. Aún el Papa Benedicto XVI obtuvo una tarjeta de donante de órganos, dijo ella.

"Uno sólo necesita un riñón," dijo ella. "La operación de trasplante fue la más fácil que he tenido, y yo tuve a una niña de 10 libras."

Ann López, quien es cubana, dijo que los exámenes para las enfermedades renales son fáciles y sin dolor.

"Se toma una poquita de sangre y ya es todo," dijo ella. "Es muy importante. Es mejor saber ahora que el no saber. De otra manera, como George, van a necesitar un riñón nuevo."

Los López pueden contar con numerosas personalidades de Hollywood para respaldar sus obras de educación sobre el riñón.

Aimee García, quien salió en el 'The George López Show,' dijo que ella estaba más que feliz de poder ayudar.

"En realidad es importante," dijo ella.

Hollywood ofrece "una comunidad de alto poder para llevar ese mensaje," dijo García.

Los funcionarios de la salud dicen que un individuo es propenso a las enfermedades del riñón si él, o algún familiar tienen diabetes o alta presión arterial.

Entre las complicaciones por las enfermedades del riñón están la anemia, los trastornos en los huesos, la malnutrición, la pérdida de las funciones renales, enfermedades cardiovasculares y la muerte.

"Si usted se espera hasta que tenga los síntomas para ir a hacerse la prueba, usted ya ha esperado demasiado," dijo la Dra. Leslie Spry de la Fundación Nacional del Riñón.

Es por eso que los funcionarios de la salud enfatizan la necesidad de que la gente se haga los exámenes.

"Por ahora, la mayoría de la gente que está en riesgo no está haciéndose los exámenes," dijo la Dra. Susanne B. Nicholas, "así que tenemos que enfocarnos en ellos."

Las enfermedades renales crónicas pueden ocurrir con jóvenes y adultos de mediana edad al igual que en los ancianos.

Detalles: www.keeponline.org

■ **Mande correo electrónico a: jesparza@vidaenelvalle.com**

### AVISO IMPORTANTE:

Si usted es uno de los más de 700,000 comerciantes de EE. UU. que son Miembros del Acuerdo correspondiente al **Litigio Antimonopolio de Visa Check/MasterMoney (*Visa Check/MasterMoney Antitrust Litigation*), N° CV-96-5238 (JG)**, y que presentaron reclamaciones aprobadas, le hacemos saber que el Abogado Principal está tratando de obtener autorización del Tribunal para vender (securitizar) los cuatro pagos parciales anuales restantes del demandado, MasterCard, que actualmente equivalen a un total de 400 millones de dólares. Si la transacción se lleva a cabo, el Abogado Principal utilizará el fruto de la venta para pagar anticipadamente (mediante sumas globales) a aquellos reclamantes que han sido aprobados.

Las objeciones a la venta propuesta deben presentarse al Tribunal a más tardar **el 27 de marzo de 2009**. Toda aquella persona que objete debe presentarse ante el Honorable John Gleeson, juez de Distrito de los EE. UU., correspondiente al Eastern District de New York, **el 20 de abril de 2009 a las 12:45 P.M.**, en el juzgado 6C South, 225 Cadman Plaza East, Brooklyn, NY 11201.

Para ver las copias de la solicitud del Abogado Principal y la Orden Judicial que establece el calendario para las objeciones a dicha venta, puede visitar el sitio en Internet del caso, en http://www.inrevisacheckmastermoneyantitrustlitigation.com. Para ello, haga clic en la opción de la barra lateral que dice "Amended Plan of Allocation and Securitization" (Plan Corregido para la Securitización y las Asignaciones) para luego desplazarse a la sección intitulada "Documents Regarding Securitization of the Settlement Funds" (Documentos referentes a la Securitización de los Fondos del Acuerdo). De otra manera, llame al 1-888-641-4437. También puede encontrar información el sitio en Internet del Abogado Principal, en http://www.constantinecannon.com.