# EXHIBIT P

# International News

print | e-mail | link       RSS | Technorati | Blog Search | share it | blog it

## Actualización de la notificación a los comerciantes sobre la titulación de los fondos de la cuenta del acuerdo MasterCard

NUEVA YORK, 1 de abril /PRNewswire-HISPANIC PR WIRE/ -- La siguiente es una información difundida hoy por Constantine Cannon LLP:

Estimados comerciantes:

Constantine Cannon LLP, Abogado Principal para los comerciantes de Estados Unidos en el Litigio Antimonopolio contra Visa Check/MasterMoney (Visa Check/MasterMoney Antitrust Litigation), CV 96-5238, informa lo siguiente a los miembros de la Demanda Colectiva:

El 6 de marzo de 2009 el Abogado Principal presentó ante el Tribunal una petición para vender (o titulizar) las obligaciones de pago remanentes de MasterCard, que en la actualidad ascienden a un total de US$400 millones y serán pagadas en el fondo del acuerdo en cuatro pagos anuales entre los años 2009 y 2012. Si la petición es aprobada y la titulación se lleva a cabo, el Abogado Principal podrá hacer distribuciones globales de los pagos residuales a los miembros de la Demanda Colectiva que presentaron reclamaciones aprobadas, en vez de hacer pagos en plazos durante los próximos cuatro años de los montos residuales.

De conformidad con una enmienda del Tribunal de fecha 30 de marzo de 2009, las objeciones a la titulación propuesta deben ahora presentarse ante el Tribunal el 13 de abril del 2009, y cualquier reclamante debe ahora presentarse ante el Tribunal el 24 de abril del 2009 a las 11:30 a.m. para demostrar por qué la titulación propuesta no debería ser aprobada.

Los documentos relacionados con la titulación, incluido el Informe de Experto Independiente del profesor Bernard Black sobre la aconsejabilidad de la titulación propuesta, están disponibles a continuación. Los documentos también se encuentran disponibles en el sitio web del caso, haciendo clic en la opción de la barra lateral titulada "Amended Plan of Allocation and Securitization" o en el enlace aquí provisto (http://www.inrevisacheck-mastermoneyantitrustlitigation.com/plan.php3). Estos documentos y todos los otros documentos presentados públicamente en esta demanda pueden obtenerse en

el sistema de Acceso Público a los Registros Electrónicos del Tribunal ("PACER"), accesible desde el sitio web del Tribunal de Distrito para el Distrito Este de Nueva York (es necesario obtener información de ingreso al sistema antes de entrar a PACER).

Esta información sustituye a la anterior Notificación a los Comerciantes, de fecha 6 de marzo.

Los detalles relativos a los derechos de los comerciantes bajo el Acuerdo están disponibles en el sitio web del caso, haciendo clic en la opción de la barra lateral titulada "Merchant/Class Member Rights Under the Settlement". También hay ayuda adicional disponible por teléfono en el 1-888-641-4437. 

Atentamente,

CONSTANTINE CANNON LLP (anteriormente Constantine & Partners)

Abogado Principal de la Demanda
Counsel@InReVisacheckMastermoneyAntitrustLitigation.com
http://www.inrevisacheckmastermoneyantitrustlitigation.com/
 Orden para Demostrar Motivo del 6 de marzo de 2009
(http://www.constantinecannon.com/pdf_etc/ordertoshowcause.pdf)
 Memorando en apoyo a la moción del Abogado Principal para aprobar la titulación de los pagos de la cuenta del acuerdo MasterCard
(http://www.constantinecannon.com/pdf_etc/memsupportsecur.pdf)
 Orden propuesta (http://www.constantinecannon.com/pdf_etc/ordertoshow.pdf)
 Declaración de Robert L. Begleiter, Esq.
(http://www.constantinecannon.com/pdf_etc/begleiterdecl.pdf)
 Declaración de Robert L. Begleiter, Esq. Documentos probatorios
(http://www.constantinecannon.com/pdf_etc/begleiterexhs.pdf)
 Declaración de Joshua J. Slovik
(http://www.constantinecannon.com/pdf_etc/slovikdeclaration.pdf)
 Declaración de Neil L. Zola
(http://www.constantinecannon.com/pdf_etc/zoladecl.pdf)
 Informe de Experto Independiente, Bernard Black
(http://www.constantinecannon.com/pdf_etc/bernard_black_report.pdf)
FUENTE Constantine Cannon LLP

POWERED BY Technorati  Blogs Discussing This News Release

Issuers of news releases and not PR Newswire are solely responsible for the accuracy of the content.
Terms and conditions, including restrictions on redistribution, apply.
Privacy Policy
Copyright © 1996-2009 PR Newswire Association LLC. All Rights Reserved.

Actualización de la notificación a los comerciantes sobre la titulación de los fondos de la cuenta ...   http://www.prnewswire.com/cgi-bin/stories.pl?ACCT=PRNI2&STORY=/www/story/04-01-20...

A United Business Media company.

4/2/2009 9:05 AM

3 of 3