# EXHIBIT R

**LEGAL NOTICE**

If you filed a claim in the Visa Check/MasterMoney Antitrust Litigation, please be advised that the Court has amended important dates and Lead Counsel has provided additional information in connection with the proposed sale (securitization) of defendant MasterCard's four remaining annual installment payments.

Prepared by Constantine Cannon LLP

**Click Here To Learn More**