# EXHIBIT S

### IMPORTANT NOTICE:

If you are one of the over 700,000 U.S. merchant Class Members that filed approved claims in the *Visa Check/MasterMoney Antitrust Litigation*, No. CV-96-5238 (JG), please be advised that Lead Counsel is seeking Court approval to sell (securitize) defendant MasterCard's four remaining annual installment payments, totaling $400 million. If the transaction is completed, Lead Counsel will make earlier lump-sum distributions to approved claimants from the sale proceeds.

Pursuant to an amendment to the scheduling order, objections to the proposed sale must be filed with the Court by **April 13, 2009**, and a hearing will be held before the Honorable John Gleeson, United States District Judge for the Eastern District of New York, on **April 24, 2009, at 11:30 A.M.**, in Courtroom 6C South, 225 Cadman Plaza East, Brooklyn, NY 11201.

You may visit the case website at http://www.inrevisacheckmastermoneyantitrustlitigation.com to view copies of Lead Counsel's application and additional related papers by clicking on the sidebar option entitled "Amended Plan of Allocation and Securitization" and scrolling down to the section headed "Documents Regarding Securitization of the Settlement Funds" or by calling 1-888-641-4437. Information is also available at Lead Counsel's website at http://www.constantinecannon.com.

*Para una notificación en Español, llame o visite nuestro sitio Web.*

### MECHANICAL SPECIFICATIONS

| | |
|---|---|
| File Name: Visa_USA_Today | Body Font: Times LT Std |
| Publication: USA Today | Point Size: 9.5 |
| Issue Date: TBD | Create Date/Time: 4/1/09 @9:00 AM |
| Ad Size: 3 col Twelfth (5.37" x 3.39") | Last Edit Date: 4/1/09 |
| Order #: | Last Edit Time: 9:00 AM PT |
| Comments: | Operator: TOC |