# EXHIBIT T

**AVISO IMPORTANTE:**

Si usted es uno de los más de 700,000 comerciantes estadounidenses que son Miembros del Acuerdo correspondiente al Litigio Antimonopolio de Visa Check/MasterMoney (*Visa Check/MasterMoney Antitrust Litigation*), N° CV-96-5238 (JG), y si la reclamación que presentó ha sido aprobada, le hacemos saber que el Abogado Principal está tratando de obtener autorización del Tribunal para vender ("securitizar") cuatro pagos parciales anuales restantes del demandado, MasterCard, que equivalen a un total de 400 millones de dólares. Si la transacción se lleva a cabo, el Abogado Principal utilizará el fruto de la venta para efectuar distribuciones anticipadas (mediante montos globales) a aquellos reclamantes que han sido aprobados.

En virtud de una enmienda referente al orden de programación, las objeciones a la venta propuesta deben presentarse al Tribunal a más tardar **el 13 de abril de 2009**. Para ese objeto tendrá lugar una audiencia ante el Honorable John Gleeson, juez de Distrito de los EE. UU., correspondiente al Eastern District de New York, **el 24 de abril de 2009 a las 11:30 A.M.**, en el juzgado 6C South, 225 Cadman Plaza East, Brooklyn, NY 11201.

Puede visitar el sitio en Internet del caso: http://www.inrevisacheckmastermoneyantitrustlitigation.com para revisar las solicitud del Abogado Principal y demás documentos relacionados. Para ello, haga click en la opción que aparece en la barra lateral bajo el título "Amended Plan of Allocation and Securitization" ("Plan enmendado de Asignación y 'Securitización'") para luego desplazarse a la sección intitulada "Documents Regarding Securitization of the Settlement Funds" ("Documentos Referentes a la 'Securitización' de los Fondos del Acuerdo"). De otra manera, llame al 1-888-641-4437. Puede también encontrar información en el sitio en Internet del Abogado Principal: http://www.constantinecannon.com.

## MECHANICAL SPECIFICATIONS

| | |
|---|---|
| File Name: Visa_SP_4.279"x4" | Body Font: Times LT Std |
| Publication: | Point Size: 8.5 |
| Issue Date: TBD | Create Date/Time: 4/1/09 @ 11:51 AM PT |
| Ad Size: 4.279" x 4" | Last Edit Date: 4/1/09 |
| Order #: | Last Edit Time: 12:51 PM PT |
| Comments: | Operator: TOC |