**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------x

IN RE

VISA CHECK/MASTERMONEY ANTITRUST
LITIGATION

---------------------------------

This Document Relates To
All Actions

---------------------------------x

MASTER FILE NO.
CV-96-5238
(Gleeson, J.) (Orenstein, M.J.)

**NOTICE OF WITHDRAWAL OF WAL-MART STORES, INC.'S OBJECTION
TO THE MOTION TO APPROVE THE SECURITIZATION OF THE
MASTERCARD SETTLEMENT ACCOUNT PAYMENT**

PLEASE TAKE NOTICE that Wal-Mart Stores, Inc. ("Wal-Mart") respectfully withdraws its Objection to the Motion of Lead Counsel to Approve the Securitization of the MasterCard Settlement Account Payments (the "Objection"). The Objection was filed on March 27, 2009. The motion is set for hearing on April 24, 2009, at 11:30 a.m., in Courtroom 6C South located at 225 Cadman Plaza East, Brooklyn, New York 11210 before the Honorable Judge John Gleeson.

In accordance with the Court's order of April 13, the potential discount range has been made available to interested class claimants and, pursuant to the Court's order extending the objection deadline, class claimants have also now had the opportunity to review in detail the Independent Expert's Report. Further, Lead Counsel has made significant efforts since the date of Wal-Mart's Objection to inform class claimants of the time extension and the filing of the Independent Expert Report, and has posted additional materials to the case website. Because Wal-Mart believes the issues raised in its Objection have been addressed, Wal-Mart hereby respectfully withdraws its Objection.

Dated: New York, New York
       April 22, 2009

GIBSON, DUNN & CRUTCHER LLP

By: *[signature: Nancy E. Hart]*
    Peter Sullivan
    Nancy E. Hart

200 Park Avenue, 47th Floor
New York, New York 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

Attorneys for Objector Wal-Mart Stores, Inc