CIVIL CAUSE FOR CONFERENCE: Fairness Hearing

Before JUDGE: **GLEESON**        DATE: **4/24/09**      TIME: **11:45am – 12:10pm**
Docket Number: **96CV5238**

TITLE: **Wal-Mart Stores, Inc., et al v. VISA USA Inc, et al**

Courtroom Deputy: **Ilene Lee**     CR: **Mickey Brymer**

APPEARANCES:

   FOR PLAINTIFF:   (Please see attached list.)

   FOR PLAINTIFF:   _____

   FOR DEFENDANT:  _____

   FOR DEFENDANT:  _____

[✓] CASE CALLED.

[ ] COUNSEL FOR _____ NOT PRESENT.

[ ] STATUS CONFERENCE HELD.

[ ] CASE MARKED READY FOR JURY TRIAL ON _____ @ _____.

[ ] PARTIES ADVISE THE COURT THAT THE CASE HAS BEEN SETTLED.

[ ] ALL DISCOVERY TO BE COMPLETED BY _____.

[✓] **Plaintiff's** MOTION ~~to~~ **for Securitization**.

[ ] PRE-MOTION CONFERENCE HELD.

BRIEFING SCHEDULE:
  Motion due: _____ Opposition/Response due: _____ Replies due: _____

[✓] ~~ORAL ARGUMENT~~/MOTION HEARING HELD  [ ] Motion GRANTED  [ ] Motion DENIED

[✓] DECISION RESERVED  [ ] DECISION READ INTO THE RECORD.

[ ] ORDER TO BE SUBMITTED BY _____

[ ] ORAL ARGUMENT/MOTION HEARING ADJOURNED TO _____.

## Fairness Hearing
### 96-CV-5238 Wal-Mart Stores, Inc., et al v. VISA USA, Inc., et al

**PLAINTIFFS:**

1. Robert L. Begleiter, Esq.
2. Nancy Hart, Esq.
3. Jeff Shinder, Esq.
4. George Sampson, Esq.
5. Amianna Stovall, Esq.
6. Jason Enzler, Esq.
7. Nancy Hart, Esq.

Special Master: Robin Wilcox

Professor: Bernard Black