# EXHIBIT A

Español

# Plan of Allocation

The documents below are in PDF format. **Acrobat Reader is Required** to view the PDFs. You may already have the Adobe Acrobat Reader on your computer or on disks that came with your computer. If you do, you won't need to download Adobe Acrobat. **If you do not have Acrobat, please click here** to download the Free Adobe Acrobat Reader.

In order to view any of the documents below, please select from the following links:

# DOCUMENTS REGARDING THE MASTERCARD AGREEMENT TO PREPAY FUTURE PAYMENTS AT A DISCOUNT

1. July 2, 2009 Letter to Judge Gleeson
2. Agreement to Prepay Future Payments at a Discount
3. [Proposed Amended] Order Approving Securitization of MasterCard Settlement Account Payments

# DOCUMENTS REGARDING SECURITIZATION OF THE SETTLEMENT FUNDS

1. March 6, 2009 Order to Show Cause
2. April 13 Order Approving Disclosure of Discount Rate
3. Lead Counsel's Motion to Approve the Securitization of the MasterCard Settlement Account Payments
   a. Memorandum in Support of Lead Counsel's Motion to Approve the Securitization of the MasterCard Settlement Account Payments
   b. Proposed Order
   c. Declaration of Robert L. Begleiter, Esq.
      i. Part I
      ii. Part II
   d. Declaration of Joshua J. Slovik
   e. Declaration of Neil L. Zola
4. Report of Independent Expert, Professor Bernard Black.
5. Engagement Letter with Barclays and Citigroup

# DOCUMENTS REGARDING AN ADJUSTMENT TO THE METHODOLOGY FOR CALCULATING PIN DEBIT CLAIMS FOR CERTAIN MERCHANT CATEGORIES

1. October 3, 2008 Letter to the Court Requesting Approval of an Adjustment to the Methodology for Calculating PIN Debit Claims for Certain Merchant Categories
2. October 8, 2008 Order Granting Approval of an

Adjustment to the Methodology for Calculating PIN Debit Claims for Certain Merchant Categories

**DOCUMENTS REGARDING AMENDED PLAN OF ALLOCATION**

1. Amended Plan of Allocation
2. Supplemental Fisher Allocation Declaration
3. Fisher Allocation Declaration
4. Frequently Asked Questions Regarding the Plan of Allocation

**ORDERS GRANTING LEAVE TO AMEND THE PLAN OF ALLOCATION**

1. Interim Order Granting Leave to Amend in Part
2. Order Granting Leave to Amend in Full

---

Home • MasterCard Agreement To Prepay Future Payments At A Discount
Claims Distribution • Merchant/Class Member Rights Under the Settlement
Make an Electronic Claim • Claim Instructions
Pin Debit • Explanation of Your Estimated Cash Recovery
Methodology for Calculating Estimated Cash Payment
Make a Consolidation Request • Request A Claim Form
Frequently Asked Questions • Amended Plan of Allocation and Distribution
News From Lead Counsel • Court and Settlement Documents
Court Decisions Resolving Objectors Counsels Fee and Expense Petitions
Supplemental Request for Fees and Reimbursement of Costs and Expenses
Order to Show Cause Regarding Spectrum Settlement Recovery
History of the Action • Help
Privacy Policy

 Prepared by The Garden City Group, Inc.