# EXHIBIT B

# CONSTANTINE | CANNON

**FIRM PROFILE** | **SERVICES** | **NEWS** | **PUBLICATIONS & SPEECHES** | **CONTACT US**

CONSTANTINE CANNON LLP is a nationally recognized law firm specializing in antitrust litigation and counseling.

We also serve our clients in matters of commercial litigation; employment and employee benefits; intellectual property and technology; government relations; government agency advocacy; trusts and estates; environmental litigation and counseling; corporate compliance, monitoring and investigation; and electronic discovery consulting.

Constantine Cannon has offices in New York City and Washington, DC.



**LATEST NEWS**    MORE →

July 6, 2009
In re Visa Check/Mastermoney Antitrust Litigation:

- Merchant Advisory on the MasterCard Agreement to Prepay Future Payments at a Discount: click here.
- Notificacion a los Comerciantes Sobre el Acuerdo de MasterCard de Pago Anticipado de Cuotas Futuras Con Descuento: click here.
- MasterCard Agreement To Prepay Future Payments At A Discount: click here.
- Request For Court Approval Of The Agreement With MasterCard To Prepay Future Payments At A Discount: click here.
- Proposed Amended Securitization Order: click here.

© 2005-2009 Constantine Cannon LLP. Attorney Advertising. Disclaimer.