# EXHIBIT G

## O'Keefe, Patricia

| | |
|---|---|
| **From:** | Piacentino, Alina [apiacentino@apcoworldwide.com] |
| **Sent:** | Monday, July 06, 2009 5:16 PM |
| **To:** | O'Keefe, Patricia |
| **Cc:** | Jarrell, Kent |
| **Subject:** | FW: PR Newswire: Press Release Clear Time Confirmation |

Patricia - I just received confirmation that the English release crossed the wire at 5:12.
I will stand by for the Spanish version.

Thanks,
Alina

-----Original Message-----
From: dchubs@prnewswire.com [mailto:dchubs@prnewswire.com]
Sent: Monday, July 06, 2009 5:12 PM
To: Piacentino, Alina
Subject: PR Newswire: Press Release Clear Time Confirmation

Hello

Here's the news release clear time* confirmation you requested when you uploaded your
release using PRN Direct:

Product Summary:
US1
ReleaseWatch
TNW
SEO (No Charge)
Release headline: Merchant Advisory on the MasterCard Agreement to Prepay Future Payments
at a Discount PRN Direct Reference #: 17644281 PR Newswire's Order ID #:  142645

Release clear time: 06-Jul-2009 05:12 PM

* Clear time represents the time your news release was distributed to the newswire
distribution you selected.

Thank you for choosing PR Newswire!
*********************************************************
COMPLIMENTARY SERVICES FOR MEMBERS
Are you getting the most out of your PR Newswire membership?
PR Newswire not only distributes your news, we provide complimentary news monitoring,
intelligence and feedback to help you gauge its impact. Be sure to take advantage of these
free services exclusively for PR Newswire members.


For more information on these member benefits, please visit
http://response.prnewswire.com/


NEED OUR ASSISTANCE?
PRN Direct Helpdesk: helpdesk@prnewswire.com Information Desk: phone: 888-776-0942 or
email information@prnewswire.com For a List of Bureaus please visit
http://www.prnewswire.com/services/bureaus.shtml


CONFIDENTIALITY

This email may contain material that is confidential, privileged and/or work product for
the sole use of the intended recipient.  Any review, reliance or distribution by others or
forwarding without express permission is strictly prohibited.  If you are not the intended
recipient, please contact the sender and delete all copies.

1

CONFIDENTIALITY

This email may contain material that is confidential, privileged and/or work product for
the sole use of the intended recipient.  Any review, reliance or distribution by others or
forwarding without express permission is strictly prohibited.
If you are not the intended recipient, please contact the sender and delete all copies.



## Merchant Advisory on the MasterCard Agreement to Prepay Future Payments at a Discount



NEW YORK, July 6 /PRNewswire-USNewswire/ --

New York City, July 6, 2009

Dear Merchants,

Constantine Cannon LLP, Co-Lead Counsel for United States merchants in the *In re Visa Check/MasterMoney Antitrust Litigation*, CV 96-5238, advises Class Members as follows:

Lead Counsel reached an agreement with MasterCard International Incorporated ("MasterCard") whereby, subject to court approval, MasterCard will prepay the remaining payments agreed to in the June 2003 Settlement Agreement by making a single payment of $335 million in September 2009, in lieu of making the remaining four annual $100 million payments due through 2012 (the "Agreement").

Lead Counsel has advised the court that it believes that this Agreement will be more beneficial to Class Members than proceeding with the securitization of MasterCard's remaining payment obligations. The Agreement equates to a discount rate of approximately 8% on an annual basis and it eliminates all market risk, while offering numerous other advantages not available in the context of the securitization. As with the securitization, if the court approves the agreement, Lead Counsel will be able to make lump-sum distributions of the residual MasterCard payments to Class Members with approved claims instead of making installment payments over the next four years of any residual amounts.

Papers related to the MasterCard Agreement To Prepay Future Payments At A Discount are available by clicking on the link provided here or at the case website by clicking on the sidebar option entitled "MasterCard Agreement To Prepay Future Payments At A Discount." The papers are also available at Lead Counsel's website at www.constantinecannon.com.

Details concerning merchant rights under the Settlement are available on the case website by clicking on the sidebar option entitled "Merchant/Class Member Rights Under the Settlement." Additional assistance is also available by calling 1-888-641-4437.

Sincerely,

CONSTANTINE CANNON LLP (formerly Constantine & Partners)

Lead Counsel for the Class

Counsel@InReVisacheckMastermoneyAntitrustLitigation.com

Website: http://www.constantinecannon.com

BOOKMARK

Issuers of news releases and not PR Newswire are solely responsible for the accuracy of the content.
Terms and conditions, including restrictions on redistribution, apply.

Copyright © 1996-2009 PR Newswire Association LLC. All Rights Reserved.
A United Business Media company.

icrossing

Constantine Cannon LLP :: Merchant Advisory on the MasterCard Agreement to Prepay ...   Page 2 of 2