# EXHIBIT I

# CONSTANTINE | CANNON

**FIRM PROFILE · SERVICES · NEWS · PUBLICATIONS & SPEECHES · CONTACT US**

CONSTANTINE CANNON LLP is a nationally recognized law firm specializing in antitrust litigation and counseling.

We also serve our clients in matters of commercial litigation; employment and employee benefits; intellectual property and technology; government relations; government agency advocacy; trusts and estates; environmental litigation and counseling; corporate compliance, monitoring and investigation; and electronic discovery consulting.

Constantine Cannon has offices in New York City and Washington, DC.



**LATEST NEWS        MORE →**

July 6, 2009
In re Visa Check/Mastermoney Antitrust Litigation:

- Merchant Advisory on the MasterCard Agreement to Prepay Future Payments at a Discount: click here.
- Notificacion a los Comerciantes Sobre el Acuerdo de MasterCard de Pago Anticipado de Cuotas Futuras Con Descuento: click here.
- MasterCard Agreement To Prepay Future Payments At A Discount: click here.
- Request For Court Approval Of The Agreement With MasterCard To Prepay Future Payments At A Discount: click here.
- Proposed Amended Securitization Order: click here.

© 2005-2009 Constantine Cannon LLP. Attorney Advertising. Disclaimer.

## NOTIFICACIÓN A LOS COMERCIANTES SOBRE EL ACUERDO DE MASTERCARD DE PAGO ANTICIPADO DE CUOTAS FUTURAS CON DESCUENTO

Nueva York, 6 de julio de 2009

Estimados Comerciantes:

Constantine Cannon LLP, Co-Asesor Legal Principal de los comerciantes de los Estados Unidos en el asunto *In re Visa Check/MasterMoney Antitrust Litigation (In re Litigio Antimonopolio Visa Check/MasterMoney)*, CV 96-5238, informa a los miembros del grupo lo siguiente:

El Asesor Legal Principal llegó a un acuerdo con MasterCard International Incorporated (en adelante "MasterCard") según el cual, con sujeción a la aprobación del Tribunal, MasterCard pagará por anticipado los pagos restantes acordados en el Acuerdo de Liquidación de junio de 2003, efectuando un pago único de $335 millones en el mes de setiembre de 2009, en lugar de los cuatro pagos anuales restantes de $100 millones a pagar hasta el año 2012 (en adelante, el "Acuerdo").

El Asesor Legal Principal ha informado al Tribunal que considera que este Acuerdo será más beneficioso para los miembros del grupo que proceder con la titulización de las obligaciones de pago restantes de MasterCard. El Acuerdo incluye una tasa de descuento de aproximadamente 8% anual y elimina totalmente el riesgo de mercado, ofreciendo al mismo tiempo numerosas ventajas no disponibles en el marco de la titulización. Al igual que en caso de la titulización, si el tribunal aprueba el Acuerdo, el Asesor Legal Principal podrá efectuar distribuciones únicas de los pagos restantes de MasterCard a los miembros del grupo con reclamaciones aprobadas, en vez de efectuar pagos de cuotas de montos residuales durante los próximos cuatro años.

Para obtener la documentación relacionada con el Acuerdo de MasterCard de pago anticipado de cuotas futuras con descuento, haga clic en el vínculo que figura en

115724.1

esta notificación o en el sitio web, haciendo clic en la opción de la barra lateral denominada "MasterCard Agreement To Prepay Future Payments At A Discount" (Acuerdo de MasterCard de pago anticipado de cuotas futuras con descuento). La documentación también está disponible en el sitio web del Asesor Legal Principal en www.constantinecannon.com.

Es posible obtener detalles sobre los derechos de los comerciantes en virtud del Acuerdo en el sitio Web del caso haciendo clic en la opción de la barra lateral denominada "Merchant/Class Member Rights Under the Settlement" (Derechos de los comerciantes o miembros del grupo en virtud del acuerdo). También es posible obtener ayuda adicional llamando al 1-888-641-4437.

Atentamente,
CONSTANTINE CANNON LLP (anteriormente Constantine & Partners)
*Asesor Legal Principal para el Grupo*
**Counsel@InReVisacheckMastermoneyAntitrustLitigation.com**

115724.1