# EXHIBIT J

## O'Keefe, Patricia

| | |
|---|---|
| **From:** | Piacentino, Alina [apiacentino@apcoworldwide.com] |
| **Sent:** | Tuesday, July 07, 2009 4:17 PM |
| **To:** | O'Keefe, Patricia |
| **Subject:** | FW: Clear Time for Spanish Translation of DC43080 |

Spanish release just cleared.

Thanks,
Alina

-----Original Message-----
From: Dave.Rogers@prnewswire.com [mailto:Dave.Rogers@prnewswire.com] On Behalf Of
LTHUBS@prnewswire.com
Sent: Tuesday, July 07, 2009 4:13 PM
To: Piacentino, Alina
Subject: Clear Time for Spanish Translation of DC43080

Hello,

Here's the news release clear time* confirmation for the Spanish translation of DC43080:

English headline:  Merchant Advisory on the MasterCard Agreement to Prepay Future Payments
at a Discount

Release clear time:  4:07 PM Eastern Time

* Clear time represents the time your news release was distributed to the newswire
distribution you selected.

Thank you for choosing PR Newswire!

Latin American / Hispanic Editorial
PR Newswire

Phone +1 800 355 4774 | +1 201 360 6540 | LTHUBS@prnewswire.com | www.prnewswire.com

"We tell your story to the world."
"Le contamos su historia al mundo."
"Nós contamos a sua história ao mundo."

Please direct queries or replies to: LTHUBS@prnewswire.com Favor de dirigir sus preguntas
o respuestas a: LTHUBS@prnewswire.com Por favor, dirija suas perguntas ou respostas a:
LTHUBS@prnewswire.com

Any views or opinions are solely those of the author and do not necessarily represent
those of PR Newswire.

The information transmitted is intended only for the person or entity to which it is
addressed and may contain confidential, proprietary and/or legally privileged material. If
you are not the intended recipient of this message or have received this message in
error), please do not read, copy, use or disclose this communication and please
immediately delete it and notify the sender immediately. It should be noted that any
review, retransmission, dissemination or other use of, or taking action in reliance upon,

any information in this e-mail by persons or entities other than the intended recipient is prohibited.

PR Newswire and its affiliated companies reserve the right to intercept and monitor all e-mail communications through its networks to the extent legally permissible.

CONFIDENTIALITY

This email may contain material that is confidential, privileged and/or work product for the sole use of the intended recipient.  Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited.  If you are not the intended recipient, please contact the sender and delete all copies.

CONFIDENTIALITY

This email may contain material that is confidential, privileged and/or work product for the sole use of the intended recipient.  Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited.
If you are not the intended recipient, please contact the sender and delete all copies.

2



**NEGOCIOS Y FINANZAS**

## Notificación a los Comerciantes Sobre el Acuerdo de MasterCard de Pago Anticipado de Cuotas Futuras con Descuento

NUEVA YORK, 7 de julio /PRNewswire-HISPANIC PR WIRE/ --

Nueva York, 7 de julio de 2009

Estimados Comerciantes:

Constantine Cannon LLP, Co-Asesor Legal Principal de los comerciantes de los Estados Unidos en el asunto In re Visa Check/MasterMoney Antitrust Litigation (In re Litigio Antimonopolio Visa Check/MasterMoney), CV 96-5238, informa a los miembros del grupo lo siguiente:

El Asesor Legal Principal llegó a un acuerdo con MasterCard International Incorporated (en adelante "MasterCard") según el cual, con sujeción a la aprobación del Tribunal, MasterCard pagará por anticipado los pagos restantes acordados en el Acuerdo de Liquidación de junio de 2003, efectuando un pago único de $335 millones en el mes de septiembre de 2009, en lugar de los cuatro pagos anuales restantes de $100 millones a pagar hasta el año 2012 (en adelante, el "Acuerdo"). El Asesor Legal Principal ha informado al Tribunal que considera que este Acuerdo será más beneficioso para los miembros del grupo que proceder con la titulización de las obligaciones de pago restantes de MasterCard. El Acuerdo incluye una tasa de descuento de aproximadamente 8% anual y elimina totalmente el riesgo de mercado, ofreciendo al mismo tiempo numerosas ventajas no disponibles en el marco de la titulización. Al igual que en caso de la titulización, si el tribunal aprueba el Acuerdo, el Asesor Legal Principal podrá efectuar distribuciones únicas de los pagos restantes de MasterCard a los miembros del grupo con reclamaciones aprobadas, en vez de efectuar pagos de cuotas de montos residuales durante los próximos cuatro años.

Para obtener la documentación relacionada con el Acuerdo de MasterCard de pago anticipado de cuotas futuras con descuento, haga clic en el vínculo que figura en 115724.1 esta notificación o en el sitio web, haciendo clic en la opción de la barra lateral denominada "MasterCard Agreement To Prepay Future Payments At A Discount" (Acuerdo de MasterCard de pago anticipado de cuotas futuras con descuento). La documentación también está disponible en el sitio web del Asesor Legal Principal en http://www.constantinecannon.com .

Es posible obtener detalles sobre los derechos de los comerciantes en virtud del Acuerdo en el sitio Web del caso haciendo clic en la opción de la barra lateral denominada "Merchant/Class Member Rights Under the Settlement" (Derechos de los comerciantes o miembros del grupo en virtud del acuerdo). También es posible obtener ayuda adicional llamando al 1-888-641-4437.

Atentamente,



CONSTANTINE CANNON LLP (anteriormente Constantine & Partners)
Asesor Legal Principal para el Grupo
Counsel@InReVisacheckMastermoneyAntitrustLitigation.com

FUENTE  Constantine Cannon LLP

Contacto: