# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
IN RE                                                             :       **MASTER FILE NO.**
                                                                  :       **CV-96-5238**
VISA CHECK/MASTERMONEY ANTITRUST     :       (Gleeson, J.) (Orenstein, M.J.)
LITIGATION                                                    :
-------------------------------------------------------------------x
This Document Relates To:                                 :       **ORDER TO**
All Actions                                                       :       **SHOW CAUSE**
                                                                  :
-------------------------------------------------------------------x

Upon the application of Lead Counsel, dated July 2, 2009, to amend this Court's order, entered April 29, 2009, authorizing the securitization of the remaining settlement account payments of MasterCard International Incorporated ("MasterCard") (the "Proposed Amended Securitization Order") sought in connection with the Agreement To PrePay Future Payments At A Discount between Lead Counsel and MasterCard, dated July 1, 2009 (the "Prepayment Agreement") and all prior papers and proceedings herein; it is hereby

**ORDERED** that any objectors to the Proposed Amended Securitization Order shall show cause before the Honorable John Gleeson, United States District Judge for the Eastern District of New York, on August 19, 2009 at 12:30 PM, in Courtroom 6C South of 225 Cadman Plaza East, Brooklyn, NY 11201, why the Proposed Amended Securitization Order should not issue;

**FURTHER ORDERED** that any objections to the Proposed Amended Securitization Order must be filed with this Court by no later than August 3, 2009, and that Lead Counsel may file papers in reply to such objections by no later than August 14, 2009;

**FURTHER ORDERED** that posting a copy of this Order, the application, and the Independent Expert submission on the case website at www.inrevisacheckmastermoneyantitrustlitigation.com and at Lead Counsel's website at

www.ConstantineCannon.com and mailing such papers to all parties who have appeared in this or any related case on or before July 13, 2009 shall be deemed good and sufficient service thereof; and it is

**FURTHER ORDERED** that Lead Counsel shall file, on or before July 17, 2009, a declaration identifying the content of the information regarding the proposed Amended Securitization Order it discloses in trade periodicals or other media, the dates of such disclosures, and the names of the trade periodicals or other media utilized.

Dated: July 13, 2009
      Brooklyn, NY

                                                    John Gleeson
                                                    United States District Judge

115881.1