# EXHIBIT D

# CONSTANTINE | CANNON

**Robert L. Beglieter**
Attorney at Law
212-350-2707
rbegleiter@constantinecannon.com

NEW YORK | WASHINGTON

July 13, 2009

**BY HAND DELIVERY AND ECF**

The Honorable John Gleeson
United States District Court Judge
　for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

　　　　　　Re:　*Visa Check/MasterMoney Antitrust Litigation, (CV-96-5238)(JG)(JO)*

Dear Judge Gleeson:

　　　We are in receipt of the Court's Order to Show Cause issued today (the "July 13 Order") which calls for, *inter alia*, the service of the Independent Expert's submission, which was previously expected to be filed on July 10, 2009. It is Lead Counsel's understanding that the Independent Expert sought additional time to file the submission and that it is now expected sometime on or before Friday, July 17, 2009. Accordingly, Lead Counsel will undertake the service and posting of the Independent Expert submission pursuant to the July 13 Order once it is submitted to the Court. Lead Counsel will comply with the July 13 Order in all other respects as directed.

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　*/s/ Robert L. Begleiter*
　　　　　　　　　　　　　　　　　　　　　　Robert L. Begleiter

cc:　Robin Wilcox, Esq. (*via electronic mail*)
　　　　*Special Master*

　　　George W. Sampson, Esq. (*via electronic mail*)
　　　　*Co-Lead Counsel*

450 LEXINGTON AVENUE, NEW YORK, NY 10017   TELEPHONE: (212) 350-2700   FACSIMILE: (212) 350-2701   WWW.CONSTANTINECANNON.COM
A LIMITED LIABILITY PARTNERSHIP