# EXHIBIT E

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
IN RE                                                       :   MASTER FILE NO.
                                                            :   CV-96-5238
VISA CHECK/MASTERMONEY ANTITRUST                            :   (Gleeson, J.) (Mann,
                                                            :   M.J.)
LITIGATION                                                  :
------------------------------------------------------------x
This Document Relates To                                    :
All Actions:                                                :
                                                            :
                                                            :
------------------------------------------------------------x

### CERTIFICATE OF SERVICE

I, Jeremy Murphy, hereby declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

I am not a party to this action. I am over 18 years of age, and I am employed by Constantine Cannon LLP.

On the 15th day of July, 2009, I caused the *(i) Supplemental Report of Independent Expert Professor Bernard Black (On Proposal for MasterCard Pre-Payment)*, to be served by First Class Mail upon:

William M. Audet, Esq.
Alexander Hawes & Audet
152 N. Third St., Ste. 600
San Jose, CA 95112-5560

George W. Sampson, Esq.
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101-3112

Lionel Z. Glancy, Esq.
Peter A. Binkow, Esq.
Law Offices of Lionel Z. Glancy
1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067

Bryan L. Clobes, Esq.
Melody Forrester, Esq.
Miller Faucher Cafferty LLP
One Logan Square
18th and Cherry Streets, Suite 1700
Philadelphia, Pennsylvania 19102

Leo W. Desmond, Esq.
Law Offices of Leo W. Desmond
13 Main Street, Suite 4
Sparta, NJ 07871

Jerold B. Hoffman, Esq.
Marc H. Edelson, Esq.
Hoffman & Edelson LLC
45 W. Court Street
Doylestown, PA 18901

Kenneth A. Elan, Esq.
Law Office of Kenneth A. Elan
217 Broadway, Suite 606
New York, New York 10007

Bruce Gerstein, Esq.
Garwin, Bronzaft, Gerstein & Fisher
1501 Broadway - Suite 1416
New York, New York 10036-1416

Barbara J. Hart, Esq.
Goodkind Labaton Rudoff & Sucharow
100 Park Avenue
New York, New York 10017-5563

Samuel D. Heins, Esq.
Stacey Mills, Esq.
Heins Mills & Olson, PLC
3550 IDS Center
80 South 8th Street
Minneapolis, MN 55402

Alice McInerney, Esq.
Daniel Hume, Esq.
Kirby, McInerney & Squire, LLP
830 Third Avenue, Tenth Floor
New York, New York 10022

Fred Taylor Isquith, Esq.
Wolf Haldenstein Adler Freeman & Herz, LLP
270 Madison Avenue, 9th Floor
New York, New York 10016

Jeffrey F. Keller, Esq.
Law Offices of Jeffrey F. Keller
425 2nd St, Suite 500
San Francisco, CA 94107

Lawrence G. Metzger, Esq.
Law Offices of Lawrence Metzger
2 Penn Center, Suite 1204
15th St. & JFK Blvd.
Philadelphia, PA 19102

Daniel J. Mulligan, Esq.
Jenkins Mulligan & Gabriel
660 Market Street, 3rd Floor
San Francisco, California 94104

Brian P. Murray, Esq.
Murray Frank & Sailer LLP
275 Madison Avenue, Suite 801
New York, New York 10016

Kevin M. Prongay, Esq.
Prongay & Borderud
11620 Wilshire Blvd., Suite 400
Los Angeles, CA 90025

Michael M. Buchman
The Pomerantz Law Firm
100 Park Avenue
New York, NY 10017-5516

116059.1

Ira N. Richards, Esq.
Trujillo, Rodriguez & Richards
226 W. Rittenhouse Square, 32nd Floor
Philadelphia, PA 19103

Howard Sedran, Esq.
Levin Fishbein Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Joseph R. Saveri, Esq.
Lieff Cabraser Heimann & Bernstein
275 Battery Street, 30 Floor
San Francisco, California 94111

Elwood S. Simon, Esq.
Elwood S. Simon & Associates, P.C.
355 South Old Woodward Avenue, Suite 250
Birmingham, Michigan 48009

