# EXHIBIT F

## O'Keefe, Patricia

**From:** Piacentino, Alina [apiacentino@apcoworldwide.com]
**Sent:** Monday, July 13, 2009 5:53 PM
**To:** O'Keefe, Patricia
**Subject:** FW: PR Newswire: Press Release Clear Time Confirmation

Patricia - The release cleared at 5:49.

-----Original Message-----
From: dchubs@prnewswire.com [mailto:dchubs@prnewswire.com]
Sent: Monday, July 13, 2009 5:49 PM
To: Piacentino, Alina
Subject: PR Newswire: Press Release Clear Time Confirmation

Hello

Here's the news release clear time* confirmation you requested when you uploaded your release using PRN Direct:

Product Summary:
US1
ReleaseWatch
TNW
SEO (No Charge)
Release headline: Merchant Advisory on the MasterCard Agreement to Prepay Future Payments at a Discount PRN Direct Reference #: 17745741 PR Newswire's Order ID #:   145857

Release clear time: 13-Jul-2009 05:49 PM

* Clear time represents the time your news release was distributed to the newswire distribution you selected.

Thank you for choosing PR Newswire!
************************************************************
COMPLIMENTARY SERVICES FOR MEMBERS
Are you getting the most out of your PR Newswire membership?
PR Newswire not only distributes your news, we provide complimentary news monitoring, intelligence and feedback to help you gauge its impact. Be sure to take advantage of these free services exclusively for PR Newswire members.


For more information on these member benefits, please visit
http://response.prnewswire.com/


NEED OUR ASSISTANCE?
PRN Direct Helpdesk: helpdesk@prnewswire.com Information Desk: phone: 888-776-0942 or email information@prnewswire.com For a List of Bureaus please visit
http://www.prnewswire.com/services/bureaus.shtml

CONFIDENTIALITY

This email may contain material that is confidential, privileged and/or work product for the sole use of the intended recipient.  Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited.  If you are not the intended recipient, please contact the sender and delete all copies.

CONFIDENTIALITY

This email may contain material that is confidential, privileged and/or work product for the sole use of the intended recipient.  Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited.

1

Constantine Cannon LLP; Hagens Berman Sobol Shapiro LLP :: Merchant Advisory on t...   Page 1 of 2



### Merchant Advisory on the MasterCard Agreement to Prepay Future Payments at a Discount



NEW YORK, July 13 /PRNewswire/ -- The following merchant advisory letter on the on the MasterCard agreement to prepay future payments at a discount was released today by Constantine Cannon LLP and Hagens Berman Sobol Shapiro LLP:

Dear Merchants,

Constantine Cannon LLP and Hagens Berman Sobol Shapiro LLP, together Lead Counsel for United States merchants in the *In re Visa Check/MasterMoney Antitrust Litigation*, CV 96-5238, advise Class Members as follows:

On July 2, 2009, Lead Counsel sought Court approval of a July 1, 2009 agreement with MasterCard International Incorporated ("MasterCard") pursuant to which MasterCard agreed to prepay the remaining payments due under the June 2003 Settlement Agreement by making a single payment of $335 million on September 30, 2009 (the "Prepayment Agreement"), in lieu of securitizing MasterCard's remaining four annual $100 million payments scheduled through 2012 (the "Securitization"). In connection with its request for approval of the Prepayment Agreement, Lead Counsel also sought the Court's approval to amend the Court's order entered April 29, 2009 approving the securitization (the "Proposed Amended Securitization Order").

If the Court approves Lead Counsel's application, as with the Securitization, Lead Counsel will be able to make lump-sum distributions of MasterCard's residual payments to Class Members with approved claims instead of making installment payments over the next four years of any residual amounts. While not only are the terms of the Prepayment Agreement equal to a discount rate well below the maximum discount rate already authorized by the Court in connection with the Securitization, but the Prepayment Agreement is also more beneficial to Class Members because the market risks and transaction and administration costs associated with the Securitization will be largely eliminated.

Objections to the Proposed Amended Securitization Order must be filed with the Court by August 3, 2009, and any objectors must appear before the Court on August 19, 2009, at 12:30 p.m., to show why the Proposed Amended Securitization Order should not issue. Merchants may visit the case website to review the papers Lead Counsel filed in connection with its application, the anticipated submission from the Independent Expert regarding the benefits of the Prepayment Agreement and the Court Order setting forth the schedule for objecting to the Proposed Amended Securitization Order, at www.inrevisacheckmastermoneyantitrustlitigation.com by clicking on the sidebar option entitled "MasterCard Agreement To Prepay Future Payments At A Discount." The papers are also available at Co-Lead Counsel's website at www.constantinecannon.com.

Details concerning merchant rights under the Settlement are available on the case website by clicking on the sidebar option entitled "Merchant/Class Member Rights Under the Settlement." Additional assistance is also available by calling 1- 888-641-4437.

Sincerely,

CONSTANTINE CANNON LLP (formerly Constantine & Partners)

*Co-Lead Counsel for the Class*

Counsel@InReVisacheckMastermoneyAntitrustLitigation.com

HAGENS BERMAN SOBOL SHAPIRO LLP

*Co-Lead Counsel for the Class*

SOURCE Constantine Cannon LLP; Hagens Berman Sobol Shapiro LLP

Website: http://www.inrevisacheckmastermoneyantitrustlitigation.com
Website: http://www.constantinecannon.com

BOOKMARK