# EXHIBIT G

## Notificación a los Comerciantes sobre el Acuerdo de MasterCard
### De Pago Anticipado de Cuotas Futuras con Descuento

Nueva York, 13 de julio de 2009

Estimados Comerciantes:

Constantine Cannon LLP y Hagens Berman Sobol Shapiro LLP, Asesores Legales Principales conjuntos de los comerciantes de los Estados Unidos en el asunto *In re Visa Check/MasterMoney Antitrust Litigation (In re Litigio Antimonopolio Visa Check/MasterMoney)*, CV 96-5238, informan a los Miembros del grupo lo siguiente:

El 2 de julio de 2009, los Asesores Legales Principales solicitaron al Tribunal la aprobación del acuerdo con MasterCard International Incorporated (en adelante "MasterCard") de fecha 1° de julio de 2009 según el cual MasterCard acordó pagar por anticipado los montos remanentes adeudados en virtud del Acuerdo de liquidación de junio de 2003, efectuando un pago único de $335 millones el 30 de setiembre de 2009 (el "Acuerdo de pago anticipado"), en vez de efectuar la titulización de los cuatro pagos anuales restantes de $100 millones de MasterCard, programados hasta el año 2012 (la "Titulización"). En relación con la solicitud de aprobación del Acuerdo de pago anticipado, los Asesores Legales Principales también solicitaron la aprobación del Tribunal para enmendar la orden del Tribunal emitida el 29 de abril de 2009 que aprobó la titulización (la "Orden de titulización modificada propuesta").

Si el Tribunal aprueba la solicitud de los Asesores Legales Principales, al igual que en el caso de la Titulización, los Asesores Legales Principales podrán efectuar distribuciones únicas de los pagos restantes de MasterCard a los Miembros del grupo con reclamaciones aprobadas, en vez de efectuar pagos de cuotas de montos residuales durante los próximos cuatro años. Además de que los términos del Acuerdo de pago anticipado incluyen una tasa de descuento muy inferior a la tasa de descuento máxima ya autorizada por el Tribunal en relación con la Titulización, el Acuerdo de pago anticipado es beneficioso para los Miembros del grupo porque se eliminarán en gran parte los riesgos de mercado y los costos de transacción y administración asociados con la Titulización.

Las objeciones a la Orden de titulización modificada propuesta se deben presentar ante el Tribunal no después del 3 de agosto de 2009, y los objetores deben comparecer ante el Tribunal el 19 de agosto de 2009 a las 12:30 p.m. para exponer las razones por las que no se debe aprobar la Orden de titulización modificada propuesta. Los comerciantes pueden visitar el sitio web de casos para examinar los documentos presentados por los Asesores Legales Principales en conexión con la solicitud, la presentación anticipada del informe del Experto Independiente sobre los beneficios del Acuerdo de pago anticipado y la Orden del Tribunal que establece el cronograma para presentar objeciones a la Orden de titulización modificada propuesta, en el sitio www.inrevisacheckmastermoneyantitrustlitigation.com haciendo clic en la opción de barra lateral denominada "MasterCard Agreement To Prepay Future Payments At A Discount" (Acuerdo de MasterCard De Pago Anticipado de Cuotas Futuras con Descuento). La documentación también está disponible en el sitio web del Co-Asesor Legal Principal en www.constantinecannon.com.

Es posible obtener detalles sobre los derechos de los comerciantes en virtud del Acuerdo en el sitio Web del caso haciendo clic en la opción de la barra lateral denominada "Merchant/Class Member Rights Under the Settlement" (Los Derechos del Miembro de la Clase/Mercader Bajo el Arreglo). También es posible obtener ayuda adicional llamando al 1-888-641-4437.

Atentamente,

CONSTANTINE CANNON LLP
(anteriormente Constantine & Partners)
*Co-Asesor Legal Principal para el Grupo*
**Counsel@InReVisacheckMastermoneyAntitrustLitigation.com**

HAGENS BERMAN SOBOL SHAPIRO LLP
*Co-Asesor Legal Principal para el Grupo*