# EXHIBIT H

O'Keefe, Patricia
___

**From:** Piacentino, Alina [apiacentino@apcoworldwide.com]
**Sent:** Wednesday, July 15, 2009 9:43 AM
**To:** O'Keefe, Patricia
**Subject:** FW: PR Newswire: Press Release Clear Time Confirmation

Patricia - The release crossed the Hispanic wire at 9:39 this morning.

-----Original Message-----
From: dchubs@prnewswire.com [mailto:dchubs@prnewswire.com]
Sent: Wednesday, July 15, 2009 9:40 AM
To: Piacentino, Alina
Subject: PR Newswire: Press Release Clear Time Confirmation

Hello

Here's the news release clear time* confirmation you requested when you uploaded your release using PRN Direct:

Product Summary:
US Hispanic Newsline
Release headline: Merchant Advisory on the MasterCard Agreement to Prepay Future Payments at a Discount PRN Direct Reference #: 17745741 PR Newswire's Order ID #:   145857

Release clear time: 15-Jul-2009 09:39 AM

* Clear time represents the time your news release was distributed to the newswire distribution you selected.

Thank you for choosing PR Newswire!
******************************************************************
COMPLIMENTARY SERVICES FOR MEMBERS
Are you getting the most out of your PR Newswire membership?
PR Newswire not only distributes your news, we provide complimentary news monitoring, intelligence and feedback to help you gauge its impact. Be sure to take advantage of these free services exclusively for PR Newswire members.

For more information on these member benefits, please visit
http://response.prnewswire.com/

NEED OUR ASSISTANCE?
PRN Direct Helpdesk: helpdesk@prnewswire.com Information Desk: phone: 888-776-0942 or email information@prnewswire.com For a List of Bureaus please visit
http://www.prnewswire.com/services/bureaus.shtml

CONFIDENTIALITY

This email may contain material that is confidential, privileged and/or work product for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited.  If you are not the intended recipient, please contact the sender and delete all copies.

CONFIDENTIALITY

This email may contain material that is confidential, privileged and/or work product for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited.
If you are not the intended recipient, please contact the sender and delete all copies.

1

## International News

print   e-mail   link        RSS   Technorati   Blog Search   share it   blog it

**Notificación a los Comerciantes sobre el Acuerdo de MasterCard de Pago Anticipado de Cuotas Futuras con Descuento**

NUEVA YORK, 15 de julio /PRNewswire-HISPANIC PR WIRE/ -- La siguiente carta de notificación a los comerciantes sobre el acuerdo de MasterCard de pago anticipado de cuotas futuras con descuento fue dada a conocer hoy por Constantine Cannon LLP y Hagens Berman Sobol Shapiro LLP:

Estimados Comerciantes:

Constantine Cannon LLP y Hagens Berman Sobol Shapiro LLP, Asesores Legales Principales conjuntos de los comerciantes de los Estados Unidos en el asunto In re Visa Check/MasterMoney Antitrust Litigation (In re Litigio Antimonopolio Visa Check/MasterMoney), CV 96-5238, informan a los Miembros del grupo lo siguiente:

El 2 de julio de 2009, los Asesores Legales Principales solicitaron al Tribunal la aprobación del acuerdo con MasterCard International Incorporated (en adelante "MasterCard") de fecha 1o. de julio de 2009 según el cual MasterCard acordó pagar por anticipado los montos remanentes adeudados en virtud del Acuerdo de liquidación de junio de 2003, efectuando un pago único de $335 millones el 30 de setiembre de 2009 (el "Acuerdo de pago anticipado"), en vez de efectuar la titulización de los cuatro pagos anuales restantes de $100 millones de MasterCard, programados hasta el año 2012 (la "Titulización"). En relación con la solicitud de aprobación del Acuerdo de pago anticipado, los Asesores Legales Principales también solicitaron la aprobación del Tribunal para enmendar la orden del Tribunal emitida el 29 de abril de 2009 que aprobó la titulización (la "Orden de titulización modificada propuesta").

Si el Tribunal aprueba la solicitud de los Asesores Legales Principales, al igual que en el caso de la Titulización, los Asesores Legales Principales podrán efectuar distribuciones únicas de los pagos restantes de MasterCard a los Miembros del grupo con reclamaciones aprobadas, en vez de efectuar pagos de cuotas de montos residuales durante los próximos cuatro años. Además de que los términos del Acuerdo de pago anticipado incluyen una tasa de descuento muy inferior a la tasa de descuento máxima ya autorizada por el Tribunal en relación con la Titulización, el Acuerdo de pago anticipado es beneficioso para los Miembros del grupo porque se eliminarán en gran parte los riesgos de mercado y los costos de transacción y administración asociados con la Titulización.

Las objeciones a la Orden de titulización modificada propuesta se deben presentar ante el Tribunal no después del 3 de agosto de 2009, y los objetores deben comparecer ante el Tribunal el 19 de agosto de 2009 a las 12:30 p.m. para exponer las razones por las que no se debe aprobar la Orden de titulización modificada propuesta. Los comerciantes pueden visitar el sitio web de casos para examinar los documentos presentados por los Asesores Legales Principales en conexión con la solicitud, la presentación anticipada del informe del Experto Independiente sobre los beneficios del Acuerdo de pago anticipado y la Orden del Tribunal que establece el cronograma para presentar objeciones a la Orden de titulización modificada propuesta, en el sitio http://www.inrevisacheckmastermoneyantitrustlitigation.com h de barra lateral denominada "MasterCard Agreement To Prepay Future Payments At A Discount" (Acuerdo de MasterCard De Pago Anticipado de Cuotas Futuras con Descuento). La documentación también está disponible en el sitio web del Co-Asesor Legal Principal en http://www.constantinecannon.com.

Es posible obtener detalles sobre los derechos de los comerciantes en virtud del Acuerdo en el sitio Web del caso haciendo clic en la opción de la barra lateral denominada "Merchant/Class Member Rights Under the Settlement" (Los Derechos del Miembro de la Clase/Mercader Bajo el Arreglo). También es posible obtener ayuda adicional llamando al 1-888-641-4437.

Atentamente,

CONSTANTINE CANNON LLP
(anteriormente Constantine & Partners)
Co-Asesor Legal Principal para el Grupo
Counsel@InReVisacheckMastermoneyAntitrustLitigation.com

HAGENS BERMAN SOBOL SHAPIRO LLP
Co-Asesor Legal Principal para el Grupo

FUENTE   Constantine Cannon LLP; Hagens Berman Sobol Shapiro LLP

Technorati   Blogs Discussing This News Release

Issuers of news releases and not PR Newswire are solely responsible for the accuracy of the content.
Terms and conditions, including restrictions on redistribution, apply.
Privacy Policy
Copyright © 1996- 2009 PR Newswire Association LLC  All Rights Reserved.
A United Business Media company.