# EXHIBIT I

**LEGAL NOTICE**

If you filed a claim in the Visa Check/MasterMoney Antitrust Litigation, please be advised that Lead Counsel is seeking Court approval of the MasterCard Prepayment Agreement and Proposed Amendments to the Securitization Order.

Prepared by Constantine Cannon LLP.

**CLICK HERE TO LEARN MORE**

| LEGAL NOTICE | If you filed a claim in the Visa Check/MasterMoney Antitrust Litigation, please be advised that Lead Counsel is seeking Court approval of the MasterCard Prepayment Agreement and Proposed Amendments to the Securitization Order.<br><br>Prepared by Constantine Cannon LLP | CLICK HERE TO LEARN MORE |
|---|---|---|

| LEGAL NOTICE | If you filed a claim in the Visa Check/Mastermoney Antitrust Litigation, please be advised that Lead Counsel is seeking Court approval of the Neiman Card Repayment Agreement and Proposed Amendments to the Securitization Order. | CLICK HERE TO LEARN MORE |