**EXHIBIT B**

|  |  |
|--|--|

## U.S. District Court
### Eastern District of New York (Brooklyn)
### CIVIL DOCKET FOR CASE #: 1:96-cv-05238-JG-JO

Wal-Mart Stores, Inc, et al v. Visa USA, Inc., et al
Assigned to: Judge John Gleeson
Referred to: Magistrate Judge James Orenstein
Demand: $0
Cause: 15:25 Clayton Act

Date Filed: 08/01/2002
Date Terminated: 11/28/2003
Jury Demand: Plaintiff
Nature of Suit: 410 Anti-Trust
Jurisdiction: Federal Question

| 03/10/2009 | ORDER. The Agreement submitted with Lead Counsel's March 5, 2009 letter 1443 is approved. Ordered by Judge John Gleeson on 3/10/2009. Associated Cases: 1:96-cv-05238-JG-JO et al. (Gleeson, John) (Entered: 03/10/2009) |
|---|---|