# EXHIBIT C



**BARCLAYS CAPITAL**

745 Seventh Avenue
New York, NY 10019
USA

Tel + 1 (212) 526 7000

INVOICE

July 21, 2009

Constantine Cannon LLP
450 Lexington Avenue, 17th Floor
New York, NY 10017

Attention:   Robert Begleiter, Esq.
             Partner

RE:   MC Settlement Trust

Dear Mr. Begleiter:

Below are the wiring instructions for our Break-up Fee in the amount of $1,420,000 and our out-of-pocket expenses in the amount of $1,826 for a total of $1,421,826 (pursuant to the agency agreement executed on January 12, 2009) in conjunction with the above referenced transaction.

**PLEASE INFORM US ON THE DAY THAT THE PAYMENT IS MADE SO THAT WE CAN ALERT OUR PROCESSING DEPARTMENT.**

Wire Instructions:
ABA:        021000018
            Bank of New York
Acct #:     GLA111569
Acct Name:  BZW
Attn:       Jim Beckenhaupt/Cash Management
Ref:        MC Settlement Trust Private Placement

Thank you for the opportunity to assist you on this transaction. It was a pleasure working with you.

Kind regards,

*[signature]*

Marc Alldridge
Director, Private Capital Markets

Barclays Capital Inc.
Barclays Bank PLC, New York Branch