**EXHIBIT D**

388 Greenwich Street
New York, NY 10013



July 27, 2009

Constantine Cannon LLP
450 Lexington Avenue, 17th Floor
New York, NY 10017
Attention: Robert Begleiter

Hagens Berman Sobel Shapiro LLP
1301 Fifth Ave., Suite 2900
Seattle, WA 98101
Attention: George Sampson

Dear Robert / George:

Citi appreciated the opportunity to serve as a joint structuring agent / joint placement agent on the MC Settlement Trust transaction and look forward to working with you again in the future. Attached please find invoice #3891 in the amount of $1,420,247.28 for Citi's fees and expenses related to the transaction. Please see below details for payment instructions.

By Wire:

JP Morgan Chase
ABA: 021-000-021
Swift Code: CHASUS3
Account: Citigroup
Account Number: 5143322
Attention: Robert Kohl / Steve Renda

Sincerely,

*[signature]*

Gerald Keefe
Director

cc: Joshua Slovik

Attachment

-1-

Citigroup Global Markets Inc.

388 Greenwich Street
New York, NY 10013



**INVOICE #3891**

July 27, 2009

MC Settlement Trust Transaction

|  | Amount |
|---|---|
| Break-Up Fee | $1,420,000.00 |
| Out-of-Pocket Fees and Expenses | $247.28 |
| Total | $1,420,247.28 |

By Wire:

JP Morgan Chase
ABA: 021-000-021
Swift Code: CHASUS3
Account: Citigroup
Account Number: 5143322
Attention: Robert Kohl / Steve Renda

Citigroup Global Markets Inc.