UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
IN RE

VISA CHECK/MASTERMONEY ANTITRUST
LITIGATION
-------------------------------------------------------------X
This Document Relates To:
All Actions

-------------------------------------------------------------X

JUDGMENT
96-CV- 5238 (JG)

An Order of Honorable John Gleeson, United States District Judge, having been filed on October 15, 2009, adopting the unopposed Report and Recommendation of Special Special Master Robin M. Wilcox, dated August 12, 2009; and directing the Clerk of Court to enter judgment awarding Lead Counsel $450,654.06 in legal fees for the period October 2008 through April 2009; and authorizing the following additional payments:
(1) $1,005,429.10 for the fees and expenses of the law firm of Brown Rudnick Berlack Israels LLP for the period July 2008 through April 2009; (2) $423,149.71 for the fees and expenses of the Orrick law firm for the period July 2008 through April 2009; (3) $44,261.09 for the fees and expenses of Richard, Layton & Finger for the period June 2008 through April 2009; (4) $9,505.38 for the fees and expenses of Miller Nash LLP for the period April through May 2009; (5) $57,525.50 for the fees and expenses of CRA International, Inc. for the period October 2008 through April 2009; (6) $31,084.77 to N&A Consulting LLC for the period October through December 2008; (7) $2,739.99 to Palma Advisors LLC for the period January through April 2009; (8) $443,100.00 for the fees and expenses of Cannonade Capital LLC for the period October 2008 through April 2009; (9) $3,663.75 for the fees and

JUDGMENT
96-CV- 5238 (JG)

expenses of Apco Worldwide Inc. for the period October 2008 through April 2009; and (10) $7,175.46 for Lead Counsel's miscellaneous costs and expenses for the period October 2008 through April 2009; it is

      ORDERED and ADJUDGED that the unopposed Report and Recommendation of Special Master Robin M. Wilcox is adopted; and that judgment is hereby entered as stated above.

Dated: Brooklyn, New York
       October 16, 2009

s/Robert C. Heinemann
ROBERT C. HEINEMANN
Clerk of Court