CIVIL CAUSE FOR CONFERENCE: Fairness Hearing

Before JUDGE: **GLEESON**   DATE: 8/19/09   TIME: 12:30pm - 1:15pm
Docket Number: 96CV5238

TITLE: Wal-Mart Stores, Inc., et al v. Visa USA, Inc., et al

Courtroom Deputy: Ilene Lee   CR: Mickey Brymer

APPEARANCES:

FOR PLAINTIFF: Robert L. Begleiter, Amianna Stovall

FOR PLAINTIFF: ___

FOR DEFENDANT: Joseph F. Tringali

FOR DEFENDANT: ___

Expert: Bernard S. Black

✓ CASE CALLED.

___ COUNSEL FOR _____ NOT PRESENT.

___ STATUS CONFERENCE HELD.

___ CASE MARKED READY FOR JURY TRIAL ON _____ @ _____.

___ PARTIES ADVISE THE COURT THAT THE CASE HAS BEEN SETTLED.

___ ALL DISCOVERY TO BE COMPLETED BY _____.

✓ Defendant's MOTION for the Securitization of Mastercard Settlement Account Payments.

___ PRE-MOTION CONFERENCE HELD.

BRIEFING SCHEDULE:
   Motion due: _____   Opposition/Response due: _____   Replies due: _____

✓ ~~ORAL ARGUMENT~~/MOTION HEARING HELD  ___ Motion GRANTED  ___ Motion DENIED

✓ DECISION RESERVED  ___ DECISION READ INTO THE RECORD.

___ ORDER TO BE SUBMITTED BY _____

___ ORAL ARGUMENT/MOTION HEARING ADJOURNED TO _____.

- A decision will be filed via ECF separately.