UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
IN RE                                                : MASTER FILE NO.
                                                     : 96-CV-5238
VISA CHECK/MASTERMONEY ANTITRUST    : (Gleeson, J.) (Orenstein, M.J.)
LITIGATION                                           :
                                                     :
---------------------------------------------------------------x
This Document Relates To:                     : ORDER
All Actions                                          :
                                                     :
---------------------------------------------------------------x

## ORDER APPROVING RESIDUAL DISTRIBUTION

By letter dated October 9, 2009, and in accordance with Sections 10 and 12 of the Amended Plan of Allocation, Lead Counsel requested that I approve a proposed distribution of $1,092,678,783 from the settlement funds to class members who are eligible under the plan to participate in the distribution.

I approve the Residual Distribution proposal outlined in the letter of October 9, 2009. Accordingly:

(1) With the exception outlined in footnote 1 to the October 9, 2009 letter, only class members that received and cashed checks for claims other than those grossed-up to $12 are eligible to participate in the Residual Distribution;

(2) Lead Counsel may reserve $74.4 million for costs, fees, and claims-related issues; and

(3) Lead Counsel's request to make a Residual Distribution totaling $1,092,678,783 is hereby approved.

So ordered.

John Gleeson, U.S.D.J.

Dated: November 6, 2009
       Brooklyn, NY