UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------x
                                                    :
In re PAYMENT CARD INTERCHANGE    :   MDL No. 1720(JG)(JO)
FEE AND MERCHANT DISCOUNT          :
ANTITRUST LITIGATION                        :
                                                    :
This Document Relates To:                :
                                                    :
ALL CLASS ACTIONS.                        :
                                                    :
------------------------------------------------------x

## MOTION OF U.S. PUBLIC INTEREST RESEARCH GROUP FOR LEAVE TO SUBMIT A MEMORANDUM OF LAW AS *AMICUS CURIAE*

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of [Proposed} *Amicus Curiae* U.S. Public Interest Research Group in Opposition to Class Plaintiffs' Motion for Preliminary Approval of Proposed Class Settlement, proposed *amicus curiae* United States Public Interest Research Group hereby moves this Court for leave to submit a memorandum of law as *amicus curiae* in this matter.

Dated: November 7, 2012

                                                    Respectfully submitted,

                                                    /s/ Robert L. Begleiter
                                                    Robert L. Begleiter
                                                    Schlam Stone & Dolan LLP
                                                    26 Broadway
                                                    New York, NY  10004
                                                    Phone: 212-344-5400
                                                    Fax: 212-344-7677
                                                    rbegleiter@schlamstone.com

                                                    *Attorneys for Amicus Curiae U.S. PIRG*

255717.1