Law Offices of Harris J. Sklar
Two Penn Center, Suite 1204
15th St. & JFK Blvd.
Philadelphia, PA 19102

Hillary Sobel, Esq.
Zwerling, Schachter & Zwerling, LLP
41 Madison Ave, 32nd Floor
New York, New York 10010

Eugene A. Spector, Esq.
Spector Roseman & Kodroff
1818 Market Street, Suite 2500
Philadelphia, Pennsylvania 19103

Jerald M. Stein, Esq.
Law Offices of Jerald M. Stein
470 Park Avenue South, Floor 10 North
New York, NY 10016-6819

Robert Taylor-Manning, Esq.
Poorman-Douglas Corporation
1318 Lake Washington Blvd. South
Seattle, WA 98144

116059.1

Ann D. White, Esq.
Mager White & Goldstein, LLP
One Pitcairn Place, Suite 2400
165 Township Line Road
Jenkintown, PA 19046

Michael Zwick, Esq.
Law Offices of Michael Zwick
3000 Town Center, Suite 2300
Southfield, Michigan 48075

N. Albert Bacharach, Jr.
Law Offices of N. Albert Bacharack, Jr,
115 NE 6th Avenue
Gainesville, FL 32601-6592

Douglas A. Cole, Esq.
Stem & Cole
571 Milford-Warren Glen Road
Milford, New Jersey 08848

Steve Helfand, Esq.
Helfand Law Offices
225 Bush Street, 16th Floor
San Francisco, CA 94104

William Kenneth C. Dippel, Esq.
Dippel & Davus, PLLC
12201 Merit Drive, Suite 230
Dallas, TX 75251

John F. Duane, Esq.
99 Park Avenue, Suite 800
New York, NY 10016

R. Stephen Griffis, Esq.
Law Office of R. Stephen Griffis, PC
2142 Highland Avenue South
Birmingham, AL 35205

Stanley M. Grossman, Esq.
Pomerantz Haudek Block
100 Park Avenue, 26th Floor
New York, NY 10017-5516

116059.1

Joseph Goldberg, Esq.
Freedman, Boyd, Daniels, Hollander & Goldberg, PA
20 First Plaza, Suite 700
P.O. Box 25326
Albuquerque, NM 87102

J. Scott Kessinger
7304 Michigan Ave.
St. Louis, MO 63111

James A. Kopcke, Esq.
Golden Kopcke LLP
22 Battery St #1000
San Francisco, CA 94111

Howard Langer, Esq.
Langer, Grogan & Driver PC
1717 Arch Street
Suite 4130
Philadelphia, PA 19103

Bryan D. Marcus, Esq.
Law Office of Bryan D. Marcus
19500 Middlebelt Road, Suite 110 East
Livonia, MI 48152

John W. Rasmussen, Esq.
Johnson, Rasmussen, Robinson & Allen
48 North Macdonald
Mesa, AZ 85201

Lawrence W. Schonbrun, Esq.
Law Offices of Laurence W. Schonbrun
86 Eucalyptus Road
Berkeley, CA 94705

Charles M. Thompson, Esq.
2142 Highland Avenue South
Birmingham, AL 35205-4002

Frank H. Tomlinson, Esq.
Pritchard, McCall & Jones, LLC
800 Financial Center
Birmingham, AL 35203

Norman A. Yatooma, Esq.
Norman Yatooma & Associates, PC
219 Elm Street
Birmingham, AL 48009

Richard J. Archer, Esq.
Archer & Hanson
3110 Bohemian Highway
Occidental, CA 95465

Kenneth Anthony Galloe
Paul, Weiss, Rifkind, Wharton & Garrison, LLP
1615 L Street, NW
Washington, DC 20036-5694

Joseph F. Tringali
Simpson Thacher & Bartlett
425 Lexington Avenue
29th Floor
New York, NY 10017

Keila D. Ravelo
Hunton & Williams LLP
200 Park Avenue
New York, NY 10166

Nancy Hart
Gibson, Dunn & Crutcher, LLP
200 Park Avenue
New York, NY 10166

Robert Mason
Arnold & Porter
399 Park Avenue
New York, NY 10022

Dated: July 15, 2009

*Jeremy Murphy*

116059.